### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CALDERAIO | : :  Civil Action No.: 2:23-cv-04218 |
| v. | : |
| CENTRAL BUCKS SCHOOL DISTRICT | :  JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendant, Central Bucks School District, in the above-captioned matter only.

**MARSHALL DENNEHEY, P.C.**

By: Ashley L. Toth
Ashley L. Toth, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2600
Attorney ID No.:  307416
altoth@mdwcg.com
Attorney for Defendant,
Central Bucks School District

Dated:  January 10, 2024

LEGAL/158608853.v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN CALDERAIO | : |
| | : |
| | :  Civil Action No.: 2:23-cv-04218 |
| v. | : |
| | : |
| CENTRAL BUCKS SCHOOL DISTRICT | :  JURY TRIAL DEMANDED |
| | : |

## **CERTIFICATE OF SERVICE**

Ashley L. Toth, Esquire hereby certifies that on the date set forth below she served the foregoing Notice of Appearance via the Court's electronic filing system on all parties of record.

**MARSHALL DENNEHEY, P.C.**

By: <u>Ashley L. Toth</u>
Ashley L. Toth, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2600
Attorney ID No.:  307416
altoth@mdwcg.com
Attorney for Defendant,
Central Bucks School District

Dated:  <u>January 10, 2024</u>

LEGAL/158608853.v1