IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CALDERAIO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-4218 |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |

**FINAL REVISED SCHEDULING ORDER**

**AND NOW** this 26th day of November, 2024, upon consideration of the Parties' Second Letter Request for Extension of Discovery, it is hereby **ORDERED** that the Request is **GRANTED**, and all deadlines set forth in the prior Scheduling Orders entered on March 22, 2024 and June 25, 2024 are FINALLY EXTENDED as follows:

1. All fact discovery shall be completed by March 28, 2025.

2. Plaintiff's expert reports, if any, shall be produced by April 11, 2025.

3. Defendant's expert reports, if any, shall be produced by April 25, 2025.

4. Any and all depositions of expert witnesses shall be completed by May 12, 2025.

5. All motions for summary judgment and Daubert motions shall be filed by no later than May 26, 2025.

6. Responses to motions for summary judgment and Daubert motions, if any, shall be filed by no later than June 13, 2025.

**The parties are advised that no further requests for extension of the aforesaid deadlines shall be entertained by the Court.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
Mitchell S. Goldberg,    J.