# EXHIBIT A

Page 1 of 2          Bucks County Detectives          99-2014-667

*Commonwealth v Bridgett Szychulski*

## PROBABLE CAUSE AFFADAVIT

Your Honor, your Affiants are Detective Martin McDonough #9916 and Detective Mark Zielinski #9911 of the Bucks County District Attorney's Office. Detective McDonough has been a sworn law enforcement officer in the Commonwealth of Pennsylvania for twenty-seven (27) years; the last twenty-two years of which have been spent in the rank of Detective. Detective Zielinski has been a sworn law enforcement officer in the Commonwealth of Pennsylvania for twenty-eight (29) years; the last twenty-five years of which have been spent in the rank of Detective. Both your Affiants have investigated numerous sexual assault crimes which include Rape, Indecent Assault, Statutory Indecent Assault and other related sexual crimes.

On Thursday, September 11, 2014, the Victim, who will be identified as DT, sixteen(16) years of age, was interviewed by forensic interviewer Erica Goettler at the Bucks County Children's Advocacy Center in Jamison, Pa. During the interview, Victim DT stated that he had a sexual relationship with one of his teachers when he was fourteen(14) years of age while he attended the Lenape Middle School in 2012. Lenape Middle School is located in Doylestown Borough, Bucks County, PA. DT identified this this person as his band teacher, Bridgett Szychulski, thirty-one (31) years of age, DOB: 05/05/1983. DT reported Szychulski was his band teacher in 2012 when he went to Lenape Middle School. DT played in the bands she supervised and said they both initially connected on a mental level during that time. DT would text and talk to Szychulski on her cellular telephone. Some of these communication included picture messages. DT said the picture messages depicted Szychulski's vaginal area and her breasts. This teacher/student relationship evolved into in a sexual relationship. DT reported having sexual relations with Szychulski on at least three (3) occasions. These sexual encounters occurred in early 2012 and ended at the end of the 2012 school year.

DT describes one such sexual encounter occurred in Szychulski's vehicle. Szychulski met DT at night down the street from his home after DT "snuck out" without his parent's knowledge. This encounter occurred in the 500 block of E. Butler Avenue, New Britain Borough, Bucks County, PA. While in Szychulski's vehicle, Szychulski performed oral sex on DT and engaged

Page 2 of 2          Bucks County Detectives          99-2014-667

*Commonwealth v Bridgett Szychulski*

in sexual intercourse with him. The other incidents occurred within the Lenape Middle School located on W. State Street, Doylestown Borough, Bucks Co, PA. Szychulski performed oral sex on DT on two (2) different occasions. One encounter occurred in the storage room near the band room and the other in Szychulski's office.

DT indicated he texted Szychulski in July 2014 and informed her that he had disclosed their relationship to one his friends. Szychulski replied to the text by saying "why would you tell him", "I could lose my job…family…etc", and "don't know that I want to rehash that….", and "move on."

Wherefore, based upon the aforementioned facts, circumstance, and points of probable cause, your Affiants request an Arrest Warrant be issued for **Bridgett Szychulski** as per attached criminal complaint charging the Defendant with various violations of the Pennsylvania Crimes Codes.

Sworn to me and subscribed before me this _____ day of _____

_____, Magisterial District Judge

My commission expires first Monday of January _____

Affiant _____ Date 9-16-14
Affiant _____ Date 9-16-2014

6 of 6