# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CALDERAIO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 23-4218** |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |

## ORDER

**AND NOW**, this 30th day of January, 2025, following telephone conference with the parties, it is hereby **ORDERED** that Defendant Central Bucks School District is **DIRECTED** to produce the documents sought in Nos. 6, 8, 10, and 14 of Plaintiff's Request for Production of Documents pursuant to and subject to the Confidentiality Stipulation and Order entered on May 28, 2024 (ECF No. 15) within seven (7) days of this Order.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,      J.**