IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CALDERAIO | : |
| Plaintiff, | : CIVIL ACTION 23-cv-4218-MSG |
| v. | : |
| CENTRAL BUCKS SCHOOL DISTRICT | : |
| Defendant. | : |

### ORDER

**AND NOW**, this _____ day of _____, 2025, it is hereby **ORDERED** that the Superintendent of SCI Frackville shall produce the body of **JOSEPH GLEN OHRT, Inmate Number QP7324**, on March 17, 2025. at 10:00 A.M., to appear for his remote Deposition in the above-captioned matter, and remain available until 5:00 P.M.  **IT IS** further **ORDERED** that:

1. The deposition shall be conducted remotely by Zoom or other mutually agreed upon virtual platform, shall be stenographically recorded and may be audio and video recorded.

2. The deposition may be attended virtually by multiple counsel for any party, and by any counsel privately retained by Joseph Ohrt.

3. Should it prove unavoidably necessary, the parties and the Superintendent are given leave to agree upon a mutually convenient alternate date without further order of the Court.

4. Contact for coordinating the details of the deposition shall be Alan L. Yatvin, counsel for Plaintiff (215) 665-8181.

By the Court:

_____
Mitchell S. Goldberg,
Chief Judge

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CALDERAIO | : |
| Plaintiff, | : CIVIL ACTION 23-cv-4218-MSG |
| v. | : |
| CENTRAL BUCKS SCHOOL DISTRICT | : |
| Defendant. | : |

**<u>UNCONTESTED MOTION TO PRODUCE INMATE FOR DEPOSITION</u>**

Plaintiff, John Calderaio, by his undersigned counsel, moves this Court, for an order upon the Superintendent of SCI Frackville, to produce Joseph Glen Ohrt for a virtual deposition, on March 17, 2025, and in support thereof, states the following:

1. As more fully set forth in Plaintiff's Complaint, this civil action involves allegations of sexual and emotional abuse of Plaintiff John Calderaio, Joseph Glen Ohrt ("Ohrt"), a then choir teacher for Defendant Central Bucks School District (CBSD).

2. On June 12, 2023, Bucks County Court of Common Pleas Judge Jeffrey L. Finley sentenced Ohrt to two and a half to five years of confinement.

3. Ohrt is currently incarcerated at SCI Frackville, Inmate Number QP7324.

4. Plaintiff seeks to depose Ohrt on March 17, 2025, prior to the March 28, 2025, close of discovery.

5. The deposition will be conducted remotely by Zoom or other mutually agreed upon platform, will be stenographically recorded and may be audio and video recorded.

6. Contact for coordinating the details of the deposition will be Alan L. Yatvin, counsel for Plaintiff (215) 665-8181, or his designee.

7.      CBSD, by its counsel, does not oppose this request.

8.      Counsel for Plaintiff certifies pursuant to E.D.Pa.Loc.Civ.R. 7.1(b) that this is an uncontested motion as to which no memorandum/brief is required.

**WHEREFORE**, Plaintiff prays this Court grant this uncontested motion to produce inmate Joseph Ohrt for deposition, and enter an order in the form attached hereto.

Respectfully submitted,

**WEIR LLP**

DATE: March 4, 2025

/s/ Alan L. Yatvin
Alan L. Yatvin, Esquire
Attorney ID No. 38716
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
(215) 665-8181 (Phone)
(215) 241-7751 (Fax)
ayatvin@weirlawllp.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the below date I caused a true and correct copy of the foregoing to be served on counsel of record by ECF:

Joseph J. Santarone, Esquire
Ashley L. Toth, Esquire
Marshall Dennehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103
jjsantarone@MDWCG.com
altoth@MDWCG.com

February 28, 2025                                                           _____
                                                                                                 Alan L. Yatvin