IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CALDERAIO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 23-4218** |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |

## ORDER

**AND NOW**, this 5th day of March, 2025, upon consideration of Plaintiff John Calderaio's Uncontested Motion to Produce Inmate for Deposition (ECF No. 26), it is hereby **ORDERED** that the Motion is **GRANTED** and the Superintendent of SCI Frackville is **DIRECTED** to produce Joseph Glen Ohrt, Inmate No. QP7324, to appear for remote deposition in this action commencing at 10 a.m. and remaining available until 5 p.m. on March 17, 2025.

**IT IS FURTHER ORDERED** as follows:

1. The deposition shall be conducted remotely by Zoom or other mutually-agreed upon telecommunications platform, shall be stenographically recorded, and may be audio and video recorded.

2. The deposition may be attended virtually by multiple counsel for any party, and by any counsel privately retained by Joseph Ohrt.

3. Should it prove unavoidably necessary, the parties and the Superintendent are granted leave to agree upon a mutually convenient alternate date without further order from this Court.

4. The contact for coordination of the details of the deposition shall be Alan L. Yatvin, Esquire, attorney for Plaintiff, who may be reached at 215-665-8181.

**BY THE COURT:**

*/s/   Mitchell S. Goldberg*
**Mitchell S. Goldberg,       J.**