# EXHIBIT A

# MARSHALL DENNEHEY

2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial:  (215) 575-2626
Email:  jjsantarone@mdwcg.com

August 27, 2024

**VIA EMAIL - ayatvin@wgpllp.com**

Alan L. Yatvin, Esquire
Weir Greenblatt Pierce, LLP
1339 Chestnut Street
Suite 500
Philadelphia, PA  19107

**VIA EMAIL – shubin@shubinlaw.com**

Andrew J. Shubin, Esquire
Law Office of Andrew J. Shubin
333 South Allen Street
State College, PA  16801

  **RE: Calderaio, John v. Central Bucks School District**
    **Docket No.: USDC Eastern District No.: 2:23-cv-4218**
    **Our File No.: 19024.00950**

Dear Counsel:

  I ask you to contact me regarding whether or not we expect to receive responses to our discovery requests which were sent on July 8, 2024.  We need to move this matter along and I need the answers to discovery along with scheduling the deposition of your client.  Are you available the week of September 16th?

  In the meantime, I am preparing a report for the carrier and one of the questions is:  What is the demand?  If you have a figure, please let me know so that I can include it in my report.

         Very truly yours,

         *[signature]*

         Joseph J. Santarone

JJS/jh

cc: Ashley Toth, Esquire

**Toth, Ashley L.**

| | |
|---|---|
| **From:** | Yatvin, Alan <ayatvin@wgpllp.com> |
| **Sent:** | Thursday, August 29, 2024 12:54 PM |
| **To:** | Santarone, Joseph J. |
| **Cc:** | Andrew Shubin; Cohen, Noah S; Toth, Ashley L.; Pogolowitz, Rachel |
| **Subject:** | RE: Calderaio, John v. Central Bucks School District |

**WARNING: This email originated outside Marshall Dennehey. BE CAUTIOUS before clicking any link or attachment.**

Joe-

I am out of the country until the 21st. I believe the answers to interrogatories are just awaiting finalization. I don't know the status of production and Noah is on vacation until after Labor Day.

As for the week of the 16th, I am still away and Noah goes on paternity leave September 12th for 6 weeks. I believe Andrew is also unavailable that week. Plus, if you want to do in person, we will need to arrange John's travel from Florida.

We will get back to you next week when Noah and Andrew are back in the office regarding outstanding discovery, dep scheduling and a demand.

Thanks and have a good holiday weekend.

*Alan*

**Alan L. Yatvin**
Attorney at law

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

Phone 215.665-8181 | Fax: 215.665.8464
Email: ayatvin@wgpllp.com
www.wgpllp.com

# Weir Greenblatt Pierce LLP

1339 Chestnut Street | Suite 500
Philadelphia, PA  19107

 Consider your responsibility to the environment - think before you print!

**From:** Edwards, Carlene <CXEdwards@mdwcg.com>
**Sent:** Thursday, August 29, 2024 12:18 PM
**To:** Yatvin, Alan <ayatvin@wgpllp.com>; Andrew Shubin <shubin@shubinlaw.com>
**Subject:** [EXTERNAL] Calderaio, John v. Central Bucks School District

**This Message originated outside your organization.**

Attached is correspondence from Joseph Santarone, Esquire with regard to the above matter.


**Carlene Edwards**
*Administrative Assistant*
2000 Market Street, Suite 2300, Philadelphia, PA 19103
Direct: (215) 575-2665 | Main: (215) 575-2600 | Fax: (215) 575-0856
e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to CXEdwards@mdwcg.com, or by telephone at (215) 575-2665 and then delete the message and its attachments from your computer.