# EXHIBIT B

# MARSHALL DENNEHEY

2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial:  (856) 414-6400
Email:  altoth@mdwcg.com

October 2, 2024

**VIA EMAIL - ayatvin@wgpllp.com**

Alan L. Yatvin, Esquire
Weir Greenblatt Pierce, LLP
1339 Chestnut Street
Suite 500
Philadelphia, PA  19107

**VIA EMAIL – shubin@shubinlaw.com**

Andrew J. Shubin, Esquire
Law Office of Andrew J. Shubin
333 South Allen Street
State College, PA  16801

**RE:   Calderaio, John v. Central Bucks School District**
**Docket No.:   USDC Eastern District No.: 2:23-cv-4218**
**Our File No.:   19024.00950**

Dear Counsel:

Our office would like to take the following depositions:

1. John Ohrt
2. John Calderaio (November 20, 2024)
3. Anthony Calderaio, Jr.
4. Terry Calderaio
5. Anthony Calderaio Sr.
6. Peyton Growth
7. Vincent Margiotti, Esq.
8. Eugene Chuzhinin
9. Annalee Tomanelli
10. Chloe Grau
11. Kathy Grau
12. Joey Recupero
13. Oleg Chuzhinin
14. Leah Popek
15. Katie Gaebel
16. Nick Yandolino
17. Zachary Eggleston
18. Jackson Manning

Alan L. Yatvin, Esquire
Andrew J. Shubin, Esquire
October 2, 2024
Page 2

---

    Our office has the following dates available for deposition: October 14, 15, 16, 17, 18, 21, 22, 23, 28, 29.  Please confirm that your office will be producing these individuals for deposition and your availability.  If you will not be producing the individuals for deposition, please provide their address so that we can serve a subpoena.

                                               Very truly yours,

                                               */s/ Ashley L. Toth*
                                               Ashley L. Toth


cc:      Joseph J. Santarone, Esquire