# EXHIBIT D

## Toth, Ashley L.

| | |
|---|---|
| **From:** | Toth, Ashley L. |
| **Sent:** | Tuesday, October 29, 2024 4:43 PM |
| **To:** | Yatvin, Alan |
| **Cc:** | Santarone, Joseph J.; Cohen, Noah S; Andrew Shubin; Marmer, Erin |
| **Subject:** | RE: Calderaio v. CBSD |

Alan-

Let's schedule a meet and confer regarding the discovery issues. Please let me know your availability for this week or next. In the interim, however, please let me know whether you will be producing the witnesses we requested or whether we need to subpoena those witnesses. I currently have the following dates available for depositions in November:

November: 6, 7, 8, 11, 12, 15, 18, 19, 20, 21, 25, 26



**Ashley L. Toth**
*Attorney at Law*
15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
Direct: (856) 414-6400 | Main: (856) 414-6000 | Fax: (856) 414-6077
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to ALToth@MDWCG.com, or by telephone at (856) 414-6400 and then delete the message and its attachments from your computer.

**From:** Yatvin, Alan <ayatvin@wgpllp.com>
**Sent:** Wednesday, October 23, 2024 5:38 PM
**To:** Toth, Ashley L. <ALToth@MDWCG.com>
**Cc:** Santarone, Joseph J. <JJSantarone@MDWCG.com>; Cohen, Noah S <ncohen@wgpllp.com>; Andrew Shubin <shubin@shubinlaw.com>; Marmer, Erin <emarmer@wgpllp.com>
**Subject:** RE: Calderaio v. CBSD

**WARNING: This email originated outside Marshall Dennehey. BE CAUTIOUS before clicking any link or attachment.**

Hey, Ashley, any update on the below?

Alan

**Alan L. Yatvin**
Attorney at law

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

Phone 215.665.8181 | Fax: 215.735.1660
Email: ayatvin@wgpllp.com
www.wgpllp.com