**EXHIBIT E**

# Toth, Ashley L.

| | |
|---|---|
| **From:** | Toth, Ashley L. |
| **Sent:** | Wednesday, December 18, 2024 4:19 PM |
| **To:** | Yatvin, Alan |
| **Cc:** | Santarone, Joseph J.; Cohen, Noah S; Andrew Shubin; Marmer, Erin |
| **Subject:** | RE: Calderaio v. CBSD |

Good afternoon Alan-

Joe and I are available on 12/23 for a conference call at 9:30 to meet and confer.

Our office is also available for deposition on the following dates:
January:  13, 14, 16, 17, 22, 23, 24, 27 (after 10:30 am), 28, 29, 30, 31
February: 3, 4, 5


Thank you,
Ashley



**Ashley L. Toth**
*Attorney at Law*
15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
Direct: (856) 414-6400 | Main: (856) 414-6000 | Fax: (856) 414-6077
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to ALToth@MDWCG.com, or by telephone at (856) 414-6400 and then delete the message and its attachments from your computer.

**From:** Yatvin, Alan <ayatvin@weirlawllp.com>
**Sent:** Tuesday, December 17, 2024 4:04 PM
**To:** Toth, Ashley L. <ALToth@MDWCG.com>
**Cc:** Santarone, Joseph J. <JJSantarone@MDWCG.com>; Cohen, Noah S <ncohen@weirlawllp.com>; Andrew Shubin <shubin@shubinlaw.com>; Marmer, Erin <emarmer@weirlawllp.com>
**Subject:** RE: Calderaio v. CBSD

**WARNING: This email originated outside Marshall Dennehey. BE CAUTIOUS before clicking any link or attachment.**

Asley-

Your Responses to the March 1, 2024, RFP are woefully inadequate.  I will address those inadequacies at the end of this email and in the attached table.  Further, you have failed to address the other insufficiencies, commitments by you, and requests for deposition dates, raised in my emails, some dating back to mid-October.  We are really running out of time.  It is long past time for you and your client to bring discovery responses current and complete, so we can get on with depositions in the little time left to us.  This needs to be a priority, because I know that after months of inadequacy,