# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CALDERAIO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 23-4218** |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2025, upon consideration of Plaintiff's Letter Request to Extend Time to Produce Expert's Report and Defendant's Letter Response in Opposition, after finding good cause exists, it is hereby **ORDERED** that the Plaintiff's Request is **GRANTED**, and the time within which Plaintiff has to produce his expert's report is **EXTENDED** for a period of forty-five (45) days or until **May 26, 2025**.

**IT IS FURTHER ORDERED** that the time within which Defendant shall have to file its expert report, if any, is **EXTENDED** to **June 9, 2025.**

**IT IS STILL FURTHER ORDERED** that all of the other, previously-established deadlines as provided in the Order of November 26, 2024 are undisturbed and remain unchanged.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,    J.**