EXHIBIT C

1            IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                        -  -  -

4    JOHN CALDERAIO,
              Plaintiff,          :
5                                 :
     -vs.-                        :
6                                 :
     CENTRAL BUCKS SCHOOL         :
7    DISTRICT,                    :
              Defendant.          : 2:23-cv-04218
8                        -  -  -

9            Wednesday, November 20, 2024

10                       -  -  -

11               Videotaped deposition of JOHN

12   CALDERAIO, taken pursuant to notice, was held at

13   MARSHALL DENNEHEY, 2000 Market Street, Suite

14   2300, Philadelphia, Pennsylvania 19103,

15   commencing at 10:07 a.m., on the above date,

16   before Jared Carey, a Professional Reporter and

17   Notary Public in and for the Commonwealth of

18   Pennsylvania.

19                       -  -  -

20

21          ESQUIRE DEPOSITION SERVICES
                 1835 Market Street
22                   Suite 555
          Philadelphia, Pennsylvania 19103
23               (215) 988-9191

24



```
 1        APPEARANCES:

 2   WEIR LLP
     BY: NOAH COHEN, ESQUIRE
 3   1339 Chestnut Street, Suite 500
     Philadelphia, Pennsylvania 19107
 4   215.665.8181
     Attorney for the Plaintiff
 5

 6   SHUBIN LAW, INC.
     BY: ANDREW SHUBIN, ESQUIRE
 7   310 South Burrows Street
     State College, Pennsylvania 16801
 8   814.826.3586
     Attorney for the Plaintiff
 9   (Appearing via teleconference)

10

     MARSHALL DENNEHEY, PC
11   BY: JOSEPH J. SANTARONE, JR., ESQUIRE
     2000 Market Street, Suite 2300
12   Philadelphia, Pennsylvania 19103
     215.575.2626
13   Attorney for Central Bucks School District

14

15   ALSO PRESENT:

16   Sean Dougherty - videographer

17

18

19

20

21

22

23

24
```



```
 1                    I   N   D   E   X

 2    WITNESS                               PAGE

 3    JOHN CALDERAIO

 4    BY:  MR. SANTARONE                    6

 5

 6

 7              E   X   H   I   B   I   T   S

 8    MARKED              DESCRIPTION       PAGE

 9    Exhibit 1   Police Criminal Complaint  99

10    Exhibit 2   Complaint                 104

11    Exhibit 3   Disclosure                153

12    Exhibit 4   Plaintiff's Responses     179

13    Exhibit 5   Emails                    195

14    Exhibit 6   Text messages             200

15    Exhibit 7   Packet                    205

16

17

18

19

20

21

22

23

24
```



```
1                  DEPOSITION SUPPORT INDEX

2

3   Direction to Witness Not to Answer

4   Page Line          Page Line              Page Line

5   None

6

7

8   Request for Production of Documents

9   Page Line          Page Line              Page Line

10  None

11

12

13  Stipulations

14  Page Line          Page Line              Page Line

15  None

16

17

18  Question Marked

19  Page Line          Page Line              Page Line

20  None

21

22

23

24
```



```
 1              -   -   -

 2              THE VIDEOGRAPHER:  The following

 3    is the recorded deposition of Mr. Calderaio

 4    in the matter of John Calderaio versus

 5    Central Bucks School District being heard

 6    before the U.S. District Court for the

 7    Eastern District of Pennsylvania, case file

 8    No. 2:23-cv-04218.

 9              This deposition is being held

10    at 2000 Market Street in Philadelphia,

11    Pennsylvania with today's date being

12    November 20, 2024 and the time on the

13    record stating 10:07 a.m.  My name is Sean

14    Dougherty.  I am the videographer.  The

15    court reporter is Jared Carey.

16              Counsel, at this time will you

17    please place your appearances for the

18    record.

19              MR. COHEN:  Noah Cohen on behalf

20    of Plaintiff from Weir LLP.

21              MR. SANTARONE:  Joe Santarone for

22    the Central Bucks School District.

23              MR. SHUBIN:  Andy Shubin, also

24    for the plaintiff.  I'm listening in
```



```
 1      remotely.

 2                     -  -  -

 3              JOHN CALDERAIO, having been duly

 4      sworn, was examined and testified as

 5      follows:

 6                     -  -  -

 7                  EXAMINATION

 8                     -  -  -

 9   BY MR. SANTARONE

10         Q.      Mr. Calderaio, my name is Joe

11   Santarone.  I will be asking you some questions

12   today.

13         A.      Sure.

14         Q.      If at any time I ask you any

15   question that you do not hear or understand the

16   question, just ask me to repeat it.

17         A.      Okay.

18         Q.      The second instruction would be

19   you are not here to guess at answers or assume

20   answers.  If you don't know, you can say "I

21   don't know."  If you are going to give a

22   reasonable guess, let us know it's an estimate.

23         A.      Sure.

24         Q.      The third instruction is to give
```



1   all verbal responses so the court reporter can

2   take down your answers.

3           A.      Right.

4           Q.      Also, a lot of times you will

5   anticipate what my question is.  But you have to

6   wait until I finish the question so the court

7   reporter can take it down.

8           A.      Right.

9           Q.      Have you ever had your deposition

10  taken before?

11          A.      No.

12          Q.      Have you ever testified in court?

13          A.      No.  Not to my recollection.

14          Q.      Did you testify in the criminal

15  matter at all in this case?

16          A.      No, I didn't.

17          Q.      Can you state your full name for

18  the record, please.

19          A.      Sure.  It's John Anthony Walter

20  Calderaio.

21          Q.      How old are you?

22          A.      I am 26.

23          Q.      Your date of birth?

24          A.      12/19/97.



```
 1          Q.     What is your address?
 2          A.     It's 20,000 Portofino Circle,
 3   Palm Beach Gardens, Florida 33418.
 4          Q.     Is that a home or a house or
 5   apartment?
 6          A.     It's an apartment.
 7          Q.     How many bedrooms is the
 8   apartment?
 9          A.     Three.
10          Q.     Do you live there with anyone?
11          A.     I live there with my brother, my
12   oldest brother Anthony, and his girlfriend
13   Megan.
14          Q.     How long have you lived there?
15          A.     Approximately six, seven months.
16          Q.     Where did you live before that?
17          A.     I also was living in Palm Beach
18   Gardens.  I lived in a different apartment right
19   down the road.
20          Q.     How long were you in that
21   apartment?
22          A.     About a year.
23          Q.     Who did you live with at that
24   address?
```



1          A.      I lived with my brother for the
2    first six months.  And then his girlfriend Megan
3    moved in for the second half of the year.
4          Q.      Then did all three of you move
5    then to this new apartment?
6          A.      Correct.
7          Q.      How about before that apartment?
8          A.      I was living on the other coast
9    of Florida in Fort Myers in a place called
10   Babcock Ranch.
11         Q.      And what is Babcock Ranch?  Is
12   that an apartment complex?
13         A.      It's a newly developed community.
14   It's a -- yes.  They are houses.  It's a housing
15   development.
16         Q.      Did you live in a house or an
17   apartment?
18         A.      I lived in a house.
19         Q.      Who did you live there with?
20         A.      I spent some time living with my
21   dad because he has a house there.  I spent some
22   time living with my brother because he had a
23   house there.
24         Q.      Is this Anthony also?



1           A.      That is correct.  It's Anthony.

2    And my father's name is Anthony as well.

3           Q.      When you moved to Babcock Ranch,

4    was that the first time that you lived in

5    Florida?

6           A.      I lived in Florida one time

7    previously.  I was actually born in Boca Raton.

8    And we lived there for six weeks before I moved

9    to Pennsylvania.

10          Q.      When was it that you actually

11   left Pennsylvania to move to Florida?

12          A.      It was about October of 2022

13   approximately.

14          Q.      What was reason why you left?

15          A.      A lot relating to the case at

16   hand.  Honestly, it's mainly it.  I wanted to be

17   closer with family, rebuild foundations with

18   them after everything that happened.  It drove a

19   pretty big divide between me and my family.  So

20   it was important to me to redevelop those

21   foundations.

22          Q.      Did your father live there before

23   October 2022?

24          A.      Yes.  He was there for about a --



1  he was there for a couple of years already at

2  that point.  Maybe a few years.

3         Q.     How about your brother?  Was he

4  there for a while before October 2022?

5         A.     He lived there for a couple years

6  at that point as well.  Yeah, a few years.

7         Q.     And do you have any other

8  siblings?

9         A.     I do.  I have a sister who is

10  also older than me.  I'm the youngest of three.

11        Q.     What is your sister's name?

12        A.     Her name is Diana.

13        Q.     And how old is Anthony?

14        A.     30.

15        Q.     And how old is Diana?

16        A.     She is 28.

17        Q.     Where does Diana live?

18        A.     She lives in Philadelphia.

19        Q.     What section?

20        A.     I'm actually not sure.  She just

21  recently moved to a new place.  I don't recall.

22  I think it's in Center City, though, or near

23  Center City.

24        Q.     Is Diana married?



```
 1            A.     No, she is not.

 2            Q.     How about your mother?

 3            A.     Where does she live?  Or what

 4   about?

 5            Q.     Where does she live now?

 6            A.     She lives in Pennsylvania still.

 7            Q.     Where?

 8            A.     I'm not sure.

 9            Q.     You are not sure in that you

10   don't know the address?  Or not sure that you

11   have not been to the house?

12            A.     I don't think she lives in a

13   house right now.  I think she is actually in

14   treatment for alcohol.

15            Q.     Do you know where she is?

16            A.     I do not.

17            Q.     And do you know how old your

18   mother is?

19            A.     54.  She is 54.

20            Q.     And do you know where did she

21   live before she went to rehab?

22            A.     I'm not sure.  I can tell you her

23   last known address that I know of.

24            Q.     Okay.
```



```
 1            A.      124 East State Street, apartment
 2    2W.
 3            Q.      Where is that?
 4            A.      Doylestown, Pennsylvania.
 5            Q.      Do you know how long she lived
 6    there?
 7            A.      She lived there for around, I
 8    want to say, six or seven years.
 9            Q.      Did you ever live there with her?
10            A.      Yes.  I did on and off.
11            Q.      Do you still have contact now at
12    all with your mother?
13            A.      I have not spoken to my mother in
14    around a year.
15            Q.      How about your brother Anthony,
16    is he in contact with your mother?
17            A.      She has been contacting him.  But
18    I wouldn't say they are in regular contact, no.
19            Q.      How about Diana?
20            A.      They are in contact, yeah.  I
21    would say often.
22            Q.      How often do you speak with
23    Diana?
24            A.      Right now about once a week, once
```



1  every couple of weeks.  She is busy.  I'm busy.

2  We have a good relationship, though.

3         Q.     And your parents, were your

4  parents married when you were born?

5         A.     They were at the time of birth,

6  yes.

7         Q.     Are they divorced now?

8         A.     They are divorced now.  That is

9  correct.

10        Q.     When did they get divorced?

11        A.     I believe the divorce was

12  finalized between four and six years ago.

13  That's an approximation.

14        Q.     So roughly 2019 or 2020?

15        A.     Yes.  Roughly around there.

16        Q.     When did they separate before

17  they got divorced?

18        A.     Back in I want to say

19  around 2013 -- 2012.

20        Q.     So when your parents separated,

21  you were in what grade?

22        A.     I was in 8th grade.  So, yeah, I

23  guess that timeline is a little off maybe by

24  around a year or so.  So probably around 2011 is



1  when it must have been.

2          Q.      When they separated you were in

3  8th grade?

4          A.      About, yes.

5          Q.      And when they separated, who did

6  you live with?

7          A.      When they first separated I was

8  living with my father.

9          Q.      Did that change?

10         A.      It did eventually.

11         Q.      How long after that did it

12  change?

13         A.      About around a year later.

14         Q.      What led to the change?  Did you

15  go to live with your mother?

16         A.      Immediately, no.  I was living

17  with a family friend.

18         Q.      Is that when you were in 8th

19  grade?

20         A.      At this point now we are talking

21  about 9th grade.  A year later, which would be

22  9th grade, around that time I had left my

23  father's house and stayed with a family friend.

24         Q.      What is the reason you left your



1  father's house?

2          A.      Instability in the home.

3          Q.      Instability in your father's

4  home?

5          A.      Yes.

6          Q.      What was the instability in your

7  father's home?

8          A.      I would say when you are married

9  30-plus years and then you get divorced and you

10  are -- you begin to initiate a divorce and your

11  wife is an alcoholic it can take a pretty big

12  toll on you.  He did his best.  But there were

13  some issues.

14          Q.      Did it take a toll on you?

15          A.      Yes.  Of course.

16          Q.      How about your brother and

17  sister?

18          A.      Yes, yes, yes.

19          Q.      Who did you go to live with in

20  9th grade when you left your father's house

21  because of instability?

22          A.      Would you like to know their

23  names?

24          Q.      Yes.



1          A.      Their family name was Stuardi

2    (ph).  The kid who was in my grade who I was

3    friends with his name was Andrew.  He had

4    siblings who were friends with my siblings as

5    will.

6          Q.      How long did you live with that

7    family?

8          A.      I want to say around six months

9    give or take a month, maybe.

10         Q.      And when you moved -- where did

11   you move from there?

12         A.      From there I moved in with my

13   mom.

14         Q.      Were you still in 9th grade when

15   you moved back with your mom?

16         A.      Correct.  Yes.

17         Q.      When you moved back with your mom

18   in 9th grade, what school were you in in 9th

19   grade?

20         A.      I was in Holicong Middle School.

21         Q.      Is middle school 6th, 7th and

22   8th?  Or 7th, 8th and 9th?

23         A.      Yes.  Middle school through

24   Central Bucks is 7th through 9th, correct.



1         Q.     When you moved in with your
2    mother in 9th grade, was anybody else living
3    with your mother?
4         A.     Immediately at that time, no.  It
5    was just me.  Eventually my brother and sister
6    moved back in as well with my mother.
7         Q.     Was your mother an alcoholic at
8    this time?
9         A.     Undiagnosed.  You know?  Yes, she
10   was.
11        Q.     Had she been in any type of rehab
12   at that point up until the time you were in 9th
13   grade?
14        A.     Right.  Not to my knowledge.
15   Maybe at some point that I don't know about.
16   But to my knowledge at that point, no.
17        Q.     How long did you stay with your
18   mother then when you moved back in 9th grade?
19        A.     I stayed with her for around a
20   year and a half.
21        Q.     And then what happened?
22        A.     Then I stayed with my father for
23   pretty much the remainder of my time in high
24   school -- or at least between my parents.  So



1  some points in between going a little back and

2  forth.  But I was mainly with my father after

3  that year and a half.

4          Q.     Was your mother physically

5  abusive to you?

6          A.     No.

7          Q.     Was she emotionally abusive to

8  you?

9          A.     Yes.

10         Q.     In what way?

11         A.     It was usually just when she was

12 drinking.  And, you know, I would say typical

13 alcoholic behavior, you know, shaming you,

14 guilting you, blaming you for their actions and

15 mistakes.  You know?

16                Her actions would create a lot of

17 instability in the household, whether it be

18 financially or otherwise.  And, you know,

19 blaming those circumstances on us, a lot of

20 gaslighting.

21         Q.     Was there any abuse from your

22 father?

23         A.     No.

24         Q.     And financially, how was your



1  family's financial situation when you were

2  growing up?

3          A.     Growing up we were very well-off.

4  The divorce -- the separation and the divorce

5  and legal issues we faced because of my mom's

6  actions took a really big toll on our finances.

7  But growing up we were very well-off.

8          Q.     When they separated in 2012, did

9  that begin to change then?

10         A.     Yes.  From there it was slowly

11  degrading our financial situation.

12         Q.     What issues did your mother have

13  that was draining the financial situation?

14         A.     Needless legal fees, other legal

15  fees -- for example, she was charged in hit and

16  run of three vehicles.  That caused a lot of

17  issues financially with the attorney's fees and

18  court fees and all the like.

19                It was a lot of needless

20  spending.  We had HELOC that was drained quickly

21  from her.  It was a lot of spiteful actions,

22  too, with the intent to destroy my father's

23  finances which inherently had an effect on us.

24         Q.     Was she required to pay any type



1    of legal judgments because her actions when she

2    was intoxicated?

3            A.     I don't know that for a fact.

4    I'm not sure.

5            Q.     Do you have any idea how long she

6    has been in rehab currently?

7            A.     Currently I believe she has been

8    in rehab right now for over three months.

9            Q.     You don't know where, though?

10           A.     No.  But I know she will be there

11   for a year.  It's court-ordered.

12           Q.     Do you know by what court?

13           A.     I don't.  I'm sorry.

14           Q.     You don't know if it's Bucks

15   County Court?

16           A.     I don't.  I'm sorry.

17           Q.     The one year of rehab

18   court-ordered, is that -- do you know if that is

19   a criminal sentence?

20           A.     I'm not sure.  I mean, I would

21   imagine.  But I'm not sure.

22           Q.     Let's talk about your work

23   history then.  You graduated in 2016?

24           A.     Yes.



1          Q.     Did you hold any jobs while you

2     were in high school?

3          A.     Yes, I did.  I had a couple of

4     jobs.  I had one at a restaurant called Mosquito

5     Grill in Doylestown as a busser.  I was there

6     for around a year.

7          Q.     What year in high school was

8     that?

9          A.     I think that was my sophomore

10    year.

11         Q.     That would have been 10th grade?

12         A.     Yes.  I got the job going into my

13    sophomore year.  So it was not a year starting

14    from my sophomore year.  It was a part of my

15    sophomore year.  And then from there I got

16    another job at a restaurant called 86 West as a

17    busser and an expo.  That's why I left Mosquito

18    Grill.  I was there for -- going into the

19    beginning of my junior year.

20         Q.     What is an expo?

21         A.     They like help run the food line.

22    They expedite everything and help to keep things

23    running smoothly.

24         Q.     So you worked at 86 West.  That



1  is also in Doylestown?

2          A.     That is also in Doylestown, yes.

3  They are like right next to each other.

4          Q.     And you worked there for part of

5  your junior year?

6          A.     Part of my sophomore year going

7  into my junior year up until about halfway

8  through my junior year.  So I would say the

9  second half of my sophomore year into the first

10 half of my junior year or through the first half

11 of my junior year.

12         Q.     So how about the second semester

13 of your junior year, did you work anywhere?

14         A.     I don't believe so.

15         Q.     How about your senior year, did

16 you work anywhere?

17         A.     I don't believe so.  Actually I

18 am sorry.  That's not true.  My second half of

19 my junior year I worked at a restaurant called

20 Maxwell's on Main Street -- called Mom's.

21         Q.     How about your senior year?

22         A.     My senior year I didn't.

23         Q.     This was at a time when your

24 family was having some financial difficulties?

1        A.    Yes.

2        Q.    Were you ever fired from any of

3  these jobs?

4        A.    No.

5        Q.    You left on your own?  Each one?

6        A.    Yes.

7        Q.    Why did you leave the one you

8  had -- was it Maxwell's?

9        A.    Honestly, I don't remember.  I

10 don't remember.  Actually now that I think about

11 it I walked -- I did leave.  I walked out of

12 that job.  I don't know how they would define

13 that.  I define it as I quit.

14       Q.    Do you know why you walked out?

15       A.    Honestly, I don't recall.

16       Q.    But you were not fired from any

17 jobs?

18       A.    No.

19       Q.    So you graduate in June of 2016?

20       A.    Mm-mmh.

21       Q.    Do you continue your education?

22       A.    I did.

23       Q.    Where did you go to school?

24       A.    After that I had gone to Bucks



1  County Community College for about a year and a

2  half.

3          Q.     Did you have a major there?

4          A.     I did.

5          Q.     What was that?

6          A.     It was voice.

7          Q.     Did you earn credits while you

8  were there?

9          A.     I did.

10         Q.     What happened after a year and a

11 half?

12         A.     Sure.  I took a semester off.

13 And then I got accepted into Temple University.

14         Q.     What did you do in the semester

15 off?

16         A.     I worked, trying to save money,

17 focused on music.  I -- you know, Dr. Orht was

18 demanding of my time at the time.  So I spent

19 some time working with him.

20         Q.     Where did you work then?  You

21 said you worked?

22         A.     I was working at a church in

23 Doylestown called St. Paul's Lutheran Church.

24         Q.     This was the semester between



1   Bucks County Community and Temple?

2          A.      Yes.  I believe so.

3          Q.      What did you do there?

4          A.      I was an assistant music

5   director.  I also sang in a professional quartet

6   from Princeton.

7          Q.      We will get back to that.

8          A.      Sure.

9          Q.      So then you go to Temple?

10         A.      Um-hmm.

11         Q.      And is there any break other than

12  that half semester?  You go from high school to

13  Bucks County Community College, a semester off

14  and then into Temple?

15         A.      Yes.  That's correct.

16         Q.      And were you at Temple main

17  campus?

18         A.      Main campus, yes.

19         Q.      What was your major at Temple?

20         A.      Music education.

21         Q.      How long were you at Temple?

22         A.      About another year and a half.

23         Q.      And did you graduate from Temple?

24         A.      I withdrew in the second half of



1   my junior year.

2          Q.      Why did you withdraw?

3          A.      I wanted nothing to do with music

4   anymore.

5          Q.      Did you go back to college ever?

6          A.      I did.

7          Q.      Where did you go?

8          A.      I went to Bucks County College.

9   And I got a degree in health science.

10         Q.      Is that an associate's degree?

11         A.      Correct.

12         Q.      What was the degree in again?

13         A.      That's okay.  It's an associate

14  in the science of health science.

15         Q.      What would you do with that

16  degree?

17         A.      I was on track to become a

18  physician's assistant.

19         Q.      You said you were on track.  What

20  happened?  Are you still on track?

21         A.      Yes, right.  No -- so after that

22  I got accepted in Jefferson University in their

23  pre-PA program which is a conditional program

24  which guarantees you acceptance into their



1  physician assistant program as long as you

2  maintain a certain GPA.  And I withdrew from

3  that program to move to Florida.

4         Q.     How far into that program were

5  you when you withdrew?

6         A.     It was a week and a half.  I knew

7  I was going to move.  At that point I made the

8  decision.  So I returned all of my financial aid

9  and I moved pretty shortly after that.

10         Q.     Have you looked into any program

11  in Florida?

12         A.     Yes.

13         Q.     For PA?

14         A.     Yes.

15         Q.     What is that?  Tell me about

16  that.

17         A.     Yes, sure.  So in order to -- I

18  have not found any pre-PA programs there.  So

19  what I would need to do is I need to finish my

20  bachelor's first in order to apply for those

21  programs.  And I would need to satisfy all core

22  prerequisites for whichever PA program I choose.

23  So I would need to go back to a four-year

24  university or a four-year institution in Florida



1   to finish that first.
2           Q.      Have you made any plans or
3   movements towards that?
4           A.      Yes.
5           Q.      Where have you applied?
6           A.      I applied at UF, USF, Palm Beach
7   State College, FAU.  But the best contender
8   right now is Palm Beach State College.  It's the
9   closest to me and the cheapest.
10          Q.      And Palm Beach State College,
11  where are you in that?  Have you been accepted;
12  do you know?
13          A.      I have already been accepted.
14  That was last year, though.  I have to apply
15  again.  I didn't wind up going at the time.
16          Q.      But have you been accepted there?
17          A.      Yes.  I've been accepted there
18  already.
19          Q.      So your long-term plans are to
20  stay in Florida?
21          A.      Yes.
22          Q.      So let's talk about between 2016
23  when you graduated and 2022 when you moved to
24  Florida.



1          A.      Sure.

2          Q.      Did we cover all your work

3    history?  Where did you --

4          A.      No, we didn't.  I stopped

5    around -- we stopped -- a little after senior

6    year.  So we ended at 2017 I was working at St.

7    Paul's Lutheran Church, singing in that quartet,

8    as an assistant music director.  During the

9    summer of 2017 I had a job as an assistant

10   creative director at the Bucks County Playhouse.

11         Q.      How long were you in that

12   position?

13         A.      It was a temporary position.

14   That is just the way that position works.  It

15   was about three months -- yeah.  About three

16   months.

17         Q.      What did it involve?  Putting on

18   some production?

19         A.      Yes.  So I was an assistant

20   creative director in their youth company.  So

21   the way that that works is students audition for

22   a play that -- or a musical in this case, which

23   would be produced and performed at the Bucks

24   County Playhouse in production with the Bucks



1  County Playhouse.

2             So you spend three months working

3  with the kids, coaching the kids, developing the

4  musical.  And then you have a few performances.

5  And then that's it.  Kids go back to school.  So

6  it was really just a temporary position for that

7  summer.

8        Q.    Did you enjoy doing that?

9        A.    Yes.  I loved it.  It was

10 everything.

11       Q.    Have you ever done anything like

12 that again?

13       A.    More or less.  Not like that,

14 though.

15       Q.    What kind of things have you done

16 that's like that?

17       A.    Worked with choirs, worked with

18 ensembles, put on -- not put on.  But worked on

19 smaller-scale musical productions not involving

20 any choreography or not anything theatrical like

21 that.

22       Q.    When was the last time you did

23 that?

24       A.    At Central Bucks West.



1          Q.     Central Bucks West was after the

2    Bucks County Playhouse?

3          A.     Correct.  Yes.  I still

4    continuously worked with the students at CB West

5    after I graduated.

6          Q.     How long did you do that for?

7          A.     On and off for pretty much up

8    until 2019.  I still -- that choir commissioned

9    me to write music here and there, which was

10   another contract job or job I had by contract

11   that I did throughout this whole timeline.

12         Q.     For three years or so after your

13   graduation, you were continuing to help students

14   at Central Bucks West?

15         A.     Yes.  More or less.  I would say

16   work with them rather than really help them, you

17   know, collaborate.

18         Q.     As far as your musical talent,

19   what is it?

20         A.     How so?

21         Q.     Do you sing?  Do you put up

22   productions?  I don't --

23         A.     Yeah.  So I really have a wide

24   array of ability in music, I guess.  Mainly I



1  like to sing.  I am not -- I don't think I am

2  the best singer.  My talent was more so in

3  conducting, composition, composition of any

4  kind.  I love piano, too.  I play piano.  Yes.

5  Voice, piano, conducting, composition.

6          Q.     Do you still play the piano?

7          A.     I started to again recently, yes.

8          Q.     Do you have a piano where you

9  live?

10          A.     I have a keyboard, yes.

11          Q.     Besides anything you might have

12  done in school, were you involved in any

13  productions of anything at Temple?

14          A.     At Temple I was -- when you are

15  in -- when you are at Boyer, which is their

16  music school or when are you in voice or your

17  major aligns with voice, you have to take choir.

18  So I was in choir.  But I was in their select

19  ensemble which is like an extracurricular choir

20  as well.  Other than that, I wouldn't say I

21  wasn't in any like productions or anything like

22  that.

23          Q.     As far as your range as a singer,

24  do you fit a certain range?



1          A.      I can sing in three different

2    voice ranges.  I can sing base, tenor and alto.

3          Q.      Is that unusual?

4          A.      It's not supper common.  I

5    wouldn't say it's necessarily unusual.  But it's

6    not necessarily common.

7          Q.      The position you had when you

8    were helping students or working at post

9    graduation at CB West, were you paid for that?

10         A.      Well, I guess it depends what we

11   are talking about.  If there were pieces I was

12   commissioned to write for their choir, yes, I

13   was paid for that.  As far as working with

14   students like -- let's say I wrote a piece and I

15   worked on it with the choir because they were

16   going to sing it, me working on it with them I

17   was not paid for.

18              I was really just paid to write

19   the music unless it was like, for example, a job

20   at the Bucks County Playhouse or if it was my

21   job at the church working with that choir.  That

22   was a little different.  But students at West I

23   was not paid to work with them.

24         Q.      Who was it that paid you to write



1   the music?

2          A.      Technically it was out of a fund

3   that was put together by parents of the choir

4   and Dr. Ohrt, himself.  So how the money was put

5   in that fund, I'm not sure.  But it was

6   generally paid out from that fund or it was a

7   personal check from him.

8          Q.      Did you ever get checks that

9   actually said Central Bucks West?

10          A.      It would say Central Bucks Music

11   something.  But it was not like written out from

12   the district, itself, or anything like that.  At

13   least I don't remember that.

14          Q.      How about -- as far as starting

15   at the school you are talking about, the Palm

16   Beach school, are you going to start in

17   September?  Do you have a date that you will

18   start there?

19          A.      Right.  So that is this -- now

20   it's November already.  That is pretty much --

21   yes.  Yes.  I would say this coming September.

22   Some things are slightly up in the air.  I can

23   potentially go back this coming spring semester.

24   The only issue is the times in which the courses



1  fall in the fall or spring.  You understand?

2  You have to take certain ones before other ones.

3  So that depends.  I actually have to get onto

4  that when I get home.

5          Q.     So it's either the spring of 2025

6  or the fall of 2025?

7          A.     Yes, sir.  That's correct.

8  Right.  Because spring would be the first half

9  of 2025.  Fall would be second half.  That is

10 correct.

11         Q.     Is there tuition involved in

12 that?

13         A.     Yes.

14         Q.     Do you have the funds to pay

15 that?

16         A.     I personally do not.  But I could

17 through financial aid, scholarships, grants, et

18 cetera.

19         Q.     So just getting back when you --

20 October 2022 you go to Florida?

21         A.     Yes.

22         Q.     Where were you working before you

23 went to Florida?

24         A.     Before I went to Florida I was --



1  right.  I was working in New Hope at the Inn at

2  Centre Bridge.  And I was also working as a

3  medical assistant at Pennsylvania Pain & Spine

4  Institute.

5          Q.     You had two jobs?

6          A.     Yes.

7          Q.     How long did you work at the Inn

8  at Centre Bridge?

9          A.     The Inn at Centre Bridge I worked

10 there for about -- wow.  Two years, a little

11 over two years.  I am sorry.

12         Q.     So starting from 2020 --

13         A.     Starting in May of 2020 until

14 about August or September of 2022.

15         Q.     And then you left in October to

16 go to Florida?

17         A.     Yes, sir.

18         Q.     What did you do at the Inn?

19         A.     I was an operations manager.

20         Q.     Meaning?

21         A.     Right.  So I would -- we were in

22 the process of renovating the building.  So I

23 was in charge of coordinating with contractors,

24 paying payroll, coordinating promotional events.



1    It was kind of a -- my job description was kind

2    of broad because we were still so new.  We were

3    kind of trying to define what each role was.

4    But it was basically what I just said to you

5    now.

6            Q.      And you were not fired from

7    there?

8            A.      No.

9            Q.      Were they sorry to see you leave?

10           A.      In a way.  Me and the owner got

11   into more or less of an argument.  We had both

12   figured it was both better if I didn't work

13   there.  I didn't want to work there anymore

14   anyway.

15           Q.      Did the argument involve some

16   personal thing or something else?

17           A.      Yes.  It was some personal stuff,

18   too.  Different -- just general differences.

19   And it was just an extremely stressful job.  You

20   know?  I mean...

21           Q.      What was the Pain Center?

22           A.      Pennsylvania Pain & Spine

23   Institute is a pain management and

24   rehabilitation center.  I was a medical



1  assistant there.  So my job consisted of patient

2  records.  I was a phlebotomist.  I would draw

3  blood.  I would operate x-ray machinery, prepare

4  injections and inject dates for providers.  I

5  was in charge of running various tests on

6  patients.  I would do some injections myself

7  like B12, testosterone.  I had a pretty --

8  another job with a pretty broad job description.

9        Q.     And did you think that this would

10 help you towards your PA?

11       A.     It was, yes.  I needed the

12 clinical hours.  So you need a certain amount of

13 clinical hours in order to even apply.  Most

14 places require like 1,000 to 2,000.  I think I

15 had 1,800 or 2,000 at that time.

16       Q.     In order to do the things you

17 talked about, you need some certifications for

18 some of those things?

19       A.     You needed some training.  So in

20 the State of Pennsylvania you do not necessarily

21 need a certificate.  You don't need to be

22 certified as a medical assistant to be a medical

23 assistant.  You get training.  You are trained

24 in order to do the position.

1                But I was in a nursing program at

2    the time.  I had medical background, which is

3    what really qualified me for the job at the

4    time.  I had -- upon interview there were

5    questions -- things that I was questioned on

6    about basic medical background, which I was able

7    to display that I could qualify as somebody who

8    has basic medical knowledge.

9          Q.    You were not fired from that job.

10   You also voluntarily left?

11         A.    I voluntarily left.

12         Q.    Did you leave there to go to

13   Florida?

14         A.    Yes.  That's correct.

15         Q.    You talked about this quartet at

16   Princeton.  What was that about?

17         A.    Yes.  So there was a professional

18   quartet out of Princeton that would sing in each

19   service at St. Paul's Lutheran Church.  So a

20   quartet -- so it was four.  It consisted of four

21   people.  And I sang tenor in that quartet.

22         Q.    How long of a period of time was

23   that?

24         A.    How long did I have that job?



1        Q.      Yes.

2        A.      About a year.

3        Q.      From when to when?

4        A.      Yeah.

5        Q.      Did you still -- maybe we can

6    narrow it down.  Did you still have that job

7    when you moved to Florida.

8        A.      No.  It was pretty much for the

9    whole year of 2017.

10       Q.      For the year after you graduated

11   from high school?

12       A.      Yes.

13       Q.      Were you paid for that?

14       A.      Yes.

15       Q.      So October of 2022 you moved to

16   Florida?

17       A.      Yes.

18       Q.      Did you have a job lined up

19   before you went down there?

20       A.      No.

21       Q.      And when you went down you lived

22   initially with your father?

23       A.      Yes.

24       Q.      Does your father work?



1          A.     He's self-employed.

2          Q.     What does he do?

3          A.     He has his own car restoration

4    and resell business.  So he specializes in

5    classic cars like GTOs, old Pontiacs.  He also

6    works on newer and modern cars too.  Well, he

7    doesn't work on them.  He's kind of like a

8    middle man.  He is like a broker.  He brokers

9    deals essentially.

10         Q.     He doesn't have -- does he have a

11   shop?

12         A.     No.

13         Q.     He contracts that out?

14         A.     Exactly.

15         Q.     How long has he done that?

16         A.     He has done that since the

17   entirety of my life.

18         Q.     How about your brother?  What

19   does he do?

20         A.     He is a software developer.

21         Q.     And do you know what your sister

22   does?

23         A.     She is an elementary school

24   teacher.



1        Q.      So when you moved down to Florida

2    in October 2022, how long did it take to find a

3    job?

4        A.      A couple months.  Right --

5    literally right before I moved down Hurricane

6    Ian, I think it was, came through and absolutely

7    decimated Fort Myers.  So nowhere was hiring.

8    And Fort Myers was the closest idiom of

9    civilization to us outside of our community.

10   Because Babcock Ranch is a new community.  It's

11   not very developed yet.  It was actually quite

12   difficult to get a job anywhere doing anything,

13   which was just bad timing.

14       Q.      Were you looking for jobs?

15       A.      Yes.  I was actively -- I worked

16   for my dad during that time.  He paid me because

17   I couldn't get a job anywhere.

18       Q.      And for your work, you are the

19   middle man again?  You are not working on the

20   cars?

21       A.      No.  I'm not working on the cars.

22   I was more or less like a secretary for my dad

23   at the time.

24       Q.      When was it that you did find



1    work then?

2            A.      It was around November, late

3    November of 2022.  Like around there.  It was

4    about a month after I moved down.

5            Q.      Not that long?

6            A.      Not that long, no.

7            Q.      What did you do then in

8    November 2022?

9            A.      I just -- like the only place

10   hiring was this pizza shop down the street.  I

11   was delivering pizzas.

12           Q.      How long did you to that?

13           A.      About up until about February

14   of 2023.

15           Q.      Did you work anywhere else while

16   you were doing that up until February 2023?

17           A.      Other than working with my dad,

18   no.

19           Q.      And what happened in

20   February 2023 then?

21           A.      We were getting ready to move.

22   And they didn't need me as much.  They just

23   stopped calling me asking me to work.  I don't

24   know.  I guess it just wasn't busy.



1          Q.      Was this to move from the west

2   coast to the east coast?

3          A.      That's correct.

4          Q.      What was the reason for the move

5   from the west coast to the east coast of

6   Florida, if you know?

7          A.      That was actually always the

8   plan.  Actually the plan was when I moved there

9   we were only -- I was going to move with my

10  brother to the east coast.  But it was taking

11  longer than expected for someone to buy his

12  house.  And eventually he said, screw it.  We

13  got to go.  So he put his house up for rent

14  instead and we moved.

15         Q.      Was his move because of any job

16  reason or --

17         A.      No.  He just liked the east coast

18  more.  And so do I.  Especially because my whole

19  plan was to go back to school when I moved down

20  here.  And that is also why I went with him

21  because of the colleges that were closer on the

22  east coast.  And more opportunities for what I

23  was really going for.

24         Q.      There are a lot more colleges on



```
 1  the east coast of Florida --
 2         A.    And programs that apply for what
 3  I'm trying to do.  That is correct.
 4                MR. COHEN:  Joe, is this an all
 5      right time to take a five?
 6                MR. SANTARONE:  Sure.
 7                THE VIDEOGRAPHER:  Off the
 8      record.  The time is 10:51 a.m.
 9                (Discussion held off the record.
10                THE VIDEOGRAPHER:  Back on the
11      record.  The time is 10:59.
12  BY MR. SANTARONE
13         Q.    Picking up where we were --
14         A.    Sure.
15         Q.    -- I guess one of the questions
16  is from the time you graduated in June 2016 --
17  when you graduated in June of 2016, who were you
18  living with?
19         A.    I was living -- actually when I
20  graduated for those last few weeks there I
21  actually lived with a friend.
22         Q.    Okay.
23         A.    His name was Aiden Geary.  I
24  lived with him.
```



1        Q.      Why was it you lived with the

2    friend?

3        A.      Me and my dad had some

4    disagreements.  He was frustrated that I was not

5    around as much.  It actually was about this.  He

6    thought I was spending too much time out of the

7    home, focusing too much on music, concerned

8    about my relationship with Dr. Ohrt.

9        Q.      And we will get into that.

10       A.      Sure.

11       Q.      How many months did you live

12   with --

13       A.      That friend?

14       Q.      Yes.

15       A.      It was a little less than a

16   month.  About three and a half weeks.

17       Q.      That was leading you to June --

18       A.      That was about a week before

19   school ended and the last couple weeks after

20   school ended.

21       Q.      Where did you go from there?

22       A.      I think I went to live with my

23   mom.

24       Q.      How long was it that you stayed



1  with your mom?  So now we are into like July

2  of 2016.

3          A.     2016, yeah.  I pretty much stayed

4  with her up until about mid 2018.

5          Q.     Where did you go mid 2018?

6          A.     I lived with Dr. Ohrt.

7          Q.     How long did you live with

8  Dr. Ohrt?

9          A.     Around four to six months.  And

10 then at that point I had gone to school at

11 Temple.  Yeah.  And I had an apartment at

12 Temple.  That is why I was not really at his

13 house after that.  But I still was back and

14 forth sometimes at his house.

15         Q.     So we are talking this is two

16 years after you graduated?

17         A.     Yes.  That's correct.

18         Q.     So two years after you graduated,

19 you moved in with Dr. Ohrt?

20         A.     Yes.  A little less than two

21 years.  It was April of 2018.

22         Q.     And you lived there until you

23 started school at Temple?

24         A.     About, yeah.



1        Q.      When was that?

2        A.      I believe it was August of 2018.

3   So about four months, yes.

4        Q.      Was anybody else living there?

5        A.      No.

6        Q.      In August of 2018, where did you

7   go?

8        A.      I had an apartment in Temple

9   called Kardon with a "K."

10       Q.      How long did you live at Kardon?

11       A.      I lived at Kardon for that year,

12  that school year.  So I left -- I had left that

13  apartment in about May of 2019.

14       Q.      Where did you live in May 2019?

15       A.      May of 2019 I was staying in

16  between a couple of places.  I was staying with

17  a friend who are two twin brothers.  They are

18  life-long friends.  Between there and like every

19  so often if I couldn't stay there I would stay

20  at Dr. Ohrt's house, I believe.  Yes.

21       Q.      So from May of 2019 until October

22  of 2022, in May 2019 you were staying with these

23  twin brothers?

24       A.      Mm-mmh.  That's correct.



```
 1           Q.      What are their names?

 2           A.      Oleg and Eugene Chuzhinin.

 3           Q.      Were they friends from school

 4   or --

 5           A.      Yes.

 6           Q.      Did they go to CB West?

 7           A.      They did, yes.

 8           Q.      Were they your year at CB West?

 9           A.      Yes, sir.

10           Q.      And how long did you stay with

11   them?

12           A.      Pretty much for -- on and off for

13   I would say maybe a couple of months.  A couple

14   of months, yeah.  I wound up moving back in with

15   my mom.  I would say from about June of 2019,

16   right, we are in 2019, June of 2019 until

17   around -- I don't know.  Maybe the beginning of

18   the fall of 2019.

19           Q.      And at times then you went back

20   to live with Dr. Ohrt during that timeframe?

21   This is after April of 2018 to August of 2019.

22           A.      Right.  But very, very brief

23   stints.  If it was an absolute like I was going

24   to sleep in the street or something.
```



1          Q.      When you say brief stints, how
2     many brief stints were there?
3          A.      Less than five.
4          Q.      Would you stay a night or two or
5     a week?
6          A.      No.  It would be like a night.
7     Like literally going there to stay for the
8     night, going to bed, and waking up in the
9     morning and going.
10         Q.      When you say the options were to
11    sleep in the street, is that just kind of
12    hyperbole?  Or you couldn't stay --
13         A.      No.  Quite literally.  I
14    couldn't -- the thing is that I couldn't stay
15    with my father --
16         Q.      Because of?
17         A.      I don't remember if he was in
18    Florida at the time.  There was a reason which
19    maybe if he wasn't in Florida maybe it was not
20    that it was physically impossible but that it
21    was realistically impossible.  It was either
22    that or I couldn't stay with Oleg and Eugene for
23    one reason or another.
24               But my mother, she was so



1  unpredictable and unstable at the time.  And her

2  household -- just even her living by herself was

3  not a good situation.  She had a hard time even

4  taking care of herself.  So I really, really,

5  really, really tried to avoid that just because

6  it was best for me, too.  I did better when I

7  wasn't there.

8          Q.     How about living with one of your

9  siblings?

10         A.     My --

11         Q.     Was that an option?

12         A.     No.  I think my brother lived

13  decently far away at the time with a

14  grandparent.  And my sister, she had her own --

15  she was trying to handle her situation herself.

16  She was in a similar boat in different ways.

17  Her living situation was complicated, too.  So

18  there was not any real realistic other option,

19  especially because I was in school at the time.

20  It would have made a huge difficulty for getting

21  back and forth from school which was the

22  priority at the time.

23         Q.     So what was the -- do you

24  remember when approximately the last date was



1  that you would have stayed in one of these

2  stints at Dr. Ohrt's house?

3          A.     I can't remember the exact date.

4  I know that there was -- this will give roughly

5  around the same time to give an idea of the

6  time.  There was a world conference called ACDA

7  National which is like the Olympics for choir.

8  And it was after we had come back from Kansas

9  City where it was being held shortly after which

10 I stopped staying at his house entirely.  So it

11 was around that time, whenever that was, it

12 could have been mid 2019.  Honestly, I have a

13 hard time remembering.  I believe it was around

14 mid 2019 which would be when school ended, too.

15          Q.     What is ACDA?

16          A.     ACDA -- I forget what the acronym

17 stands for.  But, you know, again, to -- if I

18 were to compare it to something it's like the

19 Olympics for choir.  Every year they hold it in

20 a different country around the world.  Every

21 year they hold it in a different state in the

22 United States.  But every four years, I believe,

23 they hold it in a different country around the

24 world where choirs from all around the world

1  will gather at this convention, almost -- not a

2  competition but sort of, unofficially a

3  competition.  It's really just an opportunity

4  for choirs to perform.  But that is pretty much

5  what it is.

6          Q.    Do they have winners --

7          A.    Sort of, yes.

8          Q.    -- for the competition?

9          A.    They do.

10         Q.    And were you there for CB West?

11         A.    No.  I was there for myself

12  because I had written a piece of music that was

13  one if my first published pieces.  The person

14  that wrote the text is a world famous writer for

15  choral composers.  And it was a big deal for me

16  at the time.

17              And I realistically had to go

18  because everybody who was anybody was there.  So

19  it was a perfect networking opportunity.  I

20  would have been a fool not to go there.

21         Q.    And this is mid 2019?  Like the

22  summer of 2019?

23         A.    Early to mid 2019.  I remember

24  because it was very cold.  Kansas City is cold

1  anyway up until the summer.  It was anywhere

2  between early to mid 2019.

3          Q.    How old are you at this point?

4          A.    22, I believe.  Or turning 22.  I

5  was turning 22 that year.  So I was 21 at the

6  time.

7          Q.    Did something happen out there

8  that then you didn't stay?

9          A.    Yes.  Something happened out

10 there that made me cease -- virtually cease all

11 contact with Dr. Ohrt very shortly after.

12         Q.    What happened out there?

13         A.    He molested me.

14         Q.    And you were 21 at the time?

15         A.    Yes.

16         Q.    Tell me what happened.

17         A.    On the last night of the

18 performances we had gone to a party in this

19 gentleman named Charles Bruffy's (ph) penthouse.

20 He is a Grammy-award winning conductor and

21 composer and director.  And at that party there

22 was alcohol.  There was marijuana.

23              And I had got -- I had drank way

24 too much.  I was intoxicated.  And I smoked pot



1  and got extremely tired.  So I went to my bed to

2  go to sleep.  And the next morning I woke up and

3  looked over.  And he was in the bed laying next

4  to me, which didn't make sense at the time.  We

5  were not -- I don't think we were supposed to

6  sleep in the same bed.

7          Q.    Were you sleeping in the same

8  room, though?

9          A.    He came and slept in the same

10  room I was sleeping in.  But we weren't supposed

11  to.  I was supposed to sleep in a separate area

12  as him.

13          Q.    Was this a hotel?

14          A.    No.  It was a penthouse.

15          Q.    It was at the person's penthouse?

16          A.    Mm-mmh.  And I had realized at

17  first I thought I was dreaming.  But I realized

18  that the night before he had come in some point

19  and he had put his hands under my pants and was

20  attempting to masturbate me.

21                And I recalled turning over

22  trying to get away from him and then kind of

23  slipping back out of consciousness again in and

24  out, you know, coming back into consciousness



1  and remembering him having his hands under my

2  pants again on my buttocks and then falling

3  asleep again.

4           And, you know, at this point in

5  the morning when I woke up I realized it was not

6  a dream and it actually happened.  And I didn't

7  say anything to him.  He didn't even know that I

8  knew pretty much until we touched down back in

9  Pennsylvania later that day.  And I told him

10  that I knew what happened and I didn't want to

11  talk to him ever again.

12       Q.     What did he say?

13       A.     He didn't say anything.  He just

14  kind of shook his head and was quiet.

15       Q.     And as far as what you believe

16  happened, you described your condition at the

17  time, how positive are you that that did happen?

18       A.     100 percent.

19       Q.     And that type of behavior then

20  caused you to say, hey, I'm not going to see

21  this man anymore?  We will break this off?

22       A.     At that point, you know, after

23  that happening at that time, yes, yes.

24       Q.     It was that behavior that caused



1  you to say, I am not going to see this person

2  anymore?

3         A.    Yes.  After everything that led

4  up that point and that happening, yes, correct.

5  And he did admit to it as well when we were back

6  in Pennsylvania.

7         Q.    You said -- you said --

8         A.    He didn't say anything at that

9  moment.  But we talked about it again briefly

10 after that point in which he apologized very,

11 you know, subtilely.

12        Q.    How long after that that you had

13 this conversation?  You land in Pennsylvania.

14 How long it is that you talk to him about this

15 again after you said that was going to be the

16 end of it?

17        A.    I believe it was same day.

18        Q.    Where did that occur?

19        A.    At his home.

20        Q.    So you went to his home?

21        A.    When we had gotten back to

22 Pennsylvania, yes, we went back to his home

23 because all of my things were there.  We went to

24 this trip together.



1           Q.      What did he say to you?  What did
2    you say to him?
3           A.      Right.  So initially mentioned
4    that I knew what had happened after we got back,
5    that I didn't want to talk to him anymore.  He
6    subtilely acknowledged what I had said, didn't
7    fight me on that.  Later throughout the day at
8    some point in his home I brought it up to him
9    again something to the effect of, How could you
10   do that?  What if I never even said anything to
11   you and you thought I wouldn't have known?  What
12   would you have done?  Would you ever have told
13   me that you did that?
14              If I didn't recall, would you
15   ever even mention that that had happened?  He
16   really didn't have many words to say.  He didn't
17   answer that question.  He just pretty much said,
18   I'm sorry.  Very, very few words came out of his
19   mouth in response.
20          Q.      How long did you stay at his
21   house that day?  You said later that day?
22          A.      I believe that day I left to go
23   to a friend's house to hang out with them.  I
24   didn't tell anybody what happened.  I did tell



1  somebody that that incident had occurred later

2  that week.

3          Q.    Who did you tell later that week?

4          A.    Her name is Peyton Groth.  I am

5  recalling now this had to have been between

6  March and April.

7          Q.    Of?

8          A.    2019, yes.  It would have been

9  around May that I had not stayed at his house

10  again.

11         Q.    So it would have been May that

12  you had not stayed at his house again?

13         A.    Correct.  So in between that

14  April and May I stayed at his house maybe a

15  handful of times.

16         Q.    After this incident happened in

17  Kansas City you stayed at his house a couple

18  more times?

19         A.    That is correct.

20         Q.    Did anything happen on the times

21  you stayed at his house a couple more times

22  after that?

23         A.    No.  Not to my knowledge.

24         Q.    So the last time you stayed at



1  his house is May of 2019?  Or is it later now?

2          A.      Around there.  No.  Still the

3  same.  Around May.  No later than May.

4          Q.      Have you had any contact with him

5  since then?

6          A.      Twice.

7          Q.      What happened after that?

8          A.      The first and only -- the first

9  time that I had contact with him out of the two

10 times I just mentioned was around the fall of

11 2020 -- this was during COVID.  I had just

12 bought a new car about a year ago.  I was

13 driving home from somewhere.  I was driving

14 through Doylestown Borough to get home.

15              And it was pouring down rain out.

16 It was very, very cold out.  And I noticed that

17 he was walking on a sidewalk in Doylestown

18 Borough without any real coat, anything on like

19 that.  And I remember thinking that he is

20 probably stranded.  And I felt as a human being

21 I would feel like a POS if I didn't at least

22 pull over and ask if he was okay.

23              He was obviously very far from

24 wherever he needed to be that I could imagine.



1   And I asked him what he was doing.  And very,

2   very few words.  I said, What are you doing

3   here?  He said, I need to get to Zygmunt Motors

4   to get my car -- which was about a two-mile

5   walk.  I said, okay.  I will take you there.  So

6   I drove him up the road to Zygmunt Motors and

7   dropped him off.  That was that.

8           Q.     Any conversation in the car?

9           A.     No.  None.  It was like silent.

10  And the second time I had contact with him I had

11  reached out to him to ask if he had copies of

12  music that I had written over email.  That was

13  it.

14          Q.     Did he get back to you?

15          A.     I think so.  I think he said he

16  didn't have it.

17          Q.     At this conference in Kansas City

18  you described your drinking and smoking

19  marijuana.  Had he been drinking also?

20          A.     And smoking marijuana, yes.

21          Q.     Did you notice -- were you able

22  to determine whether or not he was visibly

23  intoxicated?

24          A.     Yes.  And he was.



1          Q.      We talked about your plans on

2   going back to school.  Since you moved to

3   Florida, what kind of work have you done?

4          A.      I had two main jobs -- since I

5   moved to Palm Beach Gardens?  Just to clarify.

6          Q.      Right.  We are now on the east

7   coast.

8          A.      Correct.  After I moved to Palm

9   Beach Gardens in about February or March, I had

10  gotten a job as a server at a restaurant called

11  Fire Fin Grill.  For the first six months I was

12  a server.  For the second half of that year, or

13  the year that I was -- year and a half I was

14  working there I was the assistant general

15  manager.

16         Q.      So after six months you were

17  promoted?

18         A.      Yes.

19         Q.      Why did you leave there?

20         A.      I just didn't like the job.  It

21  was -- there was a lot of -- a lot of -- it was

22  one of the most poorly run restaurants that I

23  ever worked for.  The owner made it difficult to

24  do my job.



1                  By the time that I left I was the

2    last person who was there since the time that I

3    started.  So from the time that I started to the

4    time I left everyone who I originally knew was

5    already gone.  People were not applying.  They

6    didn't want to work there.  They knew the issues

7    with it.  And I tried to stick it out.  But for

8    my own physical health and mental health, I had

9    to leave.

10           Q.     As the assistant general manager,

11   you were not able to turn it around?

12           A.     No, no.

13           Q.     Where did you go from there?

14           A.     I got a job as a server at Tap 42

15   in Palm Beach Gardens where I still currently

16   work.

17           Q.     You are a server there?

18           A.     Yes, sir.

19           Q.     And as a server at a bar, do you

20   make as much money or more than you would as a

21   manager --

22           A.     I make more money than I did

23   managing, yes.  I am sorry to cut you off.

24           Q.     That's okay.



1                    And that is with tips?

2          A.      Yes, sir.

3          Q.      Do you still plan on working at

4    this Tap 42 when you start school?

5          A.      Yes.

6          Q.      Just as -- it's a part-time job?

7          A.      It's a full-time job.

8          Q.      Would you keep it full-time when

9    you go to school?

10         A.      Maybe.  I have worked two jobs

11   full-time while taking full credits at school

12   before.  And I've done it and finished.  But if

13   I have to do it again I will.  I wouldn't like

14   to.  But you got to do what you got to do.

15         Q.      As far as your sexuality.  How do

16   you identify?

17         A.      Straight.

18         Q.      And are you involved in any

19   relationship with anyone?

20         A.      Yes.

21         Q.      Who is that?

22         A.      Her name is Lyndsey Golata (ph).

23         Q.      She is from Florida?

24         A.      She is from New Jersey.  She



1  lives in Florida, correct.

2          Q.     How long have you gone out with

3  her?

4          A.     About three months.

5          Q.     Did you know her from up here or

6  did met her --

7          A.     No.  I met her in Florida.

8          Q.     And before her, did you have

9  regular girlfriends?

10          A.     For the past three years I

11  abstained from dating because I had two major

12  relationships which lasted half of my life.  So,

13  yeah, my first girlfriend was 12 to 20.  And my

14  second one was 21 to 24.  So after that I had to

15  take some time.

16          Q.     12 to 20?

17          A.     12 to 20, yes.

18          Q.     Did you know her from school?

19          A.     Elementary school, yes.

20          Q.     And what was her name?

21          A.     Chloe Grau.

22          Q.     And what led to that break up?

23          A.     She went to school.  She

24  started -- we just grew apart.



1          Q.      Did she go away to school?

2          A.      She did go away to school, yes.

3    We kind of grew apart.  Difference in the way

4    that we viewed things.  I still appreciate her.

5    She was very good to me.  Don't get me wrong.

6    But, yeah.  And so then I dated Peyton.  And

7    after that I had some flings in between.

8          Q.      I am sorry.

9          A.      Sure.  So then after that the

10   other girl's name was Peyton.

11         Q.      Is this the Peyton that you were

12   texting with?

13         A.      Yes.  That's correct.

14         Q.      She went to school with you?

15         A.      Yes.

16         Q.      How long did you go out with

17   Peyton?

18         A.      For about three years.

19         Q.      So how long after age 20 did you

20   start dating Peyton?

21         A.      About -- yeah.  Probably from a

22   little after I turned -- it was a little after I

23   turned 21, yes.

24         Q.      Were you and Peyton -- did you



1  date at all in high school?

2          A.     We talked a little bit but we

3  didn't date, no.

4          Q.     What caused the break up with

5  Peyton?

6          A.     Infidelity on her part.

7          Q.     How was it that you found out

8  about that?

9          A.     She told me.

10         Q.     So then you start dating Peyton

11  when you are about -- the other one was 12 to

12  20.  You started dating Peyton when you were 20

13  or 21?

14         A.     21.

15         Q.     21 to --

16         A.     About 24.

17         Q.     And then the girl you are

18  currently dating -- what is her name?

19         A.     Lyndsey.

20         Q.     You started dating Lyndsey when

21  you were?

22         A.     Still 26.

23         Q.     Did you date anybody between

24  Peyton and Lyndsey?



1          A.      I had a couple of flings.  The

2    only other girl I would say I dated's name was

3    Scarlet, Scarlet White.

4          Q.      What caused your break up with

5    Scarlet White?

6          A.      We just -- I didn't think it was

7    a good match.

8          Q.      Did you date Scarlet -- was that

9    in Florida?

10          A.      Yes.

11          Q.      Dr. Ohrt knew you were straight

12    and knew who you were dating in high school?

13          A.      Yes.

14          Q.      What was -- was Dr. Ohrt -- what

15    did you know about his personal life?  Was he

16    married?

17          A.      I knew that he was married

18    before.  The only things I really knew about

19    his -- do you mean while I was in school or

20    after school?

21          Q.      Right.  While you were in school.

22          A.      So while I was in school I

23    actually didn't know.  I knew he had a son.  But

24    I knew from inference and deductive reasoning



1  that he probably was not married anymore.  I

2  didn't know much about his personal life to be

3  honest with you other than things that he would

4  tell me about his past like as a child, some

5  childhood things.

6          Q.    Did you ever meet his son?

7          A.    Yes.

8          Q.    How many times did you meet the

9  son?

10         A.    In school -- while I was in

11  school less -- like three times.  Maybe less

12  than that.

13         Q.    How about after school?  After

14  you graduated?

15         A.    Yeah.  Maybe, again, maybe three

16  times.

17         Q.    Where did you meet the three

18  times after you graduated.

19         A.    After I graduated I had seen him

20  once at Dr. Ohrt's home during a Thanksgiving

21  get-together.  And another time -- honestly I

22  don't remember.  I only really remember the one

23  time at a Thanksgiving get-together.

24              The other times -- even if it was



1  like two maybe.  It was like nothing remarkable

2  happening at the time that I can recall.  Maybe

3  he was just around or something.  I don't know.

4          Q.    You've never been married?

5          A.    No.

6          Q.    No children?

7          A.    No.

8          Q.    When you were in grade school --

9  which I guess would be 1st to 2nd grade?

10         A.    Yes.

11         Q.    How did you do grade-wise?

12         A.    I did, you know, average.  I

13  never really liked school.  I'd say As and Bs,

14  the occasional C.

15         Q.    Did the situation at home with

16  your mother, did that affect your grades at all?

17         A.    It had.  When I was in middle

18  school it did have an effect on that, yes.

19         Q.    How about in high school, so

20  2012 and 2013 would be 9th grade, what kind of

21  grades did you get in 9th grade?

22              MR. TARNOWSKI:  Just objection.

23       Just because 9th grade has been established

24       as part of a middle school.



```
 1                 MR. SANTARONE:  You are right.
 2    BY MR. SANTARONE
 3          Q.     Good point.  How about --
 4          A.     So in high school?  Right.
 5          Q.     Yes.  Let's talk about high
 6    school now.  You know what, specifically to 9th
 7    grade, were you still getting the same type of
 8    grades?  As and Bs, you said?
 9          A.     Yes.
10          Q.     And were those grades affected at
11    all by your -- what was going on in your home?
12          A.     At times.
13          Q.     So you think you would have done
14    better than As and Bs?
15          A.     Yeah.  Well, I mean, yes.  Yes.
16    But, I mean, it didn't change the fact that I
17    just got bored by school to be honest with you.
18    That fact would have still existed regardless.
19    But, yeah, I think it's fair to say, yes.
20          Q.     When you were in grade school or
21    middle school, were you involved in any type of
22    musical endeavors?
23          A.     No.  I always liked music.  I
24    grew up in a musical family.  But I also grew up
```



1   in a very strong wrestling family.  So it was

2   really wrestling.  My dad was a wrestler.  Both

3   of his brothers, you know?  My mom's side, they

4   all wrestled.  It was really wrestling.

5          Q.     Did you wrestle?

6          A.     I did.

7          Q.     What years did you wrestle?

8          A.     I wrestled from kindergarten

9   until 9th grade or a little before kindergarten

10  until 9th grade.  I wrestled for Central Bucks

11  East, which is another high school.  I wrestled

12  for the high school when I was in middle school.

13  But I tore my posterior labrum in my left

14  shoulder.  So I stopped.

15         Q.     That ended your career?

16         A.     Yes.  More or less.  I also

17  wanted to pursue other things.  I wanted to

18  pursue music and my dad was supportive of that

19  at the time.

20         Q.     Your dad at some point became not

21  supportive of music?

22         A.     No.  What I really mean when I

23  say that is that before then he was very adamant

24  on me wrestling and didn't want me to stop,



1  which I understand.  There is a lot of --

2          Q.    Family tradition?

3          A.    Yeah.  And there is a lot of life

4  lessons to be learned from wrestling that I

5  appreciate to this day.  At the time I didn't

6  appreciate it until I got older.  But, no, he

7  always has kind of been supportive of me doing

8  music.  It was really that he was not fond of

9  circumstances around it in high school.

10         Q.    So when the time comes to go to

11 high school in 10th grade, do you have a choice

12 as to where you are going to go to high school?

13         A.    I did have a choice.

14         Q.    How do you have a choice?

15         A.    Because my father lived in the

16 territory of Central Bucks East and my mother

17 lived in Doylestown Borough, which is Central

18 Bucks West territory.  So I had the option of

19 either/or.

20         Q.    At the time who were you living

21 with, though?

22         A.    I was living with mom.  When I

23 went into high school I was living with mom.

24         Q.    What kind of grades did you have



1    in high school?

2         A.    As, Bs and Cs.

3         Q.    When you were in high school, did

4    you take the SATs?

5         A.    Yes.

6         Q.    How did you do in those?

7         A.    I did good.  I can't remember the

8    score exactly.  But it was good.

9         Q.    Have you ever been hospitalized

10   at all?

11        A.    Yes.  Yes, for physical ailments.

12   I am trying to remember.  The most recent I was

13   hospitalized for pancreatitis.  That was in

14   March of 2024.  Before then I had been

15   hospitalized for -- when you say hospitalized,

16   do you mean as a patient staying overnight or

17   just going to a hospital?

18        Q.    Or having to go to the emergency

19   room?

20        A.    Yes.  I have been to the hospital

21   before.  But the only time I had really been

22   staying like hospitalized as an inpatient was

23   for pancreatitis.

24        Q.    How about when you tore your



```
 1  shoulder?
 2          A.     I had seen an orthopod.  His name
 3  was Dr. Boylan.
 4          Q.     Ever any psychiatric hospitals?
 5          A.     No.  Like 302s?
 6          Q.     Anything.
 7          A.     No.  No nothing like that.
 8          Q.     Any psychiatric treatment ever?
 9          A.     Yes.
10          Q.     For what?
11          A.     Do you mean psychiatric or
12  psychological?
13          Q.     Well, either one.  Did you ever
14  have any -- let's go back to the problems with
15  your family and your mother.
16                 Did you ever have any family
17  therapy or counseling because of issues with
18  your family?
19          A.     Yes.  Yes, we had.
20          Q.     When was that?  Maybe it's
21  better -- do you remember what grade you were
22  in?
23          A.     Right.  I recall it being in
24  middle school, I believe.  The end of middle
```



1  school I think we did some family therapy.

2         Q.    Was it before or after your

3  parents actually separated?

4         A.    Around the same time.

5         Q.    So before the divorce?

6         A.    Yes.  It was before the divorce.

7  That's correct.

8         Q.    Did you attend those family

9  therapy sessions?

10         A.    Yes.

11         Q.    How many of them did you go to;

12  do you remember?

13         A.    There might have only been a few.

14  I think it was difficult for my sister, too.

15  They were unsuccessful.

16         Q.    Does you sister have any issues

17  besides -- does she have psychiatric issues?

18         A.    She does, yes.

19         Q.    Does she have substance abuse

20  issues?

21         A.    She has, yes.

22         Q.    Has she been in treatment for

23  that?

24         A.    Yes.



1          Q.      How about your brother, does he

2    have any substance abuse issues?

3          A.      No.

4          Q.      How about you?

5          A.      I have.

6          Q.      Have you been in treatment for

7    substance abuse?

8          A.      For IOP, yes.  I was never an

9    inpatient.

10          Q.      And going back then, have you had

11    any other -- besides this family therapy we are

12    talking about, what other counseling, therapist,

13    psychiatric treatment have you had?

14          A.      Right.  I have -- after the

15    criminal trial I was reached out to by NOVA,

16    which is Network of Victim Assistance.  They

17    offer free services for those who are victims of

18    I think -- I don't know if it's limited to just

19    SA or other things like that or like sexual

20    assaults and stuff.  I don't know what their

21    scope is.  But I worked with them.

22          Q.      NOVA, that was through Bucks

23    County?

24          A.      That's correct.



```
 1              Q.      That would have been what year?

 2              A.      That would have been 2022.

 3              Q.      How many times did you meet with

 4   NOVA?

 5              A.      Around six.

 6              Q.      In-person meetings?

 7              A.      Yes, correct.

 8              Q.      Do you know who you met with?

 9              A.      I think her name was Sidney.  I

10   can't recall her name.  I think it was Sidney.

11   I don't know her last name.

12              Q.      Did talking to Sidney help you?

13              A.      Well, I didn't -- I don't really

14   like -- I always had a hard time with therapy

15   because I have a hard time opening up about

16   things.  When it was getting to the point where

17   we were starting to dig into it, I just didn't

18   even want to get into it.  Looking back maybe it

19   would have been beneficial to stay.  But it was

20   really difficult to do that.

21              Q.      And how was it that NOVA came to

22   contact you; do you know?

23              A.      I think -- I don't know if there

24   is like legislation around this, if they have to
```



1   or at least in the county.  But when they are

2   dealing with victims of this nature, they are

3   automatically contacted and told to reach out to

4   victims of those cases and offer their services.

5   So they reached out to me through I believe the

6   police department.

7          Q.     Okay.  Prior to this six sessions

8   or so with NOVA, did you have any -- other than

9   the family counseling we talked about, any other

10  counseling, therapy, treatment?

11         A.     Yes.  So when I was in -- in 2017

12  I had gone into an IOP which is an intensive

13  outpatient program for substance use.  And a

14  part of that program is psychological treatment.

15         Q.     Where did that take place?

16         A.     That took place in Doylestown in

17  the township outside of the borough in -- I

18  can't remember the name of the plaza.  It's off

19  of 202.  And I don't believe they are still a

20  functioning facility at this point.  But I was

21  there for about three months.

22         Q.     You said it was outpatient,

23  though?

24         A.     Correct.  I would attend it for



1  about three months.

2          Q.    Okay.  And this would have been

3  the year after your graduation?

4          A.    That's correct.

5          Q.    What was the substances that you

6  were abusing?

7          A.    It was mainly cocaine.  It was a

8  brief stint with that one.

9          Q.    When did you start using cocaine?

10          A.    Like two months before that.

11          Q.    And did your use of cocaine lead

12  to any arrest or any problems with the law?

13          A.    No.

14          Q.    Prior to that -- you gave up

15  cocaine?

16          A.    Yes.

17          Q.    But you continued to drink and

18  smoke marijuana?

19          A.    No, not really.  I was never

20  really much of a drinker.  I did smoke marijuana

21  frequently growing up.  But at that point I

22  didn't really smoke marijuana very often.

23          Q.    When did you start smoking

24  marijuana?



1          A.      When I was 13.

2          Q.      Did you smoke marijuana regularly

3    from age 13 to a certain age?

4          A.      Yes, I did.  And it was until

5    around 20, the age of 20.

6          Q.      So from the age of 13 to 20 you

7    smoked marijuana regularly?

8          A.      Yeah.

9          Q.      That would have been

10   corresponding with the years you went out with

11   that one girlfriend?

12         A.      Yes.  Correct.

13         Q.      Did she also smoke marijuana a

14   lot?

15         A.      She did occasionally.  She did

16   not smoke a lot, though.  She didn't really use

17   many -- much of anything.  She would smoke

18   occasionally.

19         Q.      How about alcohol?

20         A.      For her or for me?

21         Q.      For you?

22         A.      Alcohol was never really a thing

23   with me or for me.  I never really drank often.

24   Leading up to my hospitalization for



1  pancreatitis, the four months leading up to that

2  I was drinking frequently.

3        Q.     And did those records -- was

4  there some reference to alcohol abuse as being

5  one of the causes of the pancreatitis?

6        A.     Yes, that's correct.

7        Q.     That was just in -- that was

8  recent, right?

9        A.     Yes.  That was about back in

10  April.

11        Q.     So in April of 2024, this

12  hospitalization, you started drinking you said

13  heavily about four months before that?

14        A.     Correct.

15        Q.     What brought that on?

16        A.     It started off as -- sorry.  Were

17  you going to say something?

18        Q.     I am just saying so like January

19  '24?  The holidays --

20        A.     Yes.  The holidays, right.  It

21  started as something where you get off work and

22  have a couple drinks and then go meet up with

23  friends and go home, get off work, have a couple

24  drinks, go home.  The next day maybe go to the



1  beach and hang out with some friends and have

2  some drinks.  Then slowly it just kind of turned

3  into a thing before I knew it I was like, wow,

4  I'm drinking a lot.  And then it happened.  And

5  after that I drink very infrequently now.

6          Q.    Was that your first bout of

7  pancreatitis?

8          A.    Yes.  That's correct.

9          Q.    The cocaine use that you talked

10  about in 2017, who introduced you to cocaine?

11          A.    A friend who was not really a

12  friend.  Someone I knew.

13          Q.    Did you remain friends with that

14  person?

15          A.    No.

16          Q.    But as far as drinking, you still

17  drink a little bit today?

18          A.    Every so often.  Like once a

19  week, once every couple weeks.

20          Q.    Do you have a concern about

21  drinking at all based on your family history?

22          A.    Of course.  You know?  Like

23  any -- like anyone who has that in their family

24  history it's something to be aware of and it's



1   something that I'm aware of and I monitor.

2          Q.    So other than that intensive

3   outpatient program we talked about and the

4   family therapy that you had when you were in

5   middle school, any other counseling?  Therapy?

6          A.    Yes.  One other.

7          Q.    When was that?

8          A.    In I believe it was my 9th grade

9   year.

10         Q.    What was that about?

11         A.    I had gotten into my mom's

12  Klonopin which is a benzodiazepine.  Kind of

13  like Xanax or Ativan.  And I fell asleep on her

14  couch.  It's so dumb to think about.  I fell

15  asleep on our couch.  And she woke me up and was

16  concerned, brought me to the hospital.

17              I left the same day.  And that

18  scared her.  So she told my dad.  And my mother

19  and dad told me I needed to go to an outpatient

20  program which I attended for about a month.  And

21  then I completed it on good standing, good work.

22         Q.    Do you remember where that

23  outpatient program was?

24         A.    No.  I remember the location



1  generally.  But I don't remember the name of it.

2          Q.      Where was the location generally?

3          A.      There is an Outback off of 202 in

4  Furlong, Pennsylvania.  It's in the building

5  right next to the Outback.

6          Q.      And that was outpatient again?

7          A.      Correct.

8          Q.      Anything else besides those ones

9  that we just covered?

10         A.      No.

11         Q.      Any plans to go to any type of

12  counseling or therapy right now?

13         A.      I believe it's something I should

14  be getting back into.

15         Q.      You have no appointments and have

16  not done anything --

17         A.      None scheduled right now.

18         Q.      Have you contacted any doctors

19  about that?

20         A.      I have spoken with my primary

21  care physician about it.

22         Q.      Who is your primary care doctor?

23         A.      Her name is Dr. Anna Abel.

24         Q.      Is she in Florida?



1          A.      Yes.

2          Q.      What city is she in?

3          A.      She is located in Palm Beach

4   Gardens and West Palm Beach.  I don't know which

5   one is her main office.

6          Q.      Which one do you go to?

7          A.      I go to the one in Palm Beach

8   Gardens.

9          Q.      How long has she been your family

10  doctor?

11         A.      She has been my PCP since --

12  which means primary care physician -- since I

13  want to say mid 2023, around there.

14         Q.      Who was your family doctor before

15  that?

16         A.      It would have been one of two.

17  It would have been Dr. Myers or Katie Dubiel who

18  is a PA.

19         Q.      Where are they located?

20         A.      Doylestown Health Internal

21  Medicine.

22         Q.      How long was Doylestown Health

23  Internal Medicine your primary care physicians?

24         A.      I guess since 2013 about.  I was



1  seeing a pediatrician before that.

2         Q.    Did you ever discuss any

3  emotional or psychiatric issues with Doylestown

4  Health Internal Medicine?

5         A.    Yes.

6         Q.    About family issues or other

7  things?

8         A.    Well, about mental effects that

9  had been brought on and exacerbated by the

10 situation with Dr. Ohrt.

11        Q.    So you told your Doylestown

12 Health --

13        A.    No.

14        Q.    -- Internal Medicine about

15 Dr. Ohrt?

16        A.    No.  But they were things that

17 were as a result of that.  But I didn't disclose

18 that to them.

19        Q.    Did they ask you what the source

20 of the issue of your problems were?

21        A.    Yes.  But, you know, I kind of

22 danced around it.

23        Q.    Did you talk to them at all about

24 the problems with your family?



1         A.    Some of them knew about the
2   problems with my family already.
3         Q.    How would they have known that?
4         A.    They see my mother as well.
5         Q.    Have you ever been prescribed any
6   psychiatric medicine?
7         A.    Yes.
8         Q.    What have you been prescribed?
9         A.    When you say psychiatric, do you
10  mean like psychoactive?
11        Q.    You've been diagnosed with ADHD?
12        A.    That is correct.
13        Q.    Is that the medicine you are
14  talking about?
15        A.    It's one of them, yes.  I am
16  sorry.  I want to make sure I am answering your
17  questions correctly.
18        Q.    And there was a list supplied in
19  your answers to discovery.  And we can go
20  through that.
21        A.    Okay.
22        Q.    But when were you diagnosed with
23  ADHD?
24        A.    I was young.  I was about 7 or 8



1   years old, maybe younger than that actually.

2          Q.     And when did you start taking

3   medication for that?

4          A.     Around the same time.  I think I

5   started taking Concerta -- to my memory, to the

6   best of my recollection, I first started taking

7   ADHD medication when I was 8 or 9.

8          Q.     Have you taken it continuously?

9          A.     No.  I am sorry.  Were you about

10  to ask a follow-up question?

11         Q.     Were there breaks?  Or did you go

12  back to it?

13         A.     Yes.  There were breaks.  I

14  discontinued the Concerta after a couple years

15  because I didn't want to be on a medication.  I

16  didn't like the way it made me feel.  So we

17  discontinued the Concerta.

18              And then in around 2011 I had

19  gone back on ADHD medication.  But I was put on

20  Adderall instead.  And I was on Adderall for

21  about a year and then discontinued all ADHD

22  medication until 2021.  And I went back on

23  Adderall again.

24         Q.     When you discontinued that, was



1  that against doctor's advice?  Or did you do it

2  on your own?

3        A.    Yes.  I would say they

4  recommended that I stay on it.  But I didn't

5  want to stay on it.

6        Q.    Are you currently on it?

7        A.    Yes.

8        Q.    Does that control the symptoms?

9        A.    Yes.

10        Q.    What are the symptoms you have

11  when you have ADHD when you don't take the

12  medication?

13        A.    Definitely a deficit in my

14  attention, short-term and long-term.  I would

15  say losing things frequently, forgetting about

16  obligations, general difficulty concentrating,

17  restlessness.

18        Q.    Has it affected you, though, in

19  any of your jobs that you had as far as you've

20  never been terminated, right?

21        A.    No, no.  I wouldn't say that it's

22  necessarily affected jobs that I had, no.

23        Q.    Besides the Adderall, any other

24  medications you are taking now?



1          A.     Right now?  No.  But I have been

2   on other psychiatric medications in the past.

3          Q.     What psychiatric medicine?

4          A.     Sure.  Do you want me to start

5   with one and kind of --

6          Q.     Starting from current timeframe.

7          A.     From where we are moving

8   backwards?  The last psychiatric medications I

9   was prescribed were Zoloft, which I did not

10  take; Xanax for a short period of time; and

11  Ambien for a short period of time.

12         Q.     The Zoloft, who prescribed that

13  to you?

14         A.     Dr. Wei Shen.

15         Q.     Where is Dr. Wei Shen from?

16         A.     Doylestown Health Internal

17  Medicine.

18         Q.     And you never took that?

19         A.     No.

20         Q.     What was the reason you never

21  took it?

22         A.     I have a strong disposition

23  against SSRIs.

24         Q.     The Xanax, short period of



```
 1   time --
 2          A.     Short period of time.  About a
 3   month.
 4          Q.     Why did you stop taking that?
 5          A.     The panic attacks sort of
 6   subsided.  They came back again.  But I found
 7   ways to handle it without relying on that.  And
 8   I don't like the idea of taking benzos
 9   long-term.
10          Q.     And Ambien is for sleep?
11          A.     Yes.  I was prescribed that
12   around the same time as Xanax.
13          Q.     What timeframe is that?
14          A.     It would have been early 2022.
15          Q.     When did you -- you talked about
16   panic attacks.  When did you first have a panic
17   attack?
18          A.     First significant one was early
19   2022.
20          Q.     Were you living in Florida at the
21   time?
22          A.     I was living in Pennsylvania at
23   the time.
24          Q.     What brought on that panic attack
```



```
 1  in 2022?
 2        A.    At the time it came on rather
 3  suddenly.  But I guess just thinking about
 4  certain things at the time, you know, the
 5  criminal case was going on, a lot of flashbacks.
 6             They usually start as flashbacks
 7  or other things of the like.  And then it just
 8  progressively would get worse and worse and
 9  worse until it got to a point where I couldn't
10  go back from that mental state I was in.
11  Sometimes it would get so intense I would pass
12  out.  That is why they prescribed the Xanax.
13        Q.    This panic attack, the first one,
14  would have been well after that trip to Kansas
15  City?
16        A.    That panic attack, yes.  That
17  significant one, yes.  I would get anxiety
18  before then.
19        Q.    As a result -- so panic attacks
20  in 2020, you said the major one had to do with
21  the criminal case?
22        A.    It was -- yes.  More or less,
23  yes.  That's correct.
24             MR. COHEN:  Objection.  He said
```



```
 1        2022.

 2                    THE WITNESS:  Right.  2022.

 3   BY MR. SANTARONE

 4        Q.    So that was after the criminal

 5   case or before?

 6        A.    That was after the criminal case.

 7        Q.    Did you testify at the criminal

 8   case?

 9        A.    No.  I did not.  I gave a Victim

10   Impact Statement.

11        Q.    Did you come up for the trial?

12                    MR. COHEN:  Objection.  What

13        trial?

14                    MR. SANTARONE:  The criminal

15        trial of Ohrt.

16                    MR. COHEN:  There wasn't a trial.

17   BY MR. SANTARONE

18        Q.    Well, the hearing.  Did you come

19   up for anything for that?

20        A.    The only thing I came up for was

21   the sentencing.

22        Q.    Were you one of the victims?

23        A.    Yes.

24        Q.    And what charges were there
```



1   regarding you, if you recall?

2          A.    Regarding me specifically?

3          Q.    Yes.

4          A.    Invasion of privacy and

5   possession of intercept communications.

6                 MR. COHEN:  Is it time to take --

7          I am sorry.

8   BY MR. SANTARONE

9          Q.    What was the possession of

10  intercept communications?

11                MR. COHEN:  Is this a good time

12         to take a short break?

13                THE WITNESS:  Yeah.  That's fine.

14                MR. SANTARONE:  I want to get

15         through this first.  Just this part of it.

16                THE WITNESS:  Do you mind if I

17         use the restroom real quick?  I was about

18         to ask.  This is my second cup of coffee.

19                MR. COHEN:  That's fine.

20                THE VIDEOGRAPHER:  This will

21         conclude DVD No. 1.  We are now going off

22         the record with the time reading 11:55 a.m.

23                (Discussion held off the record.)

24



1              THE VIDEOGRAPHER:  We are now
2      back on the record.  This is DVD No. 2.
3      The time on the record is 12:01 p.m.
4   BY MR. SANTARONE
5          Q.    At the time we took a break you
6   were talking about that you were one of the
7   complainants or the victims in the criminal
8   complaint against Joseph Ohrt?
9          A.    Yes, sir.
10         Q.    And the charges that related to
11  you, you gave two charges.  What were they
12  again?
13         A.    Yes.  They were multiple counts
14  of the -- it was invasion of privacy and
15  possession of intercept communications.
16         Q.    What did the possession of
17  intercept communications involve?
18         A.    So there were a few counts of
19  that because there were a few of them.  What
20  they were were surreptitious recording devices
21  which they -- one of them was an outlet in the
22  wall which was I believe a partially functioning
23  outlet in which one of the contacts or
24  contactors had a camera in it which would in



1  realtime send a live feed of everything that it

2  was seeing to his laptop on an SD card.

3              There were multiple of those,

4  other wall unit chargers, and an alarm clock

5  that had a camera in it as well which are

6  obviously surreptitious devices.

7         Q.    Where were those located?

8         A.    In the room that I was staying

9  in.

10        Q.    Where?

11        A.    At Dr. Ohrt's home.

12        Q.    This would have all been after

13 you graduated?

14        A.    That's correct.

15        Q.    What was the invasion of privacy?

16        A.    Because that's an -- I don't mean

17 that sarcastically.

18        Q.    No.  I mean, same thing?

19        A.    Exactly.  The recording of me

20 without my knowledge in that room was an

21 invasion of privacy.

22        Q.    And that was also after you

23 graduated?

24        A.    Correct.  Yes, sir.



1          Q.      Did you ever see these tapes?

2          A.      The detectives had -- with

3   Central Bucks Regional had disclosed to me

4   physically copies of still shots from the live

5   feed in order -- for the sake of confirming that

6   that was, one, me in those videos and/or

7   snapshots or time shots of those videos.  But

8   also to confirm as to whether or not I was aware

9   of them.  I've only seen a few still shots of

10  those video recordings.

11         Q.      Had you seen them since the

12  police showed them to you?

13         A.      No.

14         Q.      And how old were you when you

15  were staying at his house and these incidents

16  occurred?

17         A.      To be honest with you, I think I

18  have to think for a second.  It was -- I would

19  have been 21 to 22.  I would have been 21 to 22

20  at the time.

21              (Exhibit 1 was marked for

22         identification.)

23  BY MR. SANTARONE

24         Q.      I will show you a criminal



1   complaint that was produced by your attorney.

2   We can mark that as an exhibit.  If you look,

3   this is a police criminal complaint.

4           A.     Sure.

5           Q.     It talks about a victim H.H.  Do

6   you know who that is?

7           A.     No.

8           Q.     Do you know if you are H.H.?

9           A.     I don't know.  I'm not sure.

10          Q.     It says H.H. was 13 years old

11  while babysitting for Ohrt and his wife at their

12  home.  That's not you then?

13          A.     Is this on page 3 of 4?

14          Q.     This is page 2 of -- this is on

15  the Affidavit of Probable Cause, the last two

16  pages.

17          A.     Okay.  I see.  Do you mind

18  repeating your question one more time?

19          Q.     If you look at the last paragraph

20  it describes who H.H. is.  That is not you?

21          A.     No.  Oh, I see.  No, that is not

22  me.

23          Q.     And the other victim is A.A.

24  It's identified as a former male student who was



1  allegedly sexually abused while minor age and a

2  choir member.  Do you know if you are A.A.?

3         A.    I don't know.

4         Q.    G.G. is -- G.G. states he was a

5  6th grader at Linden Elementary School.  So that

6  is not you?

7         A.    No.

8         Q.    So the charges that were brought

9  against Dr. Ohrt related to you were all the two

10 things that occurred -- the incidents that

11 occurred after you had graduated.  You were 21

12 or 22 and were staying at his house on and off?

13        A.    For those charges in the criminal

14 case, yes.  That's correct.

15        Q.    And as far as the number of

16 times -- did you ever hear that there was any

17 student who he filmed that he had other pictures

18 of besides you?  Not a student, any other

19 person?

20        A.    When you say pictures, do you

21 mean --

22        Q.    That he had taken

23 surreptitiously?

24        A.    Surreptitiously, no.  Not that



```
 1    I'm aware of.
 2           Q.    You are the only one you are
 3    aware of?
 4           A.    That I know of.  That's correct.
 5           Q.    Who did you meet with -- did you
 6    deal with Central Bucks Regional Police
 7    Department?
 8                 MR. COHEN:  At what time?
 9    BY MR. SANTARONE
10           Q.    In connection with any charges
11    that were brought against Ohrt.
12           A.    In connection to these?  Yes.  I
13    had spoken with detectives from the Central
14    Bucks Regional Police Department.
15           Q.    Do you remember who?
16           A.    Yes.
17           Q.    Who?
18           A.    Detective Greg Beidler and
19    Sergeant Paul Kreuter.
20           Q.    How about the district attorney,
21    did you ever speak with anyone at the district
22    attorney's office?
23           A.    Yes, I had.  I spoken with an ADA
24    Brittany Kern.
```



1          Q.     Before I move on, are you making

2     a wage loss claim here?  Without looking at your

3     attorney.

4          A.     Yeah.  I'm not sure.  I'm not

5     sure.

6          Q.     Is there anything that you -- any

7     profession you think you would have gone into

8     that you are not going into because of these --

9     what is alleged in the Complaint?

10         A.     Yes.

11         Q.     What is that?

12         A.     Being a music educator.

13         Q.     When was it that you decided you

14    did not want to be a music educator anymore?

15         A.     When I withdrew from Temple

16    University.  I mean -- I take that back.  It was

17    before then, shortly before then.  Pretty much

18    after I came back from Kansas City.

19         Q.     So what happened in Kansas City

20    pretty much made you --

21         A.     Tipped me over on that decision,

22    yes.

23         Q.     Before that you were in Temple

24    University planning on that as a career?



```
 1            A.     Yes.
 2            Q.     What would you be -- what kind of
 3   jobs would you get with that degree?
 4            A.     Well, it depends on your
 5   networks.  It depends on what you can provide as
 6   an educator.  So inherently your skill level,
 7   your ability to teach the value that you
 8   provide.
 9                   So that can range.  It also
10   depends if you want to go into public school,
11   private school.  Do you want to teach at
12   university?  In public school it depends on what
13   district.  In private school it depends on what
14   school.  But you can make a living from it.
15            Q.     Can you make as much money as you
16   could as a PE?
17            A.     PA?
18            Q.     PA rather.  I am sorry.
19            A.     Potentially, yes.
20            Q.     Let's take a look at the
21   Complaint.
22                   (Exhibit 2 was marked for
23       identification.)
24
```



```
1   BY MR. SANTARONE
2           Q.      Okay?
3           A.      Okay.
4           Q.      You are familiar with this
5   document?
6           A.      I know of this document.
7           Q.      Did you read through it before it
8   was filed?
9           A.      I have reviewed it, yes.
10          Q.      Before it was filed?
11          A.      Yes.
12          Q.      It was filed October 31, 2023?
13  Stamped at the top there.
14          A.      It appears so.
15          Q.      As far as physical contact, you
16  talked about what happened in Kansas City.
17          A.      Sure.
18          Q.      Prior to Kansas City, what
19  physical contact did you have with Joseph Ohrt?
20          A.      Numerous occasions of
21  inappropriate touching, grazing over genitals.
22  He had attempted to make lingual contact to my
23  neck on multiple occasions, many occasions in
24  which he did.  Grabbing of my buttocks, physical
```



1  restraint on an occasion or two.

2          Q.    So there was never any --

3                MR. COHEN:  I am sorry.  Are you

4      finished?

5                THE WITNESS:  I am finished

6      generalizing, correct.

7  BY MR. SANTARONE

8          Q.    Was there ever any skin-on-skin

9  contact?

10         A.    Yes.

11         Q.    Other than Kansas City?

12         A.    Yes.

13         Q.    Where?

14         A.    Skin -- do you mean skin-on-skin

15 like anywhere on his skin touching mine?

16         Q.    I mean reaching down and touching

17 your genitals.

18         A.    No.  With his hand?  No.  Under

19 my pants skin-on-skin --

20         Q.    No penetration or anything?

21         A.    No.

22         Q.    No oral sex?

23         A.    No.

24         Q.    Any kissing?



1          A.     Right.  So when I had said

2     that -- I will clarify what I meant when I said

3     a portion of this earlier.  He had on occasions

4     hugged me and kissed my neck before, yes.

5          Q.     Was that when you were in school

6     or after school?

7          A.     In school.

8          Q.     What was your reaction when he

9     did that?

10          A.     I would -- it depended on the

11     time.  Towards the end of my senior year I would

12     tend to push away from him or at least

13     physically distance myself.  In the beginning I

14     kind of froze up.  I was not sure how to respond

15     to that.  It was complicated in that sense.

16          Q.     Did he ever use physical force on

17     you?

18          A.     When -- can you define "physical

19     force"?  In which sense?

20          Q.     Did he ever use any physical

21     force to assault you?

22          A.     To assault me?  I mean, to

23     sexually assault me, yes.  There had been an

24     instance where -- is it all right if I stand up



1  to show you?

2          Q.     Yes.

3          A.       He had a couch in his office.

4  There was an incident one time where he had

5  asked me to clean his office or do something in

6  his office like help organize it or something.

7  And I walked into his office.  And he had come

8  up from behind me and bear-hugged me over top

9  like this coming over my shoulders, pulling me

10  into his chest.

11               And imagine this chair is a

12  couch.  Whole holding me like this, came over

13  and sat down while pulling me over top of his

14  lap and effectively pushing his genital area

15  into me in which when I mentioned earlier

16  physical restraint, that was the time in which I

17  kind of tried to break out.  And the more I

18  tried to get up the tighter he would hold me

19  until I told him, hey, stop.  Then he kind of

20  let go and let me get up.

21          Q.     So when you told him to stop, he

22  let go?

23          A.     He did, yes.

24          Q.     Were you injured at all from



1  that?

2          A.      Emotionally and psychological,

3  yes.  But physically, no.

4          Q.      So the Complaint of paragraph 28

5  says you started CB West in 10th grade as a

6  15-year-old.  That's when you met Ohrt.  How did

7  that meeting take place?

8          A.      In meeting Dr. Ohrt?

9          Q.      Yes.

10          A.      So I met him on my first day of

11  choir class.  Choir class is a class almost like

12  you would have math class, you would have

13  geography or whatever it may be.  There is also

14  a choir class that you can elect to take.  On my

15  first choir class I met him.

16          Q.      And had you been involved in

17  choir or singing before that?

18          A.      I sang.  I liked music but I was

19  not involved in any choir.

20          Q.      How many students were in the

21  choir class?

22          A.      As a collective throughout the

23  high school?

24          Q.      Yes.



```
 1              A.      All grades?  Over a hundred.
 2              Q.      Was he ever your homeroom
 3   teacher?
 4              A.      Yes.
 5              Q.      What years?
 6              A.      Junior and -- junior and senior.
 7   If you were in select ensembles you needed to be
 8   in homeroom.  But I believe my sophomore year
 9   that was not a requirement of his.  I believe he
10   implemented that requirement junior and senior
11   year.
12              Q.      How many people were in homeroom?
13              A.      Anybody who was in chamber choir.
14              Q.      Do you have a number?
15              A.      I believe there are different
16   homerooms throughout the day.  So this total
17   number was split depending on the amount of
18   homerooms that we had in a day.  It was probably
19   around 30.  My junior year it was probably
20   around 32 or 34, in the mid 30s to -- low to mid
21   30s.  And my senior year probably the same
22   number.  But in my choir homeroom it was around
23   half that.
24              Q.      Homeroom isn't the first class
```



1  you start off in the beginning of the day.

2  Homeroom is any time during the day?

3         A.    Yes.  They usually try to put it

4  in the early middle or late middle of the day.

5         Q.    And the next paragraph says,

6  "Ohrt repeatedly committed the crimes of

7  Indecent Assault and Institutional Sexual

8  Assault upon John while he was a CB West student

9  as described below."

10        A.    Yes.

11        Q.    Do you know if Ohrt was ever

12  charged with those in relation to you?

13        A.    In relationship to me was he

14  charged with those?  In the criminal case as of

15  recent?

16        Q.    Indecent Assault and

17  Institutional Sexual Assault.

18        A.    That I know of, no.  I believe he

19  made a deal with the DA.

20        Q.    Do you know if he was charged

21  with those before he made that deal?

22        A.    I don't know.

23        Q.    And you described the incident

24  where he grabbed and bear-hugged you and pulled

1  you down on the couch.  And you said stop.  And

2  he did stop?

3          A.    Yes.

4          Q.    What other incidents where he

5  either tried to kiss you on the neck or touch

6  the private area of you?

7          A.    They were frequent.

8          Q.    Starting when?  What year?

9          A.    Really starting my junior year,

10  not so much my sophomore year.

11         Q.    What did he do?

12         A.    Again, these happened on multiple

13  occasions.  There are other instances where I

14  would be working at the piano in the dressing

15  room and he would come in.  And there is a piano

16  stool which doesn't have a back to it, right?

17  It's just a stool itself.  He would come up and

18  hug me from behind and grind his genital area

19  into me.  I could actually feel him erect on

20  occasions.

21              Other times where he -- like you

22  said, other than him hugging me and kissing me

23  and grabbing my buttocks and things like that

24  with the couch, there were instances where he



1  would try and pat me on my stomach.  As he would

2  slide his hand off he would rub it or graze it

3  over top of my penis over my clothing.

4         Q.     Did it brush against it or did it

5  rub?

6         A.     Rub.

7         Q.     Did anybody ever witness any of

8  these incidents?

9         A.     There was a time where somebody

10 witnessed a incident, yes.

11        Q.     And that was the mother?

12        A.     That was -- that's correct.

13 Later my senior year.

14        Q.     How about incidents at school?

15        A.     No.

16        Q.     Any witnesses to any of this?

17        A.     Not that I know of.  Maybe but

18 not that I know of.

19        Q.     Did you ever see him do this to

20 any other student?

21        A.     No.

22        Q.     Did any students complain to you

23 that he had touched them in any way?

24        A.     No.



```
 1              Q.     Did you ever complain to any
 2     students that he touched you in any way?
 3              A.     No.  I didn't disclose it to
 4     anyone.  People had their thoughts on that.
 5              Q.     When was it that -- at some point
 6     did you ever tell Ohrt about your issues at home
 7     with your mother and your father, your family?
 8              A.     Yes.
 9              Q.     When did you tell him this?
10              A.     Starting my sophomore year I
11     would disclose general difficulties at home.  He
12     knew what was going on with my mother.  He knew
13     there were financial issues at the home, which
14     his knowledge of that started around April of my
15     sophomore year.
16              Q.     And he told you that?
17              A.     He told me what?
18              Q.     You told him these stories?
19              A.     They wound up coming up in one
20     way or another, yes.
21              Q.     In private one-on-one?  Or in
22     class?  How did it come up?
23              A.     A little bit of both.
24              Q.     How would it come up in class?
```



1          A.      It's not that it would
2    necessarily come up in class like, per se, in
3    front of students or during class time.  Yes, it
4    would come up during class time.  Let's say we
5    had a break for a moment and we were talking
6    about something that had to do with choir.  Can
7    you attend this?  Can you attend that?  No.  I
8    am sorry.  I can't.  Financial issues going on.
9    Oh, what is going on with your financial
10   history?  What is going on with your financial
11   swig?

12               One thing would lead to another.
13   And I would disclose, you know, dealing with
14   some stuff at home.  My mother has got some
15   issues and it causes financial problems.  It
16   started off like that.  And in like side
17   conversations during class, like I said, if we
18   were in a break or something and he would ask me
19   about something with choir I would tell him
20   that.  Other times one on one he would ask how
21   I'm doing.  I would say, well, today I am not
22   doing so great, dealing with this, dealing with
23   that.
24          Q.      Dealing with --



1          A.      Things at home.

2          Q.      Dealing with your mother's

3    alcoholism?

4          A.      Yeah.  With my mother, with my

5    father, issues with my brother and my sister.

6    Over time he would actually request a lot of

7    that information under the guise of trying to

8    help.  But I think he was really just

9    weaponizing that information against me to drive

10   a wedge between me and my family.

11         Q.      Prior to your father having some

12   concern about you being in choir, what were the

13   issues you were having with your father?

14         A.      So like I said earlier, he --

15   when you are married to somebody for 30-plus

16   years and your wife becomes an alcoholic and

17   effectively makes that big of an impact on the

18   family you do not handle it so well.  Or you try

19   to handle it as well as you can.

20              I think my father felt hurt by

21   what was going on in the family and what my mom

22   was doing.  And me, as a person, I pride myself

23   in trying to be a good person.  I tried to

24   understand where she came from at times.  It's



1  not that I necessarily stood up for my mom.  But

2  I tried to advocate for both.  I think he felt

3  hurt by that.

4              And that can create some issues

5  between us.  I think he, you know -- with him

6  reeling from all of it, he -- that can affect

7  your ability to be a good parent, I think, if

8  you are so distracted by all of that.  It just

9  created issues in our relationship on a lot of

10 different levels in that sense.

11      Q.    How about with you brother and

12 sister?  Would it relate to the same thing?

13      A.    Yeah.  I think they would take

14 sides.  And I tried not to take sides.  But I

15 think me not taking sides really hurt them.

16 They would get frustrated with me.  I tried to

17 not be at home as much because it was just not

18 somewhere I wanted to be around.  I think they

19 felt hurt by that.  But, you know, it's what I

20 had to do at the time.

21      Q.    Did you have -- during this

22 timeframe, this is between '12 and '20, you have

23 a girlfriend?

24      A.    Yes.



1          Q.     And you had this girlfriend

2    during this entire time?

3          A.     Off and on.  But, yes, I would

4    say, and I think she would say this too, that we

5    were basically together that whole time.  But we

6    had months of time apart where we were not

7    dating.  But we were still pretty much together.

8          Q.     And did you have a network of

9    friends?

10         A.     Yes.

11         Q.     Have you always had friends?

12         A.     Yes.

13         Q.     No problems making or keeping

14   friends?

15         A.     No.  My junior and senior year

16   there was definitely an issue with friends.  I

17   don't know if you want me to get into that.

18         Q.     Yeah.

19         A.     Well, I would say the more time

20   that I spent involved in the choir, the less

21   time I would spend with friends, too.  I think

22   throughout high school as I became more involved

23   in the choir and, you know, spending less time

24   with family, I think during that time especially



1  starting my junior year he would pull me out of

2  class, come down to the lunch room, take me out

3  of the lunch room, take me to the choir room.

4              Rumors were starting to go around

5  that me and Dr. Ohrt had a gay relationship.

6  Peers can be really ruthless in how they respond

7  to that.  It got to the point where I was

8  isolated from friends and family in that sense.

9  Once it got to that point, I kind of just wanted

10  to hide from it all with my friends because now

11  it's embarrassing.  Having these numbers going

12  around, people talk.

13              I just -- I didn't -- my

14  reputation was essentially getting ruined by

15  that in that sense.  So it pushed me away from

16  my friends as well.  Even when I tried to go

17  back to them there was a lot of shunning because

18  of the rumors.  And I think he capitalized on

19  that to continue to push me away from everyone

20  else in my support system.  And my friends

21  noticed it, too.  And I think the more they

22  noticed that, the less they would spend time

23  with me.

24         Q.    Did he try to affect your



1  relationship with your girlfriend?

2          A.     Yes.

3          Q.     In which way?

4          A.     He didn't like that I had a

5  girlfriend.  He never liked it when I had a

6  girlfriend.  He wouldn't talk to them.  He was

7  indifferent towards them -- especially Peyton.

8  He didn't like Peyton at all.  Whenever I

9  mentioned seeing a girl, being around a girl, he

10  would get visibly frustrated.

11          Q.     The girlfriend that you had, the

12  steady girlfriend you had from 12 to 20, did she

13  say anything about what was going on between you

14  and Ohrt?

15          A.     Later on, yes.  At the time --

16          Q.     Later on when?

17          A.     Yeah.  So in my senior year when

18  Chloe had met Dr. Ohrt and her mom met Dr. Ohrt,

19  it was under this illusion that he was -- or

20  they were under an assumption that he was a good

21  person for me to be involved with.  They knew

22  about the choir.  Everyone in that community

23  knows about West choir.  They thought it was

24  great at the time.



```
 1              But Dr. Ohrt didn't really have
 2   an interest in getting to know them.  I think as
 3   time went on, graduating from West and going
 4   into that first summer after graduation, I think
 5   they started to feel that maybe there was
 6   something off about him.
 7         Q.    When you say Chloe and her mother
 8   thought highly of him, did they get that
 9   impression at all from anything you had said
10   about him?
11         A.    I think it's really more so that
12   I had good things to say about the program in
13   general and the excitement I had for where that
14   could lead me.  They thought it was a good
15   thing.  Like I said, they knew about the program
16   already.  They knew about him as the head of the
17   program.  And they thought it was good that I
18   was as involved as I was.  And I didn't disclose
19   anything to them at that point.
20         Q.    When you disclosed anything to
21   anyone, you talked about Peyton after the
22   incident in Kansas City?
23         A.    Yes.
24         Q.    Had you told anybody anything
```



1  before that?

2          A.      No.

3          Q.      When did you first tell anybody

4  in your family?

5          A.      The day before he was arrested.

6          Q.      And at that point did you know he

7  was going to be arrested?

8          A.      No.

9          Q.      So it was just a coincidence?

10         A.      Sorry.   The day before -- the day

11  he was arrested it was the -- I think I told --

12  what happened was the day that he was arrested

13  the detectives called me and told me that he was

14  arrested and was now in custody.   And I knew

15  that it was just a matter of time before media

16  got a hold of that.

17              What I meant to say was the day

18  before media reports on it, because I didn't

19  want them to learn from media before they

20  learned from their own son or own brother.

21         Q.      So your telling your family was

22  not a coincidence because you knew this was

23  going to happen --

24         A.      I knew it was about to hit the



 1  media.  So the day he got arrested is when I
 2  told them.  And the next day is when it showed
 3  up on the media.
 4        Q.      Starting in junior year, I guess,
 5  why did you stay in the program?
 6        A.      Right.  Because for a few
 7  reasons.  One, I was passionate about music.
 8  And this program is a big program.  And a lot of
 9  opportunities come from this program.  A lot of
10  networks come from this program.
11              And of all musical mentors to
12  have given what I wanted to go into, he is the
13  person to do this with.  I think at first when I
14  first met him and when he first started becoming
15  a little bit more involved in knowing my
16  personal life, it was more so that I looked at
17  it as a paternal relationship.  I thought about
18  it like this person cares.  This person wants to
19  help.
20              At first it was like this person
21  cares about my well-being.  They want to help
22  me.  They want to put me on a good path for a
23  good future.  As time went on in going into my
24  junior year and senior year it started to get

1  more confusing for me because the more I became

2  involved in the program, the more opportunities

3  came about and the better I became as a

4  musician.

5            I mean, I am not going to lie

6  about it.  I learned a lot from that program.

7  And I knew that it can open a lot of doors for

8  me.  And at first I viewed it as just a paternal

9  thing.  Like this person cares.

10           And over time that kind of

11 started to change a little bit.  By the time it

12 started getting worse, it was confusing.  I was

13 not really sure what to do because I didn't have

14 a support system at that point in my life

15 anymore.  I had effectively been isolated from

16 my family.  I had effectively been isolated from

17 my friends.

18           And I knew that this is what I

19 wanted to do.  I started to believe that I could

20 maintain a professional relationship and still

21 get to where I needed to be.  You know?  As time

22 went on I started to realize that that was

23 unreasonable.  That's when I started to distance

24 myself.  But at the time it was not that simple.



1          Q.      When you say distance yourself,
2    are you talking about after the incident in
3    Kansas City?  Because school you lived with him
4    for a --
5          A.      Right.  When I say --
6          Q.      You are not distancing yourself
7    then?
8          A.      Physically, no.  Even after
9    school after I had graduated high school, we --
10   I tried to maintain a professional relationship
11   with him.  And I discussed it with him.  When I
12   say distanced myself, I mean during school I was
13   there all the time.  I was there for choir
14   rehearsals all the time.  I was in the choir
15   room helping take care of things in the choir
16   program.
17             I was so involved.  I was the
18   president my senior year.  There was not much
19   getting away from it in that sense.  So after I
20   graduated, you know, of course he would want to
21   hang out.  He would want to spend time with me.
22   Want to do this?  Want to do that?  I had to
23   draw a line and set boundaries as far as that
24   goes.



1              And when I say "that," that is
2     what I mean by distance myself.  I tried to make
3     it professional.  And I did my best to do that.
4     So when he offered me to live with him, it was
5     under the conditions that it was simply an
6     arrangement that we had in that sense.  And that
7     was it.
8              Q.    Was that ever discussed?
9              A.    Yes.
10             Q.    These conditions?
11             A.    Yes.
12             Q.    When did that happen?
13             A.    Before I moved in with him I
14    discussed those conditions.
15             Q.    What were the conditions you
16    discussed?
17             A.    The conditions were that we
18    simply had a professional relationship.  I
19    didn't -- I told him I didn't want these other
20    things that had happened before to continue to
21    happen.  And that I simply wanted it to be a
22    musical relationship.  And when I say
23    relationship, I mean as a friend.  Yeah.  That's
24    what I mean.



1          Q.     Other than what you've talked

2     about is maybe this filming, the surreptitious

3     filming, was there any physical contact or any

4     physical problems that occurred while you two

5     were living together?

6          A.     Some things had occurred, yes.

7          Q.     What occurred?

8          A.     Inappropriate physical touching.

9     He would tell me that he loved me and required

10    that I say it back.  But I didn't always.  At

11    first when he started doing that I would say,

12    you know, of course.  I love you too as a

13    person.

14               You have to understand we had

15    a -- we had an intellectual relationship.

16    That's kind of how we started getting to know

17    each other -- through music and through an

18    intellectual connection.  So, you know, when I

19    had lived with him, we still had that background

20    in that sense where I knew him as a person.

21         Q.     Did your girlfriend ever come

22    over to where Ohrt lived when you were living

23    there?

24         A.     My girlfriend at the time, yes,



1  she had.

2          Q.      How many times did she come over?

3          A.      Less than five.

4                  MR. SANTARONE:  We can go off.

5                  THE VIDEOGRAPHER:  Off the

6      record.  The time is 12:39 p.m.

7          (A recess was taken from 12:39 p.m. to

8  1:16 p.m.)

9                  THE VIDEOGRAPHER:  We are back on

10     the record.  The time is 1:16.

11 BY MR. SANTARONE

12         Q.      Before we took the break we were

13 talking about a couple things.  One thing I

14 wanted to follow up with.  You are up here from

15 Florida just in relation to this case or do you

16 have other things to do?

17         A.      No.  Just for this case.

18         Q.      You don't have any plans to see

19 your mother or your sister?

20         A.      Well, it was very difficult to

21 make that happen.  I don't have a lot of

22 transportation.  And I don't want to spend money

23 on a lot of transportation.  Try to stay local.

24         Q.      Looking at the Complaint again



1  then, 37 says, Ohrt told you he would make you
2  the next choir director when you finished
3  college?
4         A.    Yes.
5         Q.    When did he tell you that?  Was
6  it before or after you graduated?
7         A.    After I graduated.
8         Q.    It says, "Ohrt manipulated John
9  so thoroughly that John enrolled in Temple
10 University's music education program."  But that
11 would have been after a year and a half of Bucks
12 Community College?
13        A.    You are on paragraph 38?
14        Q.    Right.
15        A.    Sorry.  Do you mind repeating
16 that question one more time?
17        Q.    Sure.  "Manipulated John so
18 thoroughly that John enrolled in Temple
19 University's music education program."
20        A.    Yes.
21        Q.    "To pursue that career goal."
22 But that was after a year and a half at Bucks
23 Community College?
24        A.    Yes.  He had -- at that point he



1  had already -- even after I graduated he had

2  already alluded to the fact that he was retiring

3  and the position was opening up.  It just was

4  not until later on that he made the assertion

5  directly that he could have a direct effect on

6  me actually getting that position.

7          Q.    And that was after you graduated?

8          A.    Yes.

9          Q.    He said that after you graduated

10  from high school?

11         A.    Right.  Yes.  I figured you --

12  not college, but high school, yes.

13         Q.    39 says, "During John's junior

14  year, his father noticed that his son was not

15  acting like himself."

16         A.    Right.

17         Q.    Did he ever say anything about

18  how he saw you were not acting like yourself?

19         A.    Say anything to me?

20         Q.    Yes.

21         A.    Yes.

22         Q.    What did he say?

23         A.    He had said that I was not

24  wanting to be around the family as much, that I



1 | was distancing myself from the family, that I
2 | was more disconnected from my family.  I was
3 | more short with them.  When I say short, I don't
4 | mean temper-wise.  I mean as in brief.  I was
5 | very brief with them.
6 |            I wouldn't say dismissive.  But I
7 | would say that I -- my interactions with them
8 | were brief.  It was obvious that I was
9 | distancing myself from my family.
10 |       Q.     During this timeframe junior year
11 | in high school, there is a lot going on at home
12 | too, right?
13 |       A.     Things had calmed down a little
14 | bit in the sense that I was not -- you know,
15 | things calmed down a little bit.  But things
16 | were not necessarily all hunky-dory at home.
17 | That's correct.
18 |       Q.     Did your father talk to you about
19 | any conversations he had with anyone at the
20 | school?
21 |       A.     I knew that he had a conversation
22 | with someone at the school.  I was there for it.
23 |       Q.     You were there?
24 |       A.     Yes.



```
 1          Q.     Who did you meet with?

 2          A.     The principal at the time,

 3   Mr. Booker, and my father.

 4          Q.     What did your father tell

 5   Mr. Booker?

 6          A.     He told -- and Mr. Booker, just

 7   to note, was my middle school principal as well.

 8   So he knew me.  He had said that he felt that I

 9   was distancing myself from my family, that I was

10   not around home as much, that I was becoming

11   involved in this program.  And he was unsure of

12   my relationship to the music program and with

13   Dr. Ohrt.

14          Q.     Did Mr. Booker ask you any

15   questions?

16          A.     No.  Well, do you mean at the

17   time?

18          Q.     Yes.

19          A.     Not necessarily, no.  He didn't

20   really ask me if anything was happening.  He

21   honestly kind of dismissed what my father was

22   saying as nonsense.

23          Q.     Did your father say anything

24   specific as to any concerns about any sexual
```



1  impropriety?

2          A.    He alluded to that without saying

3  it.

4          Q.    How did he allude to it without

5  saying it?

6          A.    Well, he pointed out that he felt

7  as if I was spending too much time with him and

8  at the school and noted that he thought it was

9  strange.  Implying that he felt that the

10 relationship was in some way, shape or form he

11 believed could have been inappropriate or not

12 suitable for a student/teacher relationship.

13         Q.    And did your father ever confront

14 Ohrt about this?

15         A.    No.

16         Q.    Your father was a wrestler,

17 right?  He was a tough guy?

18         A.    Yes.

19         Q.    Did your father say you are done

20 with choir?  You are not going back to choir

21 anymore?

22         A.    No, he didn't -- he couldn't

23 really do anything about it.  He voiced his

24 concerns to me.  He voiced his concerns to me.



1          Q.      And he didn't go to the police?

2          A.      I don't know.  Actually I'm not

3    sure.

4          Q.      Did you talk to your father about

5    this conversation he had with Mr. Booker that

6    you were present for any time after that

7    conversation with Booker?

8          A.      We -- yes.  We had actually got

9    into an argument about it.

10         Q.      That day or later?

11         A.      It might have been later that

12   day.  I don't think it was.  It might have been

13   like the next day.  It was very shortly

14   afterwards within days that we got into an

15   argument about it.

16         Q.      What was the argument?

17         A.      That I found -- I was frustrated

18   that he had done that.  I felt that I was trying

19   to create an opportunity for myself and my life.

20   And I was trying to balance it.  And I didn't

21   honestly -- especially as a child at the time

22   that pushes against their parents when they are

23   frustrated with them, it just made me upset.  I

24   also felt like he was undermining me.



```
 1          Q.      You talk about Ohrt giving you

 2   rides.  Did he transport anybody else who was in

 3   the choir group?

 4          A.      Not that I recall.

 5          Q.      Did anyone from the school ever

 6   see him in your car being transported by --

 7          A.      You mean me in his car?

 8          Q.      Yes.

 9          A.      I'm not sure.

10          Q.      Do you have any specific

11   recollection of anyone seeing you?

12          A.      No, not specifically.

13          Q.      How many times did he drive you

14   in his car?

15          A.      While in high school?

16          Q.      Yes.

17          A.      Less than ten.

18          Q.      Do you know yes or no whether he

19   ever transported any other students?

20          A.      No, I don't know.

21          Q.      47 says, "Ohrt repeatedly

22   sexually abused John at CB West in choir room,

23   the men's dressing room which was near the

24   theater department, and in his office."
```



1          A.     Yes.

2          Q.     And we are talking about -- I

3    mean, other than the incident where he put his

4    arms around you and pulled you onto the couch we

5    talked about?

6          A.     Right.

7          Q.     And the incident where you said

8    he came up and kissed you on the neck?

9          A.     Yes.  He would hug me and like

10   push his face into my neck.

11         Q.     How many times did he do that?

12         A.     On multiple occasions.

13         Q.     More than once?

14         A.     More than five.

15         Q.     More than five.  And did you push

16   him off?

17         A.     I started to give physical

18   resistance, yes.  There was other instance like

19   if I was in the dressing room urinating he would

20   come in and stand outside of the restroom door

21   and listen to me.

22         Q.     How do you know that?

23         A.     Because I heard him come in.  And

24   then I would walk out he was standing right



1  there.

2          Q.     He didn't come into the men's

3  room?

4          A.     No, he didn't.  In that dressing

5  room there is a sectioned-off -- an actual

6  sectioned-off room where when you go into the

7  dressing room you open a separate wooden door

8  that enters into a one-unit restroom.

9          Q.     It says, "On one representative

10 occasion," 48, "Ohrt came up behind him started

11 intimately hugging him from behind and grinding

12 his genitals into John's backside."

13         A.     Yes.

14         Q.     That is the incident we talked

15 about?

16         A.     It is one of the times in which

17 he had done that, yes.

18         Q.     How many times did he do that?

19         A.     More than three.

20         Q.     And there were no witnesses of

21 that?

22         A.     No, there were not.  That's

23 correct.

24         Q.     The rumors that were going around



```
 1  school -- and there is something here called the
 2  "rape room"?
 3         A.      Right.
 4         Q.      Did you ever hear those rumors?
 5                 MR. COHEN:  What rumors are you
 6      referring to?
 7  BY MR. SANTARONE
 8         Q.      That somebody was calling Ohrt's
 9  office the "rape room"?
10         A.      Do you mind if -- what paragraph
11  are we on exactly?
12         Q.      I can find it for you.  Let me
13  ask you did ever hear anybody use that term?
14         A.      At the time, no.  I never heard
15  that term before.
16         Q.      When was the first time you heard
17  that?
18         A.      During the criminal case.
19         Q.      Then look at 59.  I think we
20  started to touch on this.  You were in a room
21  with him and then someone walked in?
22         A.      Yes.
23         Q.      Where was that?
24         A.      The location that this happened
```



1  was a church in Washington, D.C.

2          Q.    What year were you?

3          A.    Senior year.  It was 2016.

4          Q.    It says, Rubbed his thigh and

5  inched his hands towards John's penis.  But he

6  did not touch your penis, right?

7          A.    No.  Because someone walked in.

8          Q.    Who was that that walked in?

9          A.    It was a chaperone who was on the

10 trip.

11         Q.    Do you know their name?

12         A.    It was somebody's mother.

13         Q.    Did she say anything when she

14 walked in?

15         A.    She paused for a moment.  But the

16 only words that she did say were, "We have to

17 go."

18         Q.    What was his reaction when she

19 walked in?

20         A.    Very surprised, caught off guard.

21 He retracted himself very quickly.  And I got up

22 first and walked out.  He stayed seated for a

23 couple moments and then got up after me and left

24 as well.



1          Q.      Did that chaperone mother ever

2    say anything to you after that?  Like, hey, what

3    was going on?

4          A.      No.  Not to me.

5          Q.      You don't know whether she ever

6    said anything to Ohrt?

7          A.      No.  I'm not sure.

8          Q.      It says, "In April 2016, an

9    anonymous Childline report was made against Ohrt

10   for abusing students."

11         A.      Right.

12         Q.      Did that involve you at all?

13         A.      I believe it did, yes.  Oh, I'm

14   sorry.  Do you mind rephrasing that question?

15         Q.      Look at No. 61.  This would have

16   been when you were still in school?

17         A.      Yes.

18         Q.      An anonymous Childline report was

19   made against Ohrt for abusing students.  Do you

20   know who those students were?

21         A.      I believe it was me.

22         Q.      Do you know who made that report?

23         A.      No, I do not.

24         Q.      Why do you believe it was you?



1          A.    Because I was questioned by

2    police.  I was called.  And I was told on the

3    phone by the detective that a report was made in

4    reference to me.

5          Q.    Did this interview with the

6    detective, was that while you were still -- was

7    it pre-graduation?

8          A.    It was a couple months before I

9    graduated.

10          Q.    April.

11          A.    Yes.  It was within a week after

12    we came back from this trip, a week or two.

13          Q.    Did you give a statement to the

14    police?

15          A.    I did.

16          Q.    What did you tell the police?

17          A.    I told them that there was

18    nothing going on.

19          Q.    Did they give you any indication

20    as to the nature of the allegations that were

21    made in the Childline report?

22          A.    No.  Well, yes.  They had said

23    that they were told that there was a possible

24    inappropriate relationship between me and



1  Dr. Ohrt.  But they didn't expand upon that or

2  say anything else.

3       Q.     Was this the Central Bucks

4  Regional Police?

5       A.     Correct.

6       Q.     Have you ever seen any reports of

7  that investigation?

8       A.     No.

9       Q.     Was there ever -- while at school

10 until you graduated between April when that

11 incident happened in Washington until you

12 graduated, was there any other physical contact

13 that occurred between you and Ohrt?  Or had you

14 distanced yourself from him?

15      A.     We had virtually no contact.

16 Even communication, no communication virtually.

17      Q.     Then after graduation the

18 communication starts up again, right?

19      A.     Yes.

20      Q.     How does that happen?

21      A.     Well, we had stopped

22 communicating because of what was going on.  And

23 afterwards I graduated.  And I was not in school

24 anymore.  I think -- I knew that -- we were



1  beginning to enter into a real professional

2  relationship outside of school.  Then I was a

3  student.  Now I am outside of high school and

4  pursuing a professional career which involved

5  him because he was already involved in my

6  network, my music network, my communications

7  with other people.  And he was involved in that

8  circle.  So I was still involved.

9         Q.     So you are having virtually no

10  conversations after that trip to Washington

11  until after you graduated?

12        A.     Right.

13        Q.     Who initiated the first contact

14  post graduation?  You or him?

15        A.     Him.

16        Q.     How did that come about?

17        A.     It was on the day of graduation.

18  He had within minutes after I threw my cap in

19  the air I was getting ready to leave with a

20  friend.  And he pulled me to the side and said,

21  Thank God that's over.  You can call me Joe from

22  now on.

23        Q.     What was your next contact then

24  after that?



1          A.    Probably over the phone a few

2    days later.

3          Q.    And if you had decided in April

4    that you were going to not have any contact with

5    him, the reason then you are having this contact

6    after graduation is purely for professional

7    reasons?  You think it will help in a career you

8    wanted to be in?

9          A.    Correct.

10          Q.    Have you ever spoken to anyone at

11    the school about these allegations against Ohrt?

12          A.    While I was in school?

13          Q.    Any time.

14          A.    Any time?

15          Q.    Yes.

16          A.    So --

17          Q.    I am talking about an

18    administrator, teacher, counselor, somebody at

19    school.

20          A.    Right.  Yes.

21          Q.    Who?

22          A.    His name is Kevin.  What is his

23    last name?  He is my AP macro teacher.  Kevin --

24    damn.  What is his name?  Kevin McDermott.



1          Q.      When did you talk to Kevin
2     McDermott?
3          A.      2023.
4          Q.      How was it that you came to talk
5     to Kevin McDermott in 2023?
6          A.      He had -- I called him asking if
7     he would be willing to speak about what had
8     happened after the fact as a teacher who had
9     worked at Central Bucks.
10         Q.      Talk about what happened after
11    the fact about what?
12         A.      Like to discuss what had happened
13    with him because he was a teacher at Central
14    Bucks.
15         Q.      And what happened to him?
16         A.      Nothing really.  He just -- he is
17    a teacher there.  He knew Dr. Ohrt.  He was one
18    of my teachers while I was in high school.  I
19    wanted to speak with him as somebody who was a
20    coworker of his.
21         Q.      Did he say he knew anything?
22         A.      No, not necessarily.  He was
23    pretty shocked actually.
24         Q.      Shocked about hearing about this?



```
 1            A.      Mm-hmm.
 2            Q.      But at that point Orht had
 3   already been arrested, right?  He knew that,
 4   right?
 5            A.      Yes.  And sentenced.
 6            Q.      So he gave you no new
 7   information?
 8            A.      No.  No new information.
 9            Q.      Except he was shocked and he
10   didn't know anything about it?
11            A.      He was very upset.  He was very
12   upset.
13            Q.      Anybody else?
14            A.      No.  Not that I recall.  Actually
15   I just realized that's not true.  There was
16   another person I had spoken with.  Her name is
17   Jessica Bostok.  She is a theater director.  She
18   had come to the sentencing.  And I got lunch
19   with her after the sentencing.
20            Q.      Any discussion with her about the
21   times you were in high school?
22            A.      Yes.
23            Q.      What did she say?
24            A.      She was extremely upset.  And I
```



1  think she felt a little guilty that she didn't

2  know.

3          Q.      But she didn't know?

4          A.      She didn't know.

5          Q.      What was her role?

6          A.      Her name is Jessica Bostok.  She

7  was the theater director.

8          Q.      And do you know where the theater

9  director fell in as far as like chain of command

10 with Ohrt?

11         A.      I guess it depended on what --

12 what -- it would depend.  For example, if we

13 were working on a musical, a school musical,

14 they were both involved, just in different areas

15 of it.

16              The theater director mainly

17 worked on choreography and stuff like that.  The

18 music director mainly focused on just the

19 musical elements of it.  And they collaborated

20 together to tie it all.

21         Q.      Was there someone who would be

22 the head of that department?

23         A.      He is the head of that

24 department.



1          Q.      Ohrt was the head of the

2     department?

3          A.      Yes.

4          Q.      This is more of a legal question.

5     If you do not understand it, you can say I don't

6     understand what it means.

7          A.      Sure.

8          Q.      It says, The district created and

9     subjected John to a hostile educational

10    environment in violation of Title IX.  It says

11    he was member of a protected class.  Do you know

12    what your protected class is?

13         A.      I'm not sure.

14         Q.      You are a straight male, though?

15         A.      Yes, I'm a straight male.

16         Q.      The Complaint talks about in 2016

17    photographs of a former CB West student J.R.

18    without his shirt.

19         A.      Yes.

20         Q.      And among other photographs of

21    undressed young men in a barn studio next to his

22    home, a location to which Ohrt would regularly

23    invite John and other CB West students.

24                 Do you know who J.R. is?



1        A.      Yes.

2        Q.      Have you talked to J.R. about

3  this?

4        A.      Yes.

5        Q.      Did J.R. live with Ohrt for a

6  while?

7        A.      No.

8        Q.      Do you know anyone else who lived

9  with Ohrt for a while?

10        A.      I know of one other individual

11  who did.  And I learned about it after the fact.

12        Q.      Who was that?

13        A.      Through detectives.  His name is

14  Race Taylor.

15        Q.      When did you see -- did you ever

16  see that photograph of J.R.?

17        A.      Yes.

18        Q.      When did you see it?

19        A.      I had seen it hanging up in

20  Dr. Ohrt's barn.  On times that I had been in

21  the barn I'd seen it in there.

22        Q.      And were you ever in the barn

23  before you graduated?

24        A.      Yes.



1          Q.      How many times?

2          A.      Not very many.  Maybe five.

3          Q.      Were other students with you when

4    you were there?

5          A.      Not at the time.

6          Q.      All five times you were there

7    alone?

8          A.      I can't recall.

9          Q.      What was the reason that you were

10   at the barn before you graduated from high

11   school?

12         A.      I don't remember.  Probably

13   choir-related.  I can guarantee it was

14   choir-related.

15         Q.      Were you the president of the

16   club?

17         A.      I was the president my senior

18   year.

19         Q.      Did these five meetings all

20   happen -- when you went to this house, were they

21   all in your senior year?

22         A.      I think some of them -- I know at

23   least one of them was my junior year.  I'm not

24   sure.



1          Q.      On those five occasions, you were
2    there by yourself?
3          A.      I think so.  I can't recall.
4          Q.      How did you get there?
5          A.      He either probably picked me up.
6    He either -- he would have had to pick me up or
7    a friend would have dropped me off.  I had a car
8    on and off.  I had a lot of car troubles around
9    the time.  I honestly can't remember exactly how
10   or each time or when --
11         Q.      Your dad didn't give you one of
12   those GTOs?
13         A.      Yeah.  I wish.
14         Q.      Did anything ever happen on those
15   five occasions when you were at the barn?
16         A.      Yes.  You know, he would -- the
17   hugging, grabbing my butt from behind, pushing
18   into my personal space, hugging and pushing his
19   face into my neck, patting my stomach, the lower
20   of my back, yes.
21         Q.      This happened while you were at
22   his barn?  Is the barn separate from the house?
23         A.      The barn is separate from the
24   house.  It's not -- it a fully renovated,



1    heated, insulated functioning barn structure.

2    It is like a creative space is how he defines

3    it.  It's very eclectic.  But, yes, it's

4    separate from the house.  And it's a

5    full-functioning structure.

6         Q.    Did your parents know that you

7    were going to meet with him?

8         A.    My mother did.

9         Q.    Did she ever raise any concerns

10   about that?

11        A.    No.

12        Q.    Did your parents ever meet Ohrt?

13        A.    Yes.

14        Q.    On what occasions?

15        A.    My mother had met him at concerts

16   multiple times.  I think -- honestly, I don't

17   think my dad met him until after I graduated.

18   But I don't recall.  But it is really just my

19   mom.  I don't think my dad ever met him while I

20   was in school.

21        Q.    Did your mom ever express any

22   opinion about him to you?

23        A.    No.  I think -- no, she didn't.

24        Q.    Did anyone from the school -- I



1  mean administration, teacher, staff.  Did they

2  know that you had been to his barn while you

3  were a student?

4          A.    I don't believe so.

5          Q.    Let's look at the

6  self-disclosure.

7                (Exhibit 3 was marked for

8       identification.)

9  BY MR. SANTARONE

10         Q.    Do you know what that document

11 is?

12         A.    I believe so.  Is it just letting

13 you know what we have?

14         Q.    Right.  Did you supply these

15 names to your attorneys?

16                MR. COHEN:  Objection.

17                MR. SANTARONE:  That -- I will

18      withdraw.

19 BY MR. SANTARONE

20         Q.    Did you review the names on this

21 list?

22         A.    I have not reviewed this list,

23 the names on this list, no.

24         Q.    We will go through them.  There



1  is a lot of names here.  Part of the reason in

2  going through them is to decide who we need to

3  depose and who we don't need to depose.  I will

4  ask you what you know about what they know.

5          A.      Sure.

6          Q.      The first one is your dad.

7  Terry -- you listed your mother?

8          A.      Yes.  That's my mother.

9          Q.      This address is where she lived

10  last.  But you don't know where she lives now?

11          A.      That's correct.

12          Q.      After the arrest of Ohrt, did you

13  talk to her about it?

14          A.      Just like as in everything?

15          Q.      Post arrest, right?  You never

16  mentioned anything to her before the arrest.

17          A.      Right.  So, yes, I had disclosed

18  to her the events that had happened.

19          Q.      And did she say she knew anything

20  about this while it was going on in high school?

21          A.      No.  She didn't know.  She was

22  very upset.

23          Q.      Anthony, No. 4, is your brother?

24          A.      That is my father.  That one is



1  my father.

2        Q.    The first one is your brother.

3  No. 2 is your brother?

4        A.    Yes.  That's correct.  The second

5  one is my brother.

6        Q.    Were any of your siblings at --

7  did any of your siblings go to CB West?

8        A.    No.

9        Q.    So none of them were there when

10  you were there?

11        A.    That's correct.

12        Q.    Where did they go to school?

13        A.    Central Bucks East.

14        Q.    The age difference is -- your

15  brother is 30, you said?

16        A.    Yes.  My brother is 30.  My

17  sister is 28.

18        Q.    So your sister would have been in

19  high school at the same time you were but at a

20  different high school?

21        A.    She was a senior when I was a

22  sophomore but she was at Central Bucks East.

23        Q.    No. 5, Peyton Growth [sic].

24  Peyton you said was -- it says she was a choir



1  student also?

2        A.     She was.  And I would like to

3  point out the spelling and pronunciation is

4  incorrect.  Just if it matters.

5        Q.     Yeah.

6        A.     It is G-R-O-T-H and it's

7  pronounced Groth.

8        Q.     I understand you didn't say

9  anything to her about this until --

10        A.     Until after what occurred in

11  Kansas City.

12        Q.     And she was shocked when you told

13  her?

14        A.     Honestly, no.

15        Q.     Did she ever say to you she

16  understood that something was going on while you

17  were in high school?

18        A.     She alluded.  She had asked me if

19  everything was okay when I was in high school,

20  yes.  She had doubts.

21        Q.     Everything okay about your family

22  issues or about --

23        A.     No.  Like about Dr. Ohrt.  She

24  had her concerns.  She would ask me about it.



1          Q.      But until Kansas City she --

2          A.      I just didn't tell her anything.

3          Q.      Did she ever ask you when you

4    were in high school, hey, is anything going on

5    with you and Dr. Ohrt?

6          A.      Yes.

7          Q.      What did you tell her?

8          A.      I told her no.

9          Q.      Who is this next name?  Eugene?

10         A.      Eugene Chuzhinin.

11         Q.      Who is that?

12         A.      That is when I was saying the

13   twin brothers, Oleg and Eugene.  They are two

14   lifelong friends.

15         Q.      And you lived with them for some

16   time?

17         A.      Yes.  On and off.  That's

18   correct.  Yeah, in 2019.

19         Q.      And you lived with them because

20   of problems at home?

21         A.      Well, because I couldn't live at

22   home, yes.  That's correct.

23         Q.      And what do they have regarding

24   facts giving rise to this action?



```
 1          A.     They went to Central Bucks West.
 2   They were friends with me all throughout high
 3   school.  They had their own suspicions and
 4   concerns when we were all in high school as
 5   well.  They saw firsthand the impact that this
 6   was having on me.  At the time they didn't know
 7   that is what it was.  But when they connected it
 8   later on, then they made the connection that is
 9   what it was.  But they had witnessed how I was
10   impacted by this at the time and after high
11   school.
12          Q.     Were they any of the ones who
13   shunned you or made fun of you?
14          A.     No.  They did not.  Virtually
15   everyone except for them.
16          Q.     Except for these two twin
17   brothers?
18          A.     Pretty much, yeah.  I am
19   exaggerating a little bit.  But, yes.
20          Q.     And your girlfriend?
21          A.     Yes.  That's correct.  My
22   girlfriend.
23          Q.     And the next name?
24          A.     Annalee Tomanelli is a girl that
```



1  was in chamber choir with me throughout high

2  school.  She was somebody I dated for a very

3  brief period of time.

4        Q.    In what year?

5        A.    In my senior year there was a

6  short period of time I was not talking to Chloe.

7  And I was talking to Annalee Tomanelli in a

8  short window of that time.

9        Q.    Have you ever discussed with her

10  what knowledge she has?

11        A.    What knowledge she has?  No.

12        Q.    Yes.  It says first-hand

13  knowledge of the facts giving rise to this

14  action.

15        A.    Right.  She was around so much at

16  the time.  She knew about our -- she had

17  witnessed me and Dr. Ohrt's close interactions.

18  She was in select ensemble.  So she had seen

19  that.  And she was also a part of the choir

20  government.  So she would be around more often

21  than other people would.

22        Q.    Did she ever go to Dr. Ohrt's

23  house?

24        A.    Yes.



1          Q.      On what occasions?

2          A.      Choir-related things.  It would

3    be difficult to think of specifics.  I know she

4    has been there, though.

5          Q.      Was she ever there when you were

6    there?

7          A.      Maybe once.  Maybe once, twice at

8    the most.

9          Q.      Do you know whether or not it was

10   unusual for students to go to his house for

11   meetings or things regarding choir?

12         A.      Apparently it was something that

13   had happened frequently before with like choir

14   government that they had gone there for one

15   reason or another for team building exercises.

16   You know?  At the time it was not -- at the

17   time, if you were to talk about that, it was not

18   necessarily out of what would be considered

19   normal for that program.  It was not necessarily

20   considered unusual.  I'm sure other people in

21   school would have thought that.  But for choir

22   students they didn't particularly think it was

23   unusual.

24         Q.      Did he have a studio in the barn



1  or anything where you practiced singing?

2          A.      Yes.  Yes, he did.  He had a baby

3  grand piano and an empty floor space with like a

4  little stage where choirs would practice,

5  rehearse and perform.

6          Q.      During the time that you were

7  living there post graduation, were there

8  meetings there with people from choir?

9          A.      When I was living there?

10         Q.      Yes.  Post graduation when you

11  were living there.

12         A.      I believe so, yes.  I think there

13  had been.

14         Q.      Students from CB West?

15         A.      Yes.  I believe so.

16         Q.      Any students from any other

17  schools?

18         A.      I don't think so.

19         Q.      Chloe is the next one?

20         A.      Yes.

21         Q.      Who is that?

22         A.      That is that girl I dated in the

23  young years of my life leading up to when I was

24  20.



1        Q.    Are you still friendly with her?

2        A.    Yes.  We are friendly.  I haven't

3  talked to her in a while.  But we are friendly.

4        Q.    Of the names that we went over,

5  other than your brother and your parents and I

6  assume Peyton, have you talked to anybody else

7  about this lawsuit?

8        A.    About this lawsuit?

9        Q.    Yes.  Is there another lawsuit?

10       A.    I know -- I thought maybe you

11  were talking about the criminal case.

12       Q.    No.  This lawsuit.

13       A.    No.

14       Q.    No?

15       A.    No.  Not to my recollection, no.

16  Technically we have not even mentioned Oleg.

17  But he -- I did speak with him about it.  There

18  are people that know because now it's public

19  record.  You can look it up.  And it's on the

20  internet.  So anyone can know that.  But, no, I

21  haven't necessarily talked about it.

22       Q.    Anybody else on that list other

23  than Oleg that you talked to about it?

24       A.    I don't believe so.  Vincent



1    Margiotti.  No. 27, he is aware.

2              Q.    Who is he?

3              A.    He is Peyton's step dad.

4              Q.    He is an attorney?

5              A.    Yes, he is.

6              Q.    Did he make a call to Childline?

7              A.    Upon information and belief, yes.

8              Q.    When?

9              A.    I believe that could have been

10   the second Childline report in 2021.

11             Q.    And do you know where he got the

12   information from that he made the call?  Did he

13   witness anything?

14             A.    Like any instances occurring?

15             Q.    Yes.

16             A.    No.

17             Q.    So did he get information from

18   Peyton?

19                  MR. COHEN:  I will instruct John

20         that the information that you receive from

21         your attorney is attorney/client privilege.

22         It's privileged by our relationship.  So if

23         he is asking for information that you know

24         as a result of conversations with your



1              attorneys, you can say I got that -- I know

2        that from my attorney.

3                    THE WITNESS:  Right.  A lot of

4        which I did.

5    BY MR. SANTARONE

6        Q.    Did you ever say to Peyton, hey,

7    your stepfather called Childline?

8        A.    I didn't know it was her

9    stepfather at the time.

10       Q.    After you found out, hey, Peyton?

11   Did you ask her then?

12       A.    Apparently she knew before I did.

13   She didn't tell me at the time until later on

14   that she believed it could have been.  I

15   never -- I don't have any confirmation on that.

16   I still don't know.

17       Q.    Did she tell you why she thought

18   it could have been her stepfather?

19       A.    She kind of danced around it a

20   little bit.  I think she knew it was a sensitive

21   thing for me.

22       Q.    So the answer is, no, she didn't

23   tell you?

24       A.    Didn't tell me what?  Sorry.



```
1          Q.    The question was did she tell you
2    why she thought it was her stepfather that had
3    made the call?
4          A.    She didn't necessarily expand
5    upon that, what you are asking me.
6          Q.    And you didn't ask her any
7    follow-up?
8          A.    No.  I didn't really want to -- I
9    didn't want to explore it any further.
10         Q.    Then this Joey No. 9, is that --
11   there is a J.R. referenced in your Complaint.
12   Is that who that is?
13         A.    Yes.  J.R.  I believe that's Joey
14   Recupero.
15         Q.    And what year was he?
16         A.    He was the same year as me.
17         Q.    And did anything happen to him as
18   far as any involvement he had with Dr. Ohrt?
19         A.    Other than that photo, I'm not
20   sure.
21         Q.    Did you ever talk to him about
22   the photo?
23         A.    Yes.
24         Q.    Did he say that was taken
```



1  surreptitiously or did he say he posed for that

2  photo?

3          A.    No.  He said he posed for that

4  photo.  Yeah.  He said he posed for that photo.

5          Q.    Did you ask him about that photo

6  when you saw it while you were still in school?

7          A.    When I was still in high school?

8          Q.    Yes.

9          A.    That photo was taken after high

10  school.

11          Q.    So when you would go to his barn

12  while you were still in high school, did you

13  ever see any photographs of boys posing?

14          A.    Yes.

15          Q.    Who were -- do you know who was

16  in those photographs?

17          A.    No.  Some of them I recognized as

18  former students.  But I can't attest as to when

19  those photos were taken.

20          Q.    Were any of them naked photos?

21          A.    Some of them of women -- there is

22  one photo of a naked man I can think of who was

23  clearly a grown man, though.  But I don't know

24  who it was.  But some of them were nude.



```
 1            Q.     Any photos of nude women?

 2            A.     Yes.

 3            Q.     Were they also hanging up?

 4            A.     Yes.

 5            Q.     Did you recognize any of those

 6    women?

 7            A.     No.

 8            Q.     Was he into photography himself?

 9            A.     Yes.

10            Q.     Did you see him take pictures

11    when you go to different events?

12            A.     Yes.  I have seen him photograph

13    before, yes.

14            Q.     Did you and Joey talk about any

15    allegations about what happened to you?

16            A.     We really just discussed what

17    happened in the criminal case.  Yeah.

18            Q.     Was Joey identified as a victim

19    in the criminal case?

20            A.     You mean -- I'm not sure in which

21    sense you mean.  Was he mentioned?  Or was he

22    somebody who was identified as a victim in the

23    case?

24            Q.     Was there a criminal count
```



1  involving Ohrt that involved this picture of

2  Joey?

3          A.     I don't believe so.  I'm not

4  sure.  But I don't believe so.

5          Q.     Have you told Joey what you are

6  alleging?

7          A.     Alleging as far as in this --

8          Q.     Yes.

9          A.     He knows what happened in the

10  criminal case.  And that is really what we

11  discussed.

12          Q.     Do you know whether he testified

13  in the -- whether he gave any testimony in a

14  preliminary hearing or anything?

15          A.     I'm not sure.

16          Q.     Did you ever testify at any

17  preliminary hearing or anything?

18          A.     I don't believe so.  No, no.  I

19  think the -- all I really gave was a statement

20  initially.

21          Q.     Oleg, you said you did talk to

22  him about the lawsuit?

23          A.     I had discussed with him what had

24  happened to me during high school and that I was



1  talking to attorneys about it.

2          Q.    Going back you said that the

3  twins didn't shun you and didn't give you a hard

4  time?

5          A.    Right.

6          Q.    How about AnnaLee, did she?

7          A.    No.

8          Q.    How about Chloe?

9          A.    No.

10         Q.    How about Joey?

11         A.    No.  Because Joey and AnnaLee

12  were in the choir as well.

13         Q.    Did anyone in the choir shun you,

14  not talk to you, give you a hard time about this

15  relationship?

16         A.    Yes.

17         Q.    Who were they?

18         A.    There would be numerous.  Do you

19  want me to list names.

20         Q.    Yes.

21         A.    It's numerous.

22         Q.    Go ahead.

23         A.    I would say like a solid like 75

24  to 80 percent of the choir.



1          Q.      How many people were in the choir
2    total?
3          A.      Total?
4          Q.      30, 35?
5          A.      Well, that's the chamber choir.
6    The choir total -- that is the number I am
7    referring to 80 percent of the entire choir.  So
8    the whole school choir.  Honestly, probably more
9    than that actually.  And, you know, the choir
10   was made up of around, if not over, a hundred
11   people.
12         Q.      Any teasing of you or taunting
13   that led to --
14         A.      Behind my back, yes.
15         Q.      Let me finish.
16         A.      Sure.  I am sorry.
17         Q.      Any teasing or taunting of you in
18   front of you?
19         A.      Yes.
20         Q.      Any of it lead to any type of
21   confrontation with the student where you get in
22   their face or they get in your face?
23         A.      No.
24         Q.      Leah Popek?



1          A.      Yes.

2          Q.      What does she know?

3          A.      Honestly, I don't know.  I'm not

4    sure.  I'm not sure.

5          Q.      Do you know why it says

6    "confidential" next to her name?

7          A.      I -- no, no.

8          Q.      Did she shun you or make fun of

9    you?

10         A.      Yes.

11         Q.      She did?

12         A.      Yes.

13         Q.      What did she say to you?

14         A.      She would flip the middle finger

15   at me when I turned around, make jokes to other

16   people in the choir about me.  That was my

17   sophomore year.  I was not even a junior yet.

18         Q.      Did she personally not like you?

19         A.      Sort of, yeah.  In that sense,

20   too, because it was not because of anything I

21   did.  It was -- I think at that time it was

22   because I was favored by Dr. Ohrt at the time.

23   I think it was -- I think it made her angry.

24         Q.      During your time at CB West were



1  there school plays?

2          A.      Yes.

3          Q.      Did you participate in those?

4          A.      I only participated in the

5  theater program once.  It was for the spring of

6  my senior year in Les Mis.

7          Q.      Did you have a singing role?

8          A.      I had a major role, yes.  I had a

9  lead.  I played on Enjolras.

10          Q.      Why not participate in theater

11  sophomore, junior year?

12          A.      It was not my thing.  Or I didn't

13  think it was.

14          Q.      But they were always musicals,

15  right?

16          A.      Yes.  I just thought musicals

17  were stupid.  I was just being honest at the

18  time.

19          Q.      Katie Gaebel?

20          A.      Katie Gaebel.  Okay.

21          Q.      What first-hand knowledge does

22  she have?

23          A.      She was in choir class.  But she

24  was in high school -- she already graduated by



1  the time I entered high school.  I can't attest

2  to what she does or doesn't know.

3         Q.    Have you talked to her at all

4  about Dr. Ohrt?

5         A.    The criminal case, yeah.  Because

6  she had saw the news.  And she knew me.  So she

7  reached out to me just saying, I hope you are

8  okay.  I love you.  If you want to talk, I'm

9  here.  We spoke briefly, yeah.

10        Q.    Did she say anything about Ohrt?

11        A.    She said she thinks he's a creep

12  and she always thought he was a creep.  She was

13  not a fan of him.

14        Q.    Besides -- his reputation at the

15  school apart from what you are saying students

16  said about your relationship with him, he was

17  not well liked, was he?

18        A.    I guess it depends who you asked.

19  For the most part people liked him and hated

20  him.  A lot of people didn't like him.

21        Q.    He could be rude and very tough

22  on students?

23        A.    Yes.  I will put it to you this

24  way:  The people who -- the higher up you went



1   and the more important someone was, the trend

2   was the more they seemed to like Dr. Ohrt.

3   Administration, more powerful people in the

4   administration or in the district, more powerful

5   people in the community tended to like him.  I

6   think that was more so calculated on his behalf.

7   But other than that, for the most part people

8   didn't like him.

9          Q.     And I am talking about students.

10         A.     Yeah.  Students as well.  Most

11  students did not like him.

12         Q.     What about his behavior with

13  other students would be that he was not well

14  liked?  A tough marker?  Was he --

15         A.     Yes.  But it was a combination of

16  things.  I think a lot of students felt a little

17  uncomfortable by how -- some people got bad

18  feelings about him.  Some people thought he was

19  creepy.  That was a general thing that floated

20  around.  He was also just very tough in general.

21               I will put it to you this way.

22  As growing up wrestling I was used to a strict,

23  tough, high-expectation environment.  And not

24  everyone I think can handle that sometimes.  So



1  I think people also just didn't like that.  They

2  didn't like his high expectations.  His teaching

3  method was a little less Miyagi and more Cobra

4  Kai, if that makes sense.  You know?  He was

5  very strict.  He sometimes was not pleasant to

6  be around.  And he would say what was on his

7  mind whether it made you feel good or not.

8           Q.     The next few are either

9  superintendents, principals or administrators at

10  the school?

11          A.     Yes.

12          Q.     We talked about you did talk

13  to -- is it Jason you talked to?

14          A.     Yes.  Jason Booker.

15          Q.     How about the other ones?

16          A.     I have never -- 17, no; 18, no;

17  19, I saw him after the sentencing.

18          Q.     Let's go to 13.

19          A.     13?  No.

20          Q.     14?

21          A.     No.

22          Q.     15?

23          A.     No.

24          Q.     16?



```
 1            A.    I mean, during school, yes.  With
 2   things that we already discussed.  Anything
 3   other than that, no.
 4            Q.    17 is Nicholas Yandolino?
 5                  MR. COHEN:  Yandolino.
 6   BY MR. SANTARONE
 7            Q.    Yandolino.  Y-A-N-D-O-L-I-N-O?
 8            A.    No.
 9            Q.    Have you ever spoken to him?
10            A.    I spoke with him for like ten
11   seconds after the sentencing.
12            Q.    Zachary Eggleston?
13            A.    I met him before.
14            Q.    Jackson Manning?
15            A.    Yes.
16            Q.    Was he in your year?
17            A.    No.
18            Q.    What year was he?
19            A.    I don't know.  I think he is in
20   his first year of college now.  I don't know.  I
21   didn't know him.
22            Q.    So it's believed that Ohrt abused
23   Manning in and around 2018.  That would have
24   been after you graduated?
```



```
 1            A.     Yes.
 2            Q.     Did you ever hear that name
 3  before the criminal matter?
 4            A.     Yes.  He was a promising kid in
 5  the community.
 6            Q.     The music community?
 7            A.     Yes.  Other than that, I didn't
 8  know him.
 9            Q.     Did you ever meet him?
10            A.     Yes.
11            Q.     Did you meet -- where did you
12  meet him?
13            A.     School.  CB West.  When I come in
14  to work with the students before I had seen him.
15            Q.     Did you ever meet him at Ohrt's
16  barn?
17            A.     Actually maybe.  Maybe.  The time
18  I would have met him were -- was when -- the
19  time I would have met him would have been when
20  Dr. Ohrt started a choir of previous Central
21  Bucks students and other close friends.  He
22  would hold the rehearsals at the barn.  And I
23  believe on an occasion or two Jackson had come
24  to sing there, I think.  I can't say for sure.
```



1          Q.      Did you ever see anything

2    improper between Ohrt and Jackson?

3          A.      No.  But I thought about it.

4          Q.      Marykate Blankenburg, who is

5    that?

6          A.      She is a guidance counselor.

7          Q.      Was she your guidance counselor?

8          A.      Honestly, I don't remember.  I

9    don't think so.  If she was it only for one

10   year.  Each year you had a different counselor,

11   I think.

12         Q.      Did you ever talk to any guidance

13   counselors about problems you were having in

14   school?

15         A.      No.  I don't think so.

16         Q.      Did you ever talk with any

17   guidance counselor about problems you were

18   having at home?

19         A.      No.  I don't think so.

20         Q.      Do you know what first-hand

21   knowledge she might have?

22         A.      I honestly don't, no.

23         Q.      No. 23 is Chloe's mother?

24         A.      Yes.  Kathy Grau is Chloe's



1  mother.

2         Q.     When did you talk to her?

3         A.     After the criminal case.  Before

4  the criminal case while it was -- after he had

5  been arrested.  Before the sentencing but after

6  he had been arrested I talked to her about it.

7              (Exhibit 4 was marked for

8       identification.)

9  BY MR. SANTARONE

10        Q.     You currently live with your

11 brother and his girlfriend.  Do you have plans

12 on staying with them?  Or are you moving out?

13        A.     I do plan to move out, not in

14 short-term, though.

15        Q.     In the Answers to

16 Interrogatories, look at No. 6(b).  You talk

17 about -- it asks about incidents.  You say you

18 are not aware of any witnesses to any of these

19 incidents?

20        A.     6(b).  Oh, here.  I am sorry.  I

21 wanted to see which incidents they are.  Yeah.

22 Not those incidents.  Other than the incidents,

23 like I said, at that church and Washington, D.C.

24        Q.     No. 7 is all the medications



```
1   you've taken?
2          A.     Okay.
3          Q.     And the Xanax and the Ambien
4   started in 2021?
5          A.     Yes.  That might be incorrect.
6   It had to have been -- it must have been
7   mid 2021 or early 2022.  Right in that
8   timeframe.
9          Q.     It says mid 2021.
10         A.     Okay.
11         Q.     The rest going through it there
12  is a number of different antibiotics in here.
13  Did you have --
14         A.     Right.  There are a number of
15  them.
16         Q.     Did you have some recurring
17  problem?
18         A.     I have had recurring bronchitis.
19  Also, when I used to smoke a lot of pot when I
20  was a kid like an idiot I would get sick.  And I
21  used to have asthma which I grew out of which
22  would exacerbate and essentially, you know, lead
23  to more frequently occurring bouts of
24  bronchitis.
```



1            And because I'm allergic to the

2    main antibiotics, like penicillin, amoxicillin,

3    cephalosporin, they would try and rotate

4    antibiotics that they would give me so as to not

5    gain tolerances or cause any -- any antibiotic

6    resistance or super bugs as a result of focusing

7    on one or the other.

8            Q.    There is reference to -- and I

9    might show it later.  But there is reference to

10   an email exchange with a detective where you

11   talk about a bird that you had?

12           A.    Yes.

13           Q.    What was that about?

14           A.    Sure.  So I used to own a bird.

15           Q.    What kind of bird?

16           A.    Black-Headed Caique.

17           Q.    And how did it end up at Ohrt's?

18           A.    I couldn't keep -- I couldn't

19   take it with me.

20           Q.    To where?

21           A.    To where I was moving to.  I

22   couldn't take it to Philadelphia.  And I

23   couldn't take it to any friend's houses.  A bird

24   is a very, you know -- you need to be able to



1  have the environment in order to care for a bird

2  properly.  I didn't want to give it back to the

3  SPCA.  It had already grown a connection to me.

4  The only other person it knew or he knew was

5  Dr. Ohrt.  And I moved.  And I couldn't take it

6  with me.  So he kept the bird.

7       Q.    When did you leave it there?

8       A.    When I moved out 2019.

9       Q.    So you moved out 2019.  Then you

10  went back different times for visits after that?

11       A.    I am sorry.  Do you mind saying

12  that again?

13       Q.    Could you take the bird to

14  Florida with you?

15       A.    No.  Because, one, it would have

16  been way too expensive to ship it.  Two, I

17  didn't even want to talk to him anymore and

18  coordinate that with him.  I wanted nothing to

19  do with him.  It's unfortunate that I had to

20  give up the bird.  But it was what it was.

21       Q.    Your question was what was going

22  to happen to the bird if he goes to prison?

23       A.    Yes.  That was a huge question I

24  had.



JOHN CALDERAIO                                              November 20, 2024
JOHN CALDERAIO-vs.- CENTRAL BUCKS SCHOOL                                 183

1          Q.     And what happened?

2          A.     I'm not sure.

3          Q.     Do these birds live a long life?

4          A.     They do.  I would imagine that

5    the police department would have done something

6    to handle that with animal control or something.

7    I'm not sure what happened to the bird.

8          Q.     So when you first moved in with

9    him for the two months or so, did you bring the

10   bird with you then or before that?

11         A.     I would have to remember or

12   recall when I got that bird.  I'm not sure.  I

13   think he might already had -- I don't know.

14         Q.     You got it from the SPCA?

15         A.     Yes.  I'm sure I can figure that

16   out.

17         Q.     Okay.  Also, you said you had

18   some artwork there?

19         A.     Like my own artwork?  Or art that

20   I owned?

21         Q.     Your own artwork.

22         A.     Art that I made?

23         Q.     Yes.

24         A.     Yeah.  There was a piece of art



1  that I made that I left at his house.

2          Q.     Did you get that back?

3          A.     No.

4          Q.     Did you try to get that back?

5          A.     No.

6          Q.     Did you ask the police about it?

7          A.     I think I might have asked them

8  about other pieces of art maybe.

9          Q.     Did you get any of the other

10  pieces of art back?

11         A.     No.  I kept two of them with me

12  when I left his house.

13         Q.     You took them with you when you

14  left his house?

15         A.     They were mine, yes.

16         Q.     What would be the artwork you

17  would be asking the police about?

18         A.     It was a piece of art that I made

19  while I was there.  But it was particularly -- I

20  honestly didn't want it back.  I made it for the

21  sake of making it because I needed to, mentally

22  and spiritually speaking.  Then I didn't want to

23  keep it.  I actually wanted to get rid of it.

24  And he -- I think he admitted to me that he kept



```
 1  it.
 2                MR. COHEN:  Let's take five if
 3        that's okay.
 4                THE VIDEOGRAPHER:  This will
 5        conclude DVD No. 2.  We are going to go off
 6        the record with the time reading 2:20 p.m.
 7                (Discussion held off the record.)
 8                THE VIDEOGRAPHER:  This is DVD
 9        No. 3.  We are back on the record with the
10        time reading 2:28 p.m.
11  BY MR. SANTARONE
12        Q.     The last page of that, you did
13  sign a Verification as to these Answers to
14  Interrogatories, correct?
15        A.     I believe so.  Yes.
16        Q.     Looking at No. 11, it talks about
17  the incident where somebody walked in?
18        A.     Yes.
19        Q.     On the trip to Washington?
20        A.     Yes.
21        Q.     And then the -- how long after
22  that were you contacted by the police regarding
23  the Childline report?
24        A.     Within two weeks.
```



```
 1          Q.      You don't know who made that
 2     report?
 3          A.      No.
 4          Q.      Was there anybody else who saw
 5     anything other than that mother that walked in?
 6          A.      Not that I know of.
 7          Q.      But you don't remember her name?
 8          A.      I don't.  There was somebody who
 9     I thought it was.  But then it wasn't.  And I
10     don't know.  I never knew really.
11          Q.      Would it have to be a parent of
12     one of the students?
13          A.      I don't know.  That is what I
14     thought at the time.  I would think it would be
15     a parent of one of the students or a student
16     themselves.  I'm not sure.
17          Q.      13, in regard to the second
18     Childline report, it names Vincent Margiotti.
19     Do you personally know he is the one who --
20          A.      I am sorry.  I don't mean to
21     interrupt.  Is that computer still muted?
22               MR. COHEN:  No.
23               THE WITNESS:  I am sorry.  You
24          mind repeating?
```



```
 1  BY MR. SANTARONE
 2         Q.     Look at 13 in your answer.
 3         A.     Sure.
 4         Q.     All right.
 5         A.     So 13(a)?
 6         Q.     Yes.
 7         A.     So I believe it was Vincent
 8  Margiotti.
 9         Q.     16 talks about these photographs
10  of undressed young men in the barn.
11         A.     Okay.
12         Q.     (b) says, "Whether Plaintiff ever
13  reported to anyone the pictures found at Ohrt's
14  barn studio if so, to whom and when."  You put,
15  "No, but plaintiff was present at Dr. Ohrt's
16  barn studio with the following individuals."
17  And then you name a number of people.
18         A.     I am sorry.  Do you mind saying
19  it one more time?
20         Q.     You name a number of people.
21  Look at the names you name here.
22         A.     Sure.
23         Q.     I thought before when we talked
24  about who else was with you at the barn --
```



```
 1          A.      Oh, right.
 2          Q.      You were not real sure that
 3   anyone else was with you.
 4          A.      Right.
 5                  MR. COHEN:  I just want to
 6       object.
 7                  MR. SANTARONE:  This names a
 8       number of people.
 9                  MR. COHEN:  Those questions --
10                  THE WITNESS:  Those are different
11       questions.
12                  MR. COHEN:  Fair enough.  That
13       was about while he was in high school.
14                  MR. SANTARONE:  Okay.
15   BY MR. SANTARONE
16          Q.      So when you saw these photographs
17   of undressed young men at the barn at his home
18   and you name all these people, this is after you
19   graduated from high school?
20          A.      Correct.
21          Q.      So these individuals were all
22   still in contact with Dr. Ohrt also?
23          A.      To answer the question with --
24   with this question specifically, it's asking
```



1  whether I reported to anyone, which I assume is

2  at any time, about the pictures that I found in

3  the barn studio, and, if so, when.  The answer

4  is, no, I did not necessarily report it because

5  I didn't need to report it.  These individuals

6  have been at that barn and have seen them.

7                   And these individuals were at the

8  barn after I graduated with the exception of

9  maybe Joey Recupero.  I don't know if he's been

10  to that barn, if he was at that barn before I

11  graduated or after.  But I do know he has seen

12  it in the barn.

13          Q.      The way the answer is worded,

14  "No, but plaintiff was present at Dr. Orht's

15  barn studio with the following individuals."

16          A.      Yes.  And I been -- I have been

17  present at that barn with these individuals

18  before.

19          Q.      And going through this list of

20  names, which were you present with at the barn

21  prior to graduation?

22          A.      None of these.

23          Q.      So they are all post graduation?

24          A.      That's correct.



1          Q.      Were they part of this choir that

2   was going to be together?

3          A.      The one I mentioned before?

4          Q.      Yes.

5          A.      The only one in this who was in

6   that choir that he started after I graduated

7   which was comprised of post students -- or prior

8   students and other friends would have Joey

9   Recupero and Phoenix Fritch.  Peyton Groth is

10  not a part of the choir you are mentioning.  But

11  she was in the choir in high school.

12         Q.      Why would Peyton Groth be at

13  Dr. Ohrt's barn studio with you after

14  graduation?

15         A.      Right.  So like I mentioned

16  before, I think one of your questions was has

17  Peyton -- was -- I think it was had anyone been

18  to the home with me when I was living with him?

19  And I said, yes, Peyton had been there.  She was

20  my girlfriend at the time.  And she had been in

21  that barn and seen that picture.  Me and her --

22  she is very musical.  We had worked on some

23  music in that barn together before.

24         Q.      How about the twins Oleg and



1  Eugene, were they a part of the musical group?

2          A.    No.  They just came over one time

3  to hang out.

4          Q.    Were they involved in choir at

5  all?

6          A.    No.

7          Q.    How about Katie McCaffery?

8          A.    Katie McCaffery is a friend of

9  Peyton Groth's.  She came over at the same time

10  that Oleg and Eugene came over.  Peyton was

11  there as well.  We just hung out at his house

12  one time together.

13          Q.    Did any of them comment on those

14  photographs?

15          A.    Yes.  They all did.

16          Q.    Who did they comment to?

17          A.    They said something to me and

18  then spoke about it amongst each other in a

19  little more detail about how they felt that it

20  was strange.

21          Q.    Did they say anything to Ohrt?

22          A.    No.  No, I don't believe so.  I

23  believe at one point Joey might have mentioned

24  his discomfort with the fact that his picture



1   was up in that barn.

2          Q.     Do you know whether he ever said

3   anything to Dr. Ohrt about his picture being up?

4          A.     I think he did.  I'm not sure.

5   But I think he did.

6          Q.     Not in front of you?

7          A.     Not in front of me.

8          Q.     No. 21 lists your medical

9   providers that you had since your pediatrician?

10         A.     Dr. Moore was my pediatrician.

11  That's correct.  The spelling on that response

12  is incorrect if it matters.  It's just Dr. Wei

13  Shen.  Not Shent.

14         Q.     S-H-E-N?

15         A.     Correct.

16         Q.     And Dr. Anne Abel, is that the

17  doctor you have told about the incidents with

18  Ohrt?

19         A.     I actually never disclosed to her

20  the incidents with Ohrt.  She -- I think the

21  question you asked me was had I ever

22  discussed -- had a provider of some sort ever

23  discussed therapy to me?  And I said, yes.  My

24  primary care physician in Florida did recommend



1  therapy.  That was around the same time that I

2  had pancreatitis.

3        Q.    And was that therapy then for

4  alcohol abuse?

5        A.    It would have been -- yes.  For

6  alcohol abuse and trauma -- and trauma.

7        Q.    What trauma did you tell her

8  about?

9        A.    I didn't.

10       Q.    How would she know that you

11  needed counseling for trauma?

12       A.    Typically people who abuse

13 alcohol have some sort of underlying things

14 going on.  Not always.  She hinted at it saying

15 that they offer trauma services as well.

16       Q.    For your ADHD, have you ever had

17 to receive any special accommodations at the

18 school?

19       A.    Yes.  I had 504 plans.

20       Q.    Starting what grade?

21       A.    Elementary school.  I think -- I

22 could be wrong.  But I think I had a 504 plan

23 for the entirety of my time in elementary

24 school.



```
 1            Q.      How about high school?

 2            A.      I think I had a 504 for my first

 3  year.  I could be wrong.

 4            Q.      How about post high school?

 5            A.      No.

 6            Q.      So no special time for exams or

 7  anything like that?

 8            A.      No.  I had a right to make a

 9  request.  But I don't believe I ever did.

10            Q.      You never made that request at

11  Bucks County Community College or Temple?

12            A.      Not to the best of my

13  recollection.

14            Q.      Do you have plans to make that at

15  the school you are going to for the PA?

16            A.      To make it a point to make a

17  request for some kind of accommodations?

18            Q.      Special accommodations.

19            A.      No.  I don't intend to.  I guess

20  that depends.  But I don't intend to.

21            Q.      The records that you supplied

22  from Jupiter Medical Center, you were

23  hospitalized from March 28, 2024 to April 1,

24  2024?
```



```
 1            A.      Yes, sir.

 2            Q.      And was your alcohol abuse, you

 3    had pancreatitis, did you have withdraws from

 4    alcohol while in the hospital?

 5            A.      They treated me for possible

 6    withdraws.  I believe there was a time where I

 7    was exhibiting symptoms that would align with

 8    alcohol withdraw.

 9            Q.      And following the discharge on

10    April 1st, have you had follow-up visits with

11    doctors?

12            A.      Yes.

13            Q.      Is the pancreatitis under

14    control?

15            A.      Yes.

16                    (Exhibit 5 was marked for

17        identification.)

18    BY MR. SANTARONE

19            Q.      You produced a number of, I

20    guess, gmail messages between you and Ohrt?

21            A.      Right.

22            Q.      Do you have any text messages

23    between the two of you?

24            A.      No.
```



```
 1              Q.      Did you text him?

 2              A.      Yes.

 3              Q.      And why don't you have those?

 4              A.      I have an Android now.  Those

 5    were all over iPhone.  That phone was a long

 6    time ago.

 7              Q.      You do have text messages to

 8    Peyton, though?

 9              A.      Yes, I do.  Those were somewhat

10    recent.  I still have those on my phone.

11              Q.      In these text messages between

12    you and Ohrt, is there anything of a sexual

13    nature in this?

14              A.      No.

15              Q.      How about any text messages,

16    anything sexual in these text messages?

17              A.      No.

18              Q.      If you look at the numbers at the

19    top there -- do you see that?

20              A.      Yes.

21              Q.      Go to 4925.

22              A.      Okay.

23              Q.      Three things on that page.  It

24    says, "hey doc" -- but then it has "quoted text
```



1   hidden."

2               What does that mean?

3        A.     What that looks like that was is

4   I was attempting to archive these emails back at

5   that time.  And I think it opened up a draft.

6   So if you look at even the one below it like

7   September 12th it says, Draft.  The one above it

8   I'm not sure what that is.  It might be some

9   kind of signature that you include on an email.

10              This is my best guess.  Because

11  especially if I am looking at 4926 and I see the

12  email from Ohrt, Joseph to John Calderaio, it

13  says, "okay thanks" right behind it.  Or under

14  it it says "quoted text hidden."  That quoted

15  text is actually a quote of an ancient Hindu

16  proverb.  So I don't know if it just gets

17  blocked when it goes to get printed.  I'm not

18  sure.

19        Q.     So 4925, hey doc?

20        A.     Yes.

21        Q.     And then what is underneath it is

22  a "hidden text."  You understand my concern?

23        A.     Yes.  Of course.  I think that

24  would be easy to discover the reason why it does



1    that.

2            Q.     Can you discover that and let

3    your attorney know?

4            A.     Yes.  Sure.

5            Q.     Again, it's like you said it's on

6    4926.

7            A.     Yes.  Where it says, okay,

8    thanks.  Right underneath the would usually have

9    some kind of ancient Hindu proverb that usually

10   is shown after his email.  For example, if we go

11   to 4928 you can actually see it listed there

12   whereas it wouldn't show before.

13                  And in that sense I think --

14   again, I think the reason why it does that is

15   for the sake of brevity because this is actually

16   a printout of an email chain, whereas the next

17   one is a specific email.  So I think it's just

18   not showing that kind of stuff or a signature

19   like, for example, it says Joseph Ohrt, DMA.

20   Director of choral activities, yada-yada-yada.

21   I think it just doesn't include that for that

22   reason.  But I can figure it out and let my

23   attorney know.

24           Q.     Okay.  4913?



```
 1            A.      Sure.

 2            Q.      Who is Joseph Hodge?  And do you

 3     know why this is on your email?

 4            A.      It looks like this is because

 5     this is an email chain.  So it's all people who

 6     were cc'd on the email or similar termed cc'ing

 7     on a email.  It looks like Joseph Hodge was a

 8     representative for Kaleidoscope Adventures which

 9     is the tour company who would manage our tours

10     at the end of the school year.

11            Q.      4918, if you look at the bottom

12     it says, 10 Stone Circles.  What does that mean?

13            A.      Yes.  That looks like it's an

14     audio file.  I think what he was asking me to do

15     was around that time we had -- the women's choir

16     had an important concert coming up.  They were

17     nominated for a choral competition.  One of the

18     pieces they were doing was called Stone Circles.

19                    And I think he had asked me to

20     make edits to the score.  And you can export it

21     as an audio file so that you can listen back to

22     it.  It looks like I was fixing that for him and

23     sending it back to him so he can take a look at

24     it.
```

```
 1                    (Exhibit 6 was marked for

 2           identification.)

 3   BY MR. SANTARONE

 4           Q.     This is the emails between you

 5   and Peyton.  It talks about are you willing to

 6   speak to my attorney again briefly?  What year

 7   was this?

 8           A.     It looks like Wednesday,

 9   June 5th.  It must have been this year.

10           Q.     So 2024?

11           A.     Yes.

12           Q.     And she had spoken to your

13   attorney before that?

14                  MR. COHEN:  I will -- any

15           information you have that you got from your

16           attorneys is privileged information.

17                  MR. SANTARONE:  Any conversations

18           that you had with her, though, are not

19           privileged.

20                  MR. COHEN:  I'm familiar.  I'm

21           instructing him that if you got information

22           from your attorney that is privileged

23           information.  And you can say this is

24           privileged.
```



```
 1                THE WITNESS:  Sure.
 2    BY MR. SANTARONE
 3         Q.     Did Peyton talk to you about what
 4    she had talked to the attorney about?
 5         A.     No.  I don't believe so.  I think
 6    she told me that she had just answered any
 7    questions that they had.
 8         Q.     About what?
 9         A.     About whatever was relevant to
10    the case.
11         Q.     Did you talk to Peyton about any
12    conversations you had with her about Dr. Ohrt?
13         A.     Did I talk to Peyton about
14    conversations I had with Peyton about Dr. Ohrt?
15         Q.     Yes.
16         A.     I'm a little confused about what
17    you mean.  I'm sorry.
18         Q.     I guess the question is how did
19    your attorneys know to contact Peyton?
20         A.     Because they had asked if there
21    are people that --
22                MR. COHEN:  Object.  Again, I
23        think we are getting into -- it
24        necessitates him to divulge conversations
```



1        with his attorneys.  I object on that

2        basis.

3  BY MR. SANTARONE

4        Q.      Did you tell Peyton, hey, I will

5  have my attorney call you?

6        A.      No.  I asked if she would be

7  willing to.

8        Q.      Before the first call, did you

9  ask her, An attorney will call you?

10       A.      Did I tell her an attorney is

11 going to call her?

12       Q.      Or did you ask her can an

13 attorney call you?

14       A.      I asked if she would be willing

15 to speak with them about any details that she

16 can provide.

17       Q.      Did you ask her if she remembered

18 a conversation that you and her had had?

19       A.      That is in here, yes.

20       Q.      And what was the conversation

21 that you and her had?

22       A.      It was when I came back from

23 Kansas City.  And that is when I told her what

24 had happened in Kansas City.



```
 1            Q.      And when you asked her that, did
 2     she remember that conversation right off the
 3     bat?
 4            A.      Yes.
 5            Q.      If you look at 4887.
 6            A.      Okay.
 7            Q.      It says, "I talked to Soph about
 8     it."
 9            A.      Soph.  That is her girlfriend.
10            Q.      Soph?
11            A.      Yes.  Sophia.
12            Q.      What did she talk to Sophia
13     about?
14            A.      I wanted to make sure that Sophia
15     was comfortable with the fact that I was even
16     talking to Peyton just out of respect for their
17     relationship.
18            Q.      What was their relationship?
19            A.      They are dating.
20            Q.      And your concern would be that
21     Sophia would be jealous?
22            A.      Or -- I don't know how people
23     are.  You know?  I didn't -- I don't know.  Some
24     people are weird like that.
```



1          Q.      When Peyton talked -- any time
2    talked to your attorney, were you on the call?
3    Were you involved in the phone conversation?
4          A.      No.
5          Q.      This refers to some time you and
6    Peyton stopped talking?
7          A.      Sorry?
8          Q.      4895.
9          A.      Okay.
10         Q.      It says, Back in 2019 when we
11   started talking again?
12         A.      Right.  So prior to that me and
13   Peyton were romantically speaking briefly.  And
14   then we discontinued our potential fling going
15   on there.
16         Q.      Was that because of her sexual
17   orientation?
18         A.      No.  There were just other
19   complications with our -- in my friend group.
20   It was complicated.  Just social things, I
21   guess.  Nothing remarkable, really.
22         Q.      So after you stopped talking to
23   her -- when was it you stopped talking to her?
24         A.      April of 2018.



1              Q.       And this is in June of 2024.

2    When did you start talking to her again?

3              A.       In about March or April of 2019,

4    maybe May 2019.  It was right around the same

5    time I came back from Kansas City.

6              Q.       And 4896 refers to that.  It

7    says, "When I got back from Kansas City and told

8    you what Dr. Ohrt did to me at that party."

9    That is at that person's --

10             A.       Correct.  That penthouse, yes.

11             Q.       Under that it says, "If you would

12   remember though, I can't remember" -- who is

13   sending that?

14             A.       I sent that.  I was asking if she

15   remembered if we texted about it or if it was

16   just a phone call.

17             Q.       There was an article that was in

18   Philly Burbs on April 5, 2023.  It talks about

19   Ohrt would rip apart his performances in front

20   of others.  Was that something that he did to

21   other students in the choir?

22             A.       Yes.

23                      (Exhibit 7 was marked for

24        identification.)



```
 1  BY MR. SANTARONE
 2        Q.     4318 is about the article I just
 3  talked about.
 4        A.     Okay.
 5        Q.     Were you contacted by anyone
 6  involving the lawsuit that Jackson Manning and
 7  another student filed?
 8        A.     No.
 9        Q.     You never testified or anything?
10        A.     No.
11        Q.     If you look at 4325.
12        A.     Okay.
13        Q.     "I have to say I am nervous about
14  the upcoming sentencing, but I do feel as if I'm
15  prepared."  You were not going to testify at the
16  sentencing?
17        A.     No, I was not.  I was giving a
18  Victim Impact Statement.
19        Q.     Was that read?  Or did you read
20  it?
21        A.     I read it.
22        Q.     "I also have pieces of art that I
23  made when I was younger that I believe he has in
24  his home."  That is art that you created, right?
```



```
 1           A.    Yes.
 2           Q.    And you are asking him about
 3     those.  You never got them back.  Did you ever
 4     follow up with him?
 5           A.    No.
 6           Q.    "I also had a pet bird."
 7           A.    Yes.
 8           Q.    "That was kept at Dr. Ohrt's
 9     home.  What will happen to that bird if he goes
10     to prison?"
11                 Any response to that?
12           A.    Honestly, I don't remember.  I
13     don't remember.  I'm not sure.
14           Q.    If you look at the next one,
15     4326.  This victim/witness coordinator is asking
16     you to bring a check $129.99 to Bucks County
17     DA's office.  Do you know what that is about?
18           A.    I believe what that was is that
19     they -- they changed -- they had changed the
20     airport that I was flying out of.  And I
21     think -- I can't remember.  I think either I
22     paid for it and they reimbursed me.  And then
23     they changed the airline flight.  And it was
24     more expensive.
```



1          So, honestly, I can't remember.

2  It was something about reimbursements.  And then

3  the airline changed and someone was owed the

4  money for the difference.  I think I owed the

5  DA's office that difference.

6          Q.    Okay.

7          A.    It was something of that nature.

8          Q.    And you talked about the

9  girlfriend you had from 12 to 20 and then from

10  20 to 24.  You always had -- seems like you

11  regularly had a girlfriend?

12          A.    Yes.  For those years, yes.

13          Q.    Any problems with intimacy?

14          A.    Yes.

15          Q.    Starting when?

16          A.    During and after high school.

17          Q.    And did you ever talk to any

18  doctor about that?

19          A.    No.

20          Q.    You've never been prescribed any

21  ED medicine?

22          A.    No.

23          Q.    Did you ever try ED medication?

24          A.    No.



1          Q.      When did the problems with

2    intimacy start?  How old were you?

3          A.      18, 19.

4          Q.      What were the problems?

5          A.      Difficulty getting and

6    maintaining erections, lowered libido, less

7    desire to be touched, difficulty becoming close

8    with somebody physically and mentally,

9    attempting to distance myself to those I'm close

10   with as a protection mechanism.

11         Q.      You said that started 18 or 19.

12   19 you would have been out of high school?

13         A.      Yes.  So it was like as I had

14   gotten out of high school.  It started while I

15   was in high school and progressively got worse.

16   Really more so got worse after Kansas City.

17         Q.      But you never talked to a doctor

18   about that?

19         A.      No.

20         Q.      And who was the girlfriend when

21   you first noticed you had some issues?

22         A.      Chloe.

23         Q.      Have you ever been physically

24   abused by any girlfriend?



1        A.      Yes.

2        Q.      Who was that?

3        A.      Peyton.

4        Q.      What happened?

5        A.      She would get physically violent

6  with me.  Close-fist hitting, slapping, pushing,

7  entrapment -- like local entrapment, yeah.

8        Q.      When did that happen?

9        A.      On a few different -- a little

10  more than a few different occasions throughout

11  our relationship.

12        Q.      When you say your relationship,

13  there was a time when you were dating?

14        A.      Yes.  So throughout the time we

15  were dating.

16        Q.      So not when you were just in high

17  school and friends, she didn't physically abuse

18  you then?

19        A.      Correct.

20        Q.      So during the time when you were

21  dating?

22        A.      Yes.

23        Q.      Which was -- how old were you?

24  What grade were you?



1        A.      It was between when I was 21 --
2    so I was about 24, yeah.  Probably before I
3    turned 24.  While I was age 24 it didn't occur,
4    though.
5        Q.      And did that have something to do
6    why you and Peyton didn't talk for some time?
7        A.      It definitely put -- it was a big
8    issue in our relationship.  But that was not why
9    we stopped talking in 2018.
10       Q.      Did you continue to go out with
11   her after she was physically abusing you?
12       A.      Yes.
13       Q.      Why?
14       A.      Because I loved her.
15       Q.      You never had any ever -- did you
16   ever have any emotional feelings for Ohrt?
17       A.      No.
18       Q.      You talked about time that you
19   and Ohrt were at some -- the penthouse.  And
20   this was in Kansas City?
21       A.      Yes, sir.
22       Q.      Prior to that had you -- when you
23   stayed at his house either for the two months
24   you lived there or the five times or so you came



1  back and stayed for a little bit, did you always

2  have your own room?

3          A.    Yes.

4          Q.    Did you two ever share any

5  bedroom?

6          A.    We had in the past, yes.

7          Q.    Where?

8          A.    In New York City on one occasion.

9          Q.    How old were you when that

10 happened?

11         A.    19.

12         Q.    Were you out of high school?

13         A.    Yes.

14         Q.    How did it come about that you

15 shared a room?

16         A.    We had gone to New York for my

17 birthday.  And he actually told me that he

18 booked a room that had two beds in it.  And when

19 we opened the door there was one bed in the

20 room.

21         Q.    And did you go that night for

22 your birthday?

23         A.    Yes.

24         Q.    Were you drinking?



```
 1            A.     Yes.

 2            Q.     Were you smoking marijuana?

 3            A.     No.

 4            Q.     Were you drinking heavily?

 5            A.     Yes.

 6            Q.     Did anything happen that night

 7     back in the room?

 8            A.     Yes.  But I didn't know it at the

 9     time.

10            Q.     How did you not know it at the

11     time?

12            A.     He was photographing me on his

13     phone while I was sleeping.

14            Q.     How did you find that out?

15            A.     I figured it out a couple years

16     later when he was scrolling through images on

17     his phone to show something to me and another

18     woman who was a choir parent of past students.

19     And he accidently scrolled past one of them.

20     And as he kept scrolling the next picture and

21     the next picture and the next picture was

22     another one of me sleeping.  And he is like

23     trying to flick through them.  And it was like

24     ten seconds of flipping through these pictures.
```



1       Q.     Were you dressed in the photos?

2       A.     Yes.

3       Q.     Do you know if those photos were

4   recovered by the police?

5       A.     I don't know.

6       Q.     Have you ever been told by any

7   doctor that alcohol, heavy alcohol, or marijuana

8   use can affect sexual performance?

9       A.     I know that, yes.

10      Q.     How about the ADHD drugs, any

11  effect they can have?  Do you know anything

12  about them having an effect on sexual

13  performance?

14      A.     They can.

15      Q.     Have you discussed with your

16  doctor any reason for difficulty in sexual

17  performance?

18          MR. COHEN:  Objection, asked and

19      answered.

20  BY MR. SANTARONE

21      Q.     You said you didn't.

22      A.     Say it again.

23      Q.     You said you didn't?

24      A.     No, I did not.  I did not.



```
 1              MR. SANTARONE:  Let's take a
 2       break.
 3              THE VIDEOGRAPHER:  Off the
 4       record.  The time is 3:09.
 5              (Discussion held off the record.)
 6              THE VIDEOGRAPHER:  We are back on
 7       the record.  The time is 3:14.
 8  BY MR. SANTARONE
 9       Q.    I had asked you about the case
10  that Jackson Manning and another student filed
11  that was in Bucks County.
12       A.    Sure.
13       Q.    In that Complaint it says,
14  paragraph 20, "In May of 2021 a former student
15  of Central Bucks West High School made a report
16  to Childline regarding Ohrt's inappropriate
17  conduct and sexual advances towards him as a
18  junior and senior at Central Bucks West in
19  2015/2016.  The former student also resided with
20  Ohrt for a period immediately following his
21  graduation from Central Bucks West."
22              Do you know who that is
23  referring?
24       A.    It sounds like they are referring
```



1  to me.  But they have incorrect information.  I

2  never made a report.  But, you know, I think

3  anyone would deduce that they are talking about

4  me.  But it sounds like they have the wrong

5  facts.

6          Q.    As far as residing with Ohrt, it

7  was not immediately after you graduated?

8          A.    No, it was not immediately after

9  I graduated.

10              MR. SANTARONE:  That's all I

11      have.

12              MR. COHEN:  I don't have any

13      questions.

14              THE VIDEOGRAPHER:  This will now

15      conclude the recorded deposition.  We are

16      going to go off the record with the time

17      reading 3:16 p.m.

18              (Witness excused.)

19              (Deposition concluded at 3:16

20  p.m.)

21

22

23

24



1

2                    C E R T I F I C A T I O N

3

4

5               I, JARED CAREY, Court Reporter,

6    certify that the foregoing is a true and

7    accurate transcript of the foregoing deposition,

8    that the witness was first sworn by me at the

9    time, place and on the date herein before set

10   forth.

11              I further certify that I am neither

12   attorney nor counsel for, not related to nor

13   employed by any of the parties to the action in

14   which this deposition was taken; further, that I

15   am not a relative or employee of any attorney or

16   counsel employed in this case, nor am I

17   financially interested in this action.

18

19

20

21   _____

     Jared Carey
22   Court Reporter
     and Notary Public
23   Date: December 5, 2024

24

