# CONFIDENTIAL EXHIBIT D PLACEHOLDER

FILED UNDER SEAL