# CONFIDENTIAL EXHIBIT E PLACEHOLDER

FILED UNDER SEAL