EXHIBIT F

Page 1

1          IN THE UNITED STATES DISTRICT COURT FOR
2            THE EASTERN DISTRICT OF PENNSYLVANIA
3    _____
4    JOHN CALDERAIO
     c/o WEIR GREENBLATT PIERCE
5    1339 Chestnut Street, Suite 500
     Philadelphia, PA 19107
6
          Plaintiff,
7
8    -vs-                              Civil Action No.
                                       2:23-cv-4218
9
     CENTRAL BUCKS SCHOOL DISTRICT
10   20 Weldon Drive, Doylestown, PA 18901
11        Defendant.

     _____
12
13
14               REMOTE DEPOSITION OF
15                    CHLOE GRAU
16              10:03 a.m. to 10:52 a.m.
17                  March 24, 2025
18
19
20
21
22
23
24   Job No. 7275285
25        REPORTED BY:  Rhonda D. Tuck, RPR, CRR

Page 2

1          Deposition of CHLOE GRAU, taken and transcribed

2      on behalf of the Defendant, by and before Rhonda D.

3      Tuck, RPR, CRR, Notary Public in and for the

4      Commonwealth of Virginia at large, commencing at

5      10:03 a.m., March 24, 2025, via remote

6      videoconference.

7

8      APPEARANCES OF COUNSEL:

9

10          SHUBIN LAW

11          310 South Burrowes Street

12          State College, Pennsylvania 16801

13          (814) 826-3586

14          shubin@shubinlaw.com

15      BY:  ANDREW SHUBIN, ESQUIRE

16          Counsel for the Plaintiff

17

18

19

20

21

22

23

24

25

Page 3

1    APPEARANCES OF COUNSEL CONTINUED:

2

3         MARSHALL DENNEHEY, P.C.

4         15000 Midlantic Drive, Suite 200

5         P.O. Box 5429

6         Mount Laurel, New Jersey 08054

7         (856) 414-6400

8         altoth@mdwcg.com

9         jspatel@mdwcg.com

10   BY:  ASHLEY L. TOTH, ESQUIRE

11        JANKI S. PATEL, ESQUIRE

12        Counsel for the Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                        I N D E X

2

   TESTIMONY OF:   CHLOE GRAU

3

      Examination by Attorney Toth....................5

4

      Examination by Attorney Shubin.................35

5

6

7

8                      E X H I B I T S

9

10                       (None)

11

12

13                     *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1    (10:03 a.m., March 24, 2025)

2              (Witness sworn.)

3

4                   CHLOE GRAU,

5       having been duly sworn, testified as follows:

6                E X A M I N A T I O N

7    BY ATTORNEY TOTH:

8         Q.   Good morning, Chloe.  I know we met

9    informally off the record.  My name is Ashley Toth,

10   I represent Central Bucks in a litigation that was

11   filed John Calderaio.  Your name was identified in

12   discovery as a potential witness, so I'm here to

13   take your deposition today.

14              Have you ever had your deposition taken

15   before?

16        A.   No.

17        Q.   Just to make sure this goes through a

18   little smoothly, I'm going to go over a couple brief

19   instructions.  Okay?

20        A.   Okay.

21        Q.   Even though we're on a Zoom today, as

22   you can see, there's a court reporter here.  She's

23   taking down everything that we say into a written

24   transcript.  The written transcript, she won't be

25   able to reflect nods of the heads.  "Uh-huhs" and

Page 6

1    "huh-uhs" would appear the same on the record.

2            So when I ask a question, I'm going to

3    ask that you give a verbal response.  Okay?

4        A.   Okay.

5        Q.   In normal conversation, you may know

6    what I'm going to say, but in order to keep a clear

7    record, allow me to ask my full complete question

8    first, and then you provide a verbal response after.

9    Okay?

10       A.   Okay.

11       Q.   Even though we're in an informal

12   setting, you understand that your testimony today

13   has the same effect as though you were testifying in

14   front of a court of law?

15       A.   Yes.

16       Q.   I don't want you to guess at all today.

17   If you're going to estimate, please let me know

18   you're estimating.  Okay?

19       A.   Okay.

20       Q.   Today's testimony is not a guessing

21   game.  I'm not here to trick you.  I want to

22   understand your story.  So if at any point you don't

23   understand my question, just let me know that so I

24   can rephrase the question.

25       A.   Okay.

Page 7

1              Q.   And I ask the same question of every

2      deponent:  Are you under the influence of any

3      prescription medication, drugs or alcohol, that

4      would impair your ability to testify today?

5              A.   No.

6              Q.   Where are you today taking this

7      deposition?

8              A.   I'm currently in Charlotte, North

9      Carolina.  I live here, in my apartment, with my

10     boyfriend.

11             Q.   Are you the only person in the room

12     today?

13             A.   In this room, yes.

14             Q.   Okay.  Is there anything on the desk or

15     table in front of you?

16             A.   My phone is over here, but that's it.

17             Q.   Okay.  In preparation for today's

18     deposition, did you talk to anyone about your

19     deposition?

20             A.   I talked to Andrew Shubin on Friday.

21             Q.   Okay.  And what did you talk about with

22     Mr. Shubin?

23             A.   Just about the case, about John, our

24     story I guess back in high school.

25             Q.   What did Mr. Shubin tell you about the

Page 8

```
 1    case?
 2           A.   I guess he didn't necessarily tell me
 3    anything about the case but just asked for my story
 4    and kind of John and I's progression through
 5    elementary school through high school.
 6           Q.   Did Mr. Shubin show you any records?
 7           A.   No.
 8           Q.   Did he show you any deposition
 9    transcripts?
10           A.   No.
11           Q.   Did he show you any criminal records?
12           A.   No.
13           Q.   Do you have any notes about the
14    allegations here involving Mr. Ohrt and John
15    Calderaio?
16           A.   No.
17           Q.   Do you have any text messages between
18    yourself and John relating to anything in this case
19    involving Dr. Ohrt?
20           A.   No.
21           Q.   Do you have any text messages between
22    yourself and John?
23           A.   Maybe years ago.  Not recently.
24           Q.   Okay.  Do you still have the text
25    messages between you and John?
```

1          A.    I can look on my phone.

2          Q.    Okay.

3          A.    I actually have nothing.

4          Q.    And I'll go through in more detail your

5    version of everything that happened and what you

6    know about the case, but what do you recall that you

7    told Mr. Shubin?

8          A.    Like, what aspect?  What do you mean,

9    that I recall?

10         Q.    With as much specificity, what did you

11   tell Mr. Shubin prior to today's deposition?

12         A.    Okay.  So I've known John since the

13   sixth grade, and that's when we first met, and we on

14   and off dated between the sixth grade and senior

15   year of high school.  Our families became really

16   close.  My mom was kind of like a mom to him.

17              When John went to high school, we didn't

18   go to the same high school.  I went to CB East, and

19   he went to West.  He got into the choir program

20   there, and Dr. Ohrt became like a good person in his

21   life that seemed to look out for him, and he seemed

22   to want John to do well in the choir program, and

23   John kind of found his passion within music at that

24   time.

25         Q.    I'm just going to take a step back.  You

1    said you live in Charlotte, North Carolina, right

2    now; is that right?

3           A.    Yes.

4           Q.    How long have you lived there?

5           A.    Four and a half years.

6           Q.    How old are you right now?

7           A.    27.

8           Q.    What's your date of birth?

9           A.    12/12/97.

10          Q.    And your boyfriend's name that you

11   reside with?

12          A.    Kyle Shue.

13          Q.    Did you meet Kyle in North Carolina, or

14   did he go to Central Bucks?

15          A.    He did not go to Central Bucks.  He is

16   from Pennsylvania, but I did not meet him there.  I

17   met him in college, at the University of South

18   Carolina.

19          Q.    I'm just going to go through just a

20   little bit of background.  What year did you

21   graduate high school?

22          A.    2016.

23          Q.    Okay.  So you were the same grade as

24   John Calderaio, correct?

25          A.    Yes.

1    Q.    After you graduated, where did you go

2    off to college?

3    A.    The University of South Carolina.

4    Q.    Did you ultimately graduate from the

5    University of South Carolina?

6    A.    Yes.

7    Q.    And what was your degree in?

8    A.    Nursing.

9    Q.    Did you get your BSN, your bachelor of

10   science in nursing?

11   A.    Yes.

12   Q.    What year did you receive your nursing

13   degree?

14   A.    2020.

15   Q.    Did you go on to attain any additional

16   certifications or schooling after your BSN?

17   A.    No schooling after my BSN, no.

18   Q.    Where are you currently employed?

19   A.    Atrium Health.

20   Q.    Are you a nurse there?

21   A.    Yes.

22   Q.    And I want to take a step back and talk

23   about your relationship with John Calderaio.  Am I

24   correct -- he says you dated from the age of 12 to

25   20.  Does that sound about right to you?

Page 12

1          A.    I would say 12 to 18.
2          Q.    Okay.  So 12, you would have been
3     approximately in the sixth grade; is that right?
4          A.    Yep.
5          Q.    How did you meet John?
6          A.    At school, elementary school, Cold
7     Spring Elementary.  I'm not sure the exact pinpoint,
8     but I remember it was at school.
9          Q.    Okay.  When you say "dating" in the
10    sixth grade, did you go to each other's houses?
11         A.    Yes.
12         Q.    What was John's home life like,
13    beginning in the sixth grade?
14         A.    It seemed very stable.  His parents were
15    still married.  His brother and sister still lived
16    there.  It seemed like a very stable home life.
17         Q.    At some point, did that change?
18         A.    Yes.
19         Q.    When did that change?
20         A.    I would say the beginning of eighth
21    grade.
22         Q.    What happened around eighth grade?
23         A.    His mom moved out of the house, and she
24    started drinking and was starting to drive with the
25    brother and sister in the car and got DUIs.  Their

Page 13

1    dad then would take vacations in Florida, weeks at a
2    time, and would leave the kids in the house by
3    themselves.
4          Q.   When you say the dad would take
5    vacations and leave the kids alone, was John's mom
6    home with them?
7          A.   No.  She lived in an apartment by
8    herself.
9          Q.   Okay.  How old was John?  Was he still
10   in the eighth grade when he was being left home
11   alone by his dad?
12         A.   Yeah.  Whatever that age is, 14 maybe.
13         Q.   Did John ever come and sleep at your
14   house?
15         A.   Yes.
16         Q.   How often?
17         A.   A few nights a week, I would say.  In
18   the ninth grade, maybe, he lived with us in our
19   house.  He had his own room in the house.  I would
20   say maybe around ninth grade, all three of the kids
21   lived in our house at one point, for maybe a month
22   or two.
23         Q.   I'll try to take it one year at a time.
24   In the sixth grade, when you first met John and you
25   started dating, you would go to his house.  In the

Page 14

1    sixth grade, would you go to each other's houses?

2            A.   Yes.

3            Q.   How would you explain John, as a person?

4    Did he like sports?  Did he like music?  What kind

5    of activities did he like?

6            A.   He liked skateboarding.

7                 ATTORNEY SHUBIN:  Objection to form.

8                 Go ahead.

9                 THE WITNESS:  He liked skateboarding.

10           He liked music.  He liked hanging out with

11           friends.

12   BY ATTORNEY TOTH:

13           Q.   Did John have a best friend, that you

14   recall?

15           A.   I think he had many best friends.

16           Q.   What were some of their names that you

17   remember?

18           A.   Thomas Kennedy, Michael Driver, Ryan

19   Chalifoux.  That's to name a few, I guess, that I

20   can remember right now.

21           Q.   Did John get into wrestling during the

22   time that you were dating?

23           A.   Yes.  Yes.

24           Q.   I understand that wrestling was big in

25   his family; is that right?

Page 15

```
 1           A.   Yes.  His brother and his dad both did
 2      wrestling.
 3           Q.   And then the seventh grade, still would
 4      you describe the home life as pretty stable?
 5           A.   Yeah.
 6           Q.   And the same thing, John would still
 7      come over to your house, and you would still go to
 8      his house; is that right?
 9           A.   Yes.  I think in the seventh grade is
10      when they moved houses, but we would still go over
11      to each other's houses.
12           Q.   Okay.  At some point, did John start to
13      experiment with alcohol and marijuana?
14           A.   Yes.
15           Q.   When would you -- if you can recall,
16      approximately when did he start using alcohol or
17      marijuana?
18           A.   Probably the eighth grade.
19           Q.   John's siblings.  His sister is younger
20      than him; is that right?
21           A.   No.  His sister is older than him.
22           Q.   His sister is older.  Is his brother
23      younger?
24           A.   His brother is older.  John is the
25      youngest.
```

Page 16

```
 1              Q.    John's the youngest.  Okay.
 2              And you said at some point in the eighth
 3    grade that all three siblings came to live with you;
 4    is that right?
 5              A.    Yes.
 6              Q.    Was there one particular event that
 7    caused them to move in with you?
 8              A.    I cannot recall a particular event.
 9              Q.    Okay.  Did you ever have any
10    conversations either with John or your parents about
11    his home life?
12              ATTORNEY SHUBIN:  Objection as to form.
13         What time period are you talking about?
14              ATTORNEY TOTH:  I'll start with any time
15         period and see if she can recall, and then
16         we'll narrow it down.
17              THE WITNESS:  I would say the eighth
18         grade is when my parents started talking
19         about it and my mom was very concerned for
20         the kids.
21    BY ATTORNEY TOTH:
22              Q.    Did your mom ever make a ChildLine
23    report or contact police in any way that the kids
24    were being left home alone?
25              A.    Not to my knowledge.
```

Page 17

1          Q.   Did your mom ever reach out to the
2     Calderaio family to express any of her concerns?
3          A.   Yes.
4          Q.   Do you know who she spoke with?
5          A.   I know that she had spoke with his --
6     spoken with his mom that she was concerned.  And the
7     dad, she also made comments to him as well.
8          Q.   To the best of your recollection, what
9     did John's mom say back to your mother when she
10    expressed her concerns?
11              ATTORNEY SHUBIN:  Objection to form.  If
12         she wasn't there, she doesn't know.
13              Go ahead.
14    BY ATTORNEY TOTH:
15         Q.   To your knowledge.
16         A.   Not to my knowledge.  I'm not really
17    sure.
18         Q.   Did your mom ever tell you what you
19    John's mom said?
20         A.   No, not to my knowledge.
21         Q.   Did John's father ever say anything to
22    you about him going to Florida for weeks on end?
23         A.   No.
24         Q.   Did your mother ask permission to have
25    the three kids move in with you?

Page 18

1          A.    Not to my knowledge.

2          Q.    And you said John had his own bedroom at

3    your house.  Did all of the three siblings have

4    their own bedroom?

5          A.    No.

6          Q.    How long did John live at your house?

7          A.    There were multiple time periods where

8    he would live with us and then move out.  That was

9    all spread out throughout high school.  He would

10   live with us for maybe a few months at a time and

11   then move back either with his mom or his dad.

12         Q.    Do you recall a time period where he

13   lived with two twin brothers?

14         A.    Yes.  Yes.

15         Q.    Can you recall the names of those, of

16   the twins?

17         A.    Oleg and Eugene Chuzhinin.

18         Q.    How long did he live there?

19         A.    Also a few months, I believe.

20         Q.    So beginning in the eighth grade, John

21   temporarily lived with you, at least for a few

22   months; is that right?

23         A.    I would say the ninth grade.  Probably

24   not the eighth grade.

25         Q.    Okay.  When he moved out of living with

Page 19

1    you, do you know where he moved to at that point?

2         A.   It's hard for me to recall what times

3    that he did live with us and then when he didn't.

4    He was moving around quite a lot throughout middle

5    school and high school, so it's hard to remember

6    when he lived with who I guess.

7         Q.   Did John ever express to you why he

8    would move out of your house and back in with his

9    parents?

10        A.   No.

11        Q.   At some point, did you become sexually

12   intimate with John?

13        A.   Yes.

14        Q.   When, approximately?

15        A.   The end of the eighth grade.

16        Q.   At some point, did John ever express to

17   you any sexual issues, any issues with intimacy?

18        A.   Not with me necessarily, but he did

19   express to me at some point in high school that he

20   thought he may be gay.

21        Q.   When was that?

22        A.   I want to say around tenth grade.

23        Q.   Were you dating John at the time?

24        A.   Not to my recollection.  I don't think

25   so.

Page 20

 1          Q.   And you testified earlier that you dated
 2     him from approximately 12 years of age to 18.  So
 3     were there a few times in there where you broke up?
 4          A.   Yes.  We would only date for maybe three
 5     months at a time.
 6          Q.   Okay.  Understanding that you dated
 7     three months at a time, would this sort of
 8     correspond with why John would move out of your
 9     house?
10          A.   Maybe.  I think there was a lot of
11     different reasons, with his family and a lot of
12     things that he would bundle up, I guess.
13          Q.   John testified that he had some
14     difficulty getting and maintaining an erection and
15     lowered libido.  Did he ever express this to you?
16          A.   No.
17          Q.   When he expressed to you that he thought
18     he was gay, in the tenth grade, where were you when
19     he had this conversation with you?
20          A.   I believe we were at his house.
21          Q.   Was anyone else present?
22          A.   No.
23          Q.   But you were not dating at the time?
24          A.   No.
25          Q.   What did you say to him?

Page 21

1          A.   I expressed that I was also confused,

2      because we had previously dated.  I just tried to

3      console him, since he was crying, and just tried to

4      calm him down.

5          Q.   Did John tell you what led him to

6      believing that he was gay?  Was there anyone that he

7      was attracted to?

8          A.   He thought that he might have a crush on

9      another guy that was in our grade.

10         Q.   Who was that?

11         A.   Andrew Stuardi.

12         Q.   Can you spell his last name?  Do you

13     know?

14         A.   S-T-U-A-R-D-I.

15         Q.   To your knowledge, was Andrew gay?

16         A.   No.

17         Q.   Did John ever tell you that he kissed

18     any men?

19         A.   No.

20         Q.   Did he ever attempt to become

21     romantically involved in any way with Andrew?

22         A.   No.

23         Q.   At the time that John expressed to you

24     that he thought he might be gay, do you know if John

25     had met or was working with Dr. Ohrt at the time?

Page 22

1          A.    I can't necessarily recall, but if we
2     were in the tenth grade, we would have been in high
3     school.
4          Q.    Was that the only time that John had
5     expressed to you that he thought he was gay?
6          A.    Yes.
7          Q.    And then at some point, you started
8     dating again, after that conversation; is that
9     right?
10         A.    That was the end of 12th grade.
11         Q.    What was at the end of 12th grade?  You
12    started dating again?
13         A.    Yes.
14         Q.    So from tenth grade to 12th grade, you
15    did not date?
16         A.    Correct.
17         Q.    Did you stay friends with John during
18    that time?
19         A.    We were friends in the 11th grade.  But
20    all of the 12th grade, probably from August to May,
21    we did not speak.
22         Q.    You seem to recall those dates pretty
23    clearly.  Is there some reason that you recall you
24    did not speak during that time?
25         A.    I just remember all of senior year we

1   did not speak, and then around prom, which I believe
2   was in May, we started talking again, and that a
3   month after that he moved in with us again.
4           Q.   How long did he live with you at that
5   point?
6           A.   From graduation until we broke up in
7   October.  But I went off to college in August, so he
8   lived with my parents when I was in college.
9           Q.   After you broke up in October, did he
10  move out from your parents' house?
11          A.   Yes.
12          Q.   What was the reason you broke up?
13          A.   I was in college, and I wasn't answering
14  my phone, and he was at home and wanted me to text
15  him back, and he just decided that we should not be
16  dating anymore.
17          Q.   He broke up with you?
18          A.   Yes.
19          Q.   Have you kept in touch with John since
20  you broke up, I guess your freshman year of college?
21          A.   We have talked one time on the phone.
22  That was maybe three years ago now, and that's it.
23          Q.   What did -- if you can recall -- you say
24  you spoke one time on the phone.  What did you talk
25  about?

Page 24

```
 1          A.   He was starting to go to therapy, and he
 2    wanted to try to repair his relationships and
 3    apologize for the way that he behaved.
 4          Q.   Were you aware that at some point John
 5    used cocaine?
 6          A.   No.
 7          Q.   Were you aware that at some point John
 8    went through substance abuse therapy, intensive
 9    outpatient?
10          A.   No.
11          Q.   Did John ever talk to you about anything
12    relating to Dr. Ohrt?
13          A.   Yes.
14          Q.   What did he tell you?
15          A.   That Dr. Ohrt was his choir teacher, and
16    he seemed to really want John to do well in the
17    music industry.  He seemed like another adult in his
18    life that seemed to want him to do well.
19          Q.   You went to CB West, as well, am I
20    right?
21          A.   No.  I went to East.
22          Q.   You went to East.  Did you ever meet
23    Dr. Ohrt?
24          A.   Yes.
25          Q.   When did you meet Dr. Ohrt?
```

Page 25

1           A.    I can't recall the specific grade, but I

2     remember we would go to John's choir concerts, and

3     we would talk to Dr. Ohrt at the end of the concert.

4           Q.    Did you ever express to John or to your

5     mother any concerns about Dr. Ohrt?

6           A.    No.

7           Q.    Did your mother ever express to you any

8     concerns that she had about John's relationship with

9     Dr. Ohrt?

10          A.    Yes.

11          Q.    What did she tell you?

12          A.    I guess John told her that they went on

13    a trip together and they smoked marijuana on the

14    trip, and my mom thought that was concerning.

15          Q.    When was this trip that John smoked

16    marijuana with Dr. Ohrt?  Was he still in high

17    school, or was this after graduation?

18          A.    I believe this was still in high school.

19          Q.    Were you dating John at the time?

20          A.    No.

21          Q.    So you only dated John in the tenth

22    grade and then -- while in high school, the tenth

23    grade, and then at the very end of your senior year?

24          A.    Yes.

25          Q.    Does that help refresh your memory at

Page 26

```
 1      what point this trip would have occurred?  Was this
 2      during high school?
 3                  ATTORNEY SHUBIN:  Objection.  Asked and
 4             answered.
 5                  You can answer it again.
 6                  THE WITNESS:  I'm honestly not
 7             completely sure.  I just remember my mom
 8             telling me about the trip, and she was
 9             concerned.  I don't recall when the trip was,
10             to be honest.
11      BY ATTORNEY TOTH:
12             Q.   Do you know where the trip was?
13             A.   Somewhere in the Midwest.
14             Q.   Kansas City?  Does that sound familiar?
15             A.   Sure.
16             Q.   I don't want you to guess.  If that
17      refreshes your memory and you believe it was Kansas
18      City, let me know that.  If you really don't know,
19      just tell me that as well.
20             A.   I just remember it being somewhere in
21      the Midwest.  I'm not entirely sure where it was.
22             Q.   Did John keep in touch with your mother
23      after graduation?
24             A.   Yes.
25             Q.   Understanding he lived there probably
```

Page 27

```
 1     until October of 2016; is that right?
 2          A.   Yes.
 3          Q.   After October of 2016, did John keep in
 4     touch with your mother?
 5          A.   Yes.
 6          Q.   How often?
 7          A.   I can't say a specific amount.  She
 8     would know more, but maybe every few weeks or so.
 9          Q.   To your knowledge, does your mother
10     still talk to John?
11          A.   No.
12          Q.   After the one conversation in the tenth
13     grade that John told you he thought he might be gay,
14     did John ever express that to you again at any point
15     in time?
16          A.   No.
17          Q.   Did you ever have any conversations when
18     you started dating John again to ask him whether he
19     had ever experimented?
20          A.   No.
21          Q.   Did you ever hear any comments or rumors
22     that John was gay with Dr. Ohrt?
23          A.   No.
24          Q.   Did John ever tell you at any point that
25     Dr. Ohrt hugged him or kissed him in choir?
```

Page 28

1              A.    No.

2              Q.    Did you ever go to Dr. Ohrt's house?

3              A.    I never went inside, but we picked John

4       up from Dr. Ohrt's house.

5              Q.    Why was John at Dr. Ohrt's house?

6              A.    I'm not entirely sure.  I can't recall

7       why he was there.  I just remember being in the

8       driveway of his house.

9              Q.    Did you ever see -- there was a barn at

10      Dr. Ohrt's house.  Did you ever go into the barn?

11             A.    No.

12             Q.    Did John ever tell you about the barn?

13             A.    Not to my recollection.

14             Q.    Did John ever tell you that while he was

15      on a trip with Dr. Ohrt, Dr. Ohrt put his hands down

16      his pants and tried to masturbate him?

17             A.    No.

18             Q.    Were you aware that John lived with

19      Dr. Ohrt at some point?

20             A.    Yes.

21             Q.    How did you become aware of that?

22             A.    What I remember, when we broke up for

23      the last time when I was off at college, he moved

24      out of our house, and he moved in with Dr. Ohrt.

25             Q.    That would have been sometime after

Page 29

1    October of 2016; is that right?

2            A.    Correct.

3            Q.    Were you aware that at some point John

4    started dating a woman named Peyton?

5            A.    Yes.

6            Q.    Do you know Peyton?

7            A.    No.  I met her maybe a couple times, but

8    I don't know her very well.

9            Q.    Did John ever tell you that Peyton was

10   physically abusive towards him?

11           A.    No.

12           Q.    Were you aware that there was a

13   ChildLine report about Dr. Ohrt in April of 2016,

14   right before your graduation?

15           A.    No.

16           Q.    Did John ever tell you that he was

17   questioned by police with regards to the ChildLine

18   report?

19           A.    No.

20           Q.    I know you didn't speak with John for a

21   while, from tenth grade to 12th grade.  When did you

22   start speaking again?

23                 ATTORNEY SHUBIN:  Objection as to form.

24   BY ATTORNEY TOTH:

25           Q.    You can answer.

Page 30

```
 1            A.    Okay.  May of 12th grade.
 2            Q.    So approximately May of 2016; is that
 3     right?
 4            A.    Yes.
 5            Q.    How did you start speaking again, if you
 6     can recall?
 7            A.    I honestly think I reached out to him,
 8     asking how he was doing.
 9            Q.    What did he say?
10            A.    I can't recall the exact text messages.
11     It was a long time ago, but I think he asked -- said
12     that he was doing okay and was glad that I reached
13     out.
14            Q.    Did you go to prom with John?
15            A.    No.
16            Q.    Did you go to prom with someone else?
17            A.    No.
18            Q.    Did you go to prom?
19            A.    I did go to prom.  I left my date, and I
20     went by myself.
21            Q.    Did John have a prom date?
22            A.    I can't remember.
23            Q.    At some point, you started officially
24     dating John again.  Can you recall approximately
25     when that was?
```

1          A.    Sometime in May or June of that year.

2          Q.    Where was John living at the time?

3          A.    I cannot remember, actually.

4          Q.    And then am I correct that once you

5    started dating, John moved back in with you?

6          A.    Correct.

7          Q.    When you started dating again in May or

8    June of 2016, were you sexually intimate with him?

9          A.    Yes.

10          Q.    Again, were there any issues with his

11    intimacy?

12          A.    Not that I can remember.

13          Q.    Did John ever express to you that he

14    felt any anxiety or depression?

15          A.    Yeah.

16          Q.    When did he first express that to you?

17          A.    I can't recall a specific time.  At some

18    point in high school, I would say.

19          Q.    Did John ever tell you anything that he

20    believed was causing the anxiety or depression?

21          A.    No.

22          Q.    Did you ever recommend to him to see a

23    counselor?

24          A.    I recommended that he should go to

25    therapy.  Yeah.

Page 32

1          Q.   When did you first recommend that he go

2     to therapy?

3          A.   Again, I can't recall a specific time.

4          Q.   Okay.  When John was living with you in

5     June of 2016, did you notice any behavioral changes

6     in him since you had known him, since you were 12?

7          A.   I think he always kind of had behavioral

8     issues.  Growing up, he had ADD and ADHD.  So that

9     was kind of his personality, I guess.

10              I would say probably in June, he might

11    have seemed a little bit more depressed.  I think

12    when he found out that I was going to the University

13    of South Carolina, he became kind of even more

14    depressed, but I kind of knew of that in his family,

15    that the mental health issues kind of ran in his

16    family.

17         Q.   At some point, did you learn of the

18    criminal matter involving Dr. Ohrt?

19         A.   Yes.

20         Q.   How did you first hear about this?

21         A.   I heard about it in the news.  I think I

22    was living here, in Charlotte.

23         Q.   Were you surprised?

24         A.   Yes and no, I guess.  Looking back now,

25    seeing how close he was with John, it's not really

Page 33

```
 1      surprising, but also surprising that I was around
 2      during that time, I guess.
 3              Q.    And when you say you were around during
 4      that time, you mean during high school; is that
 5      right?
 6              A.    Correct.  Yes.
 7              Q.    Okay.  And during the time that you were
 8      around in high school, you did not suspect that
 9      there were any inappropriate relationship between
10      Dr. Ohrt and John?
11              A.    I mean, they would text and call each
12      other, which I thought was odd, but I was also a kid
13      at the time, so...
14              Q.    Did John ever show you any of the text
15      messages from Dr. Ohrt?
16              A.    No, not to my recollection.
17              Q.    Were any of the text messages, to your
18      knowledge, inappropriate?
19              A.    Not to my knowledge.
20              Q.    After you heard the news that there was
21      a criminal matter involving Dr. Ohrt, did you
22      contact John at all?
23              A.    No.
24              Q.    Did you tell your mother about it?
25              A.    I think my mother was the one who told
```

Page 34

```
 1    me about it, actually.
 2           Q.    Did your mother ever tell you that she
 3    was surprised to hear this?
 4           A.    No.
 5           Q.    Did your mother ever think that there
 6    was anything inappropriate between Dr. Ohrt and John
 7    Calderaio?
 8           A.    I think she thought their relationship
 9    was inappropriate.  She said to me that it was
10    weird, but she never -- she never said anything in
11    high school to me.  This was after the fact, when
12    she found out about the criminal records.
13           Q.    Is there any other information that I
14    may not have directly asked you that you believe I
15    should know, relating to John's relationship with
16    Dr. Ohrt?
17           A.    No, I don't think so.  I think you kind
18    of asked me everything.  He would drive his car
19    around, and I can't remember if that was during high
20    school or after, but I remember he would show up
21    driving Dr. Ohrt's car.  He would show up to our
22    house.
23           Q.    And you weren't sure if that was while
24    he was in high school or after high school, right?
25           A.    I'm not sure.  Yeah.
```

Page 35

1              Q.   And you did say that one time you spoke
2       with John, about three years ago; is that right?
3              A.   Yes.
4              Q.   And he said during that conversation
5       that he was starting to go to therapy; is that
6       right?
7              A.   Yes.
8              Q.   Did he tell you anything about the
9       therapy?
10             A.   No.
11             Q.   Did he tell you anything about Dr. Ohrt
12      during that conversation?
13             A.   Not to my recollection.
14             ATTORNEY TOTH:  Thank you very much,
15             Chloe.  Those are the only questions I have
16             for you.  Mr. Shubin may have some follow-up
17             questions.
18             (Break in proceedings.)
19
20                    E X A M I N A T I O N
21      BY ATTORNEY SHUBIN:
22             Q.   Good morning, Chloe.
23             A.   Good morning.
24             Q.   Do you recall what year John was in at
25      school when the family house was sold?

Page 36

1          A.    The first one or the second one?

2          Q.    Let's start with the first one.

3          A.    The first one I believe was sold in the

4    seventh grade.

5          Q.    Okay.  And then the second one?

6          A.    The second one, I can't remember a time.

7    In between ninth and 11th grade.  I know that's very

8    broad.

9          Q.    Was it at a time when the two of you

10   were dating?

11         A.    Not to my knowledge.  Not to my

12   recollection.

13         Q.    You were dating in the tenth grade,

14   correct?

15         A.    Yes, we dated for a few months in the

16   tenth grade.

17         Q.    Okay.  And was the family house -- had

18   it been sold at that point, or was it sold after you

19   first dated?

20         A.    I can't remember if it was sold at that

21   time.

22         Q.    Did John's life change, in your opinion,

23   after the second family house was sold?

24         A.    I think his life changed when his

25   parents separated.

Page 37

1          Q.   Okay.  Was the house sold at the same
2     time as the separation or shortly thereafter?
3          A.   No.  They had been separated for a
4     while, and the dad kept the house for a little
5     while.
6          Q.   So the dad remained in the second family
7     house for a while; is that right?
8          A.   Yes.
9               ATTORNEY SHUBIN:  Okay.  I have nothing
10          else.
11               ATTORNEY TOTH:  Thank you, Chloe.  I
12          appreciate you taking the time to speak with
13          us and appear this morning.
14               (Deposition adjourned at 10:52 p.m.)
15                    *  *  *  *  *
16
17
18
19
20
21
22
23
24
25

Page 38

1          COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2          I, Rhonda D. Tuck, RPR, CRR, Notary Public in

3     and for the Commonwealth of Virginia at Large, and

4     whose commission expires on May 31, 2028, do certify

5     that the aforementioned appeared before me, via

6     remote videoconferencing, was sworn by me, and was

7     thereupon examined by counsel; and that the

8     foregoing is a true, correct, and full transcript of

9     the testimony adduced.

10         I further certify that I am neither related to

11    nor associated with any counsel or party to this

12    proceeding, nor otherwise interested in the event

13    thereof.

14         I further certify that prior to the close of

15    the deposition, the witness did not request to

16    review the transcript.

17         Given under my hand and notarial seal in

18    Fluvanna County, Virginia, this 7th day of April,

19    2025.

20

21

22

23         Rhonda D. Tuck, RPR, CRR
           Notary Public Registration No. 224847

24         Commonwealth of Virginia at Large

25    Job No. 7275285