**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN CALDERAIO** | **CIVIL ACTION** |
| Plaintiff, | |
| **v.** | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | **NO. 23-4218** |
| Defendant. | |

**ORDER**

**AND NOW,** this 10th day of February, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF 31) and Plaintiff's response in opposition, it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

HON. MIA R. PEREZ